Certificate Number: 06975-WAW-CC-008365369

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 16, 2009, at 12:53 o'clock PM PDT,

Karl J Reinke received from

North Seattle Community College Foundation,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Washington, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: September 16, 2009      By     /s/Sara L Olson

                              Name   Sara L Olson

                              Title  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).