# MONTHLY FINANCIAL REPORT FOR
## INDIVIDUAL(S) NOT ENGAGED IN BUSINESS

Case No.: *C9 - 19609*    Report Month/Year: *SEPTEMBER /2009*

Debtor: *KARL REINKE*

INSTRUCTIONS: The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:

| | | Yes | No |
|---|---|---|---|
| UST-21 | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, **shall include a breakdown of pre- and post-petition liabilities.** The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☐ | ☐ |
| UST-22 | **Summary of Receipts** | ☐ | ☐ |
| UST-23 | **Summary of Disbursements** | ☐ | ☐ |
| UST-22 Continuation Sheet | **Financial Account Detail** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a copy of the monthly bank statement and supporting documents as described in the instructions. | ☐ | ☐ |
| UST-24 Part 1 | **Other Financial Disclosures - Real Estate and Property Sales** When applicable, include a report of sale. Attach supporting documents such as an escrow statement for the sale of real property, or an auctioneer's report for property sold at auction. | ☐ | ☐ |
| UST-24 Part 2 | **Other Financial Disclosures - Insurance, etc.** List any changes or renewals of insurance coverage. Include a copy of the new certificate of insurance. | ☐ | ☐ |

## DEBTOR'S CERTIFICATION

I certify under penalty of perjury that the information contained in this monthly financial report are complete, true, and accurate to the best of my knowledge, information, and belief.

Signature: _____    ✍ Date: *10/14/2009*

✍

The trustee, if appointed, must sign the monthly financial report. **Debtor's counsel may not sign a financial report for the debtor.**

Debtor     LL  REINICK

| | |
|---|---|
| Case Number | 09-19609 |
| Report Mo/Yr | 09/2009 |

## UST- 21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS to follow as for other questions — his balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations may be attached to this page.

As of month ending ☞  SEPT. 2009

| | | | | |
|---|---|---|---|---|
| ASSETS | | | | |
| | Cash | 1,000.00 | | |
| | Checking Account(s) | 207 | | |
| | Savings Account(s) | 910.13 | | |
| | Stock/Brokerage Account(s) | | | |
| | Retirement Account(s) | 10,345.05 | | |
| | Remaining Personal Property (per Schedule B excluding all accounts listed above) | 15,000 | | |
| | Real Property (Schedule A) | | | |
| | N. 76TH ST. SEATTLE | 416,000 | | |
| | 1 DAMSON RD. LYNNWOOD | 210,000 | | |
| | NE 115TH ST. SEATTLE | 300,000 | | |
| | 4TH AVE NW - SHORELINE | 286,000 | | |
| | (add additional sheets if needed) | | | |
| | Other Assets (list all assets not included above, or any assets acquired postpetition, if any) | | | |
| TOTAL | | 1,239,295.63 | | |
| | | | | |
| LIABILITIES | | | | |
| | Liabilities | | | |
| | Secured Debt (Schedule D) | 1,395,000.00 | | |
| | Unsecured Debt (Schedule E) | | | |
| | Unsecured Debt (Schedule F) | 197,000.00 | | |
| | Loan Liabilities | 1,592,000.00 | | |
| | Liabilities | | | |
| | Rent Payments Due | 9,300.00 | | |
| | Accrued Debt | | | |
| | Real Property Taxes | | | |
| | Other Taxes (specify) | | | |
| | Other Debts (specify) | | | |
| | Other Liabilities | | | |
| TOTAL | | 1,601,300 | | |
| NET / LIABILITIES | TOTAL ASSETS MINUS TOTAL | (362,014.37) | | |

Re: ___ ABE REINKE ___

| | |
|---|---|
| Case Number ⇨ | C9-19609 |
| Report Mo/Yr ⇨ | 09/2009 |

## UST-22, SUMMARY OF RECEIPTS

INC ☐☐ · Complete each category and provide the net receipts total for the month. Use the Notes section to explain or
item · · · heu · appropriate (e.g., rental income from more that one property).

| | | Gross Amount | Net Amount |
|---|---|---|---|
| i, · · | | | 3,246.40 |
| W, · · · ⋅ | | | |
| S ⋅ · ⋅ | ension, or 401k distributions | | |
| R · · | emize by property) 16425 9TH AVE NW | 2,005.05 | |
| | 2025 DAMSON RD | 1,500.00 | |
| i⁻ · | · · · receivable or note payable (specify source) | | |
| i · | · · ch · · proceeds (specify source) | | |
| iⁿ · · · ⋅ δ | · le of real property | | |
| i⁻· | · le of personal property | | |
| i⁻· · · ⋅ | | | |
| · · · · | S FOR THIS MONTH | | 7,046.40 |

M · · · · · · · vidual(s) Not Engaged in Business
Unite · · · · · · · etrict of Washington
Page 3 of 9
(January 2008)

Case 09-19609-KAO    Doc 10    Filed 10/23/09    Ent. 10/23/09 14:48:48    Pg. 3 of 23

Debt...  ... ..  J. nc REINKE

| Case Number | ⇨ | 09-19609 |
|---|---|---|
| Report Mo/Yr | ⇨ | 09/2009 |

## UST-23, SUMMARY OF DISBURSEMENTS

II ...  .  IN    BEFORE COMPLETING THIS PAGE, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial
a  c  .  .ne     ...urce of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this
S P  ..  . .C F   ..BURSEMENTS page.

G.U  THE .Y F   S: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay
sta... ., . .s to   e U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the
b  .  .  st    ...during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and
c  .  . . 'nts  .. also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions
e..d  .d: .. nt ... disbursement total are transfers among estate accounts during the same reporting month.

A ... .  .  '  .e 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively.
T  .  .  ..  ..ded that the initial fee billing for each quarter is only an estimate*. Accordingly, when payment is due the debtor is
r. .  .  .  ..lating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee.
F .-I  .  3  ..  ..by fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to
c  ..  . . h.   ...sement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory
f.  .. ..  n.  .. e found on the U.S. Trustee's website at: www.usdoj.gov/ust/r18/s_home.htm (see Library page).

* .  y  .  .  'v. '    fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of
t  .  .  :.  ..   ..   for the third month of the quarter, the U.S. Trustee adjusts the amount billed for that quarter, as appropriate.

S.  .  . :  ...rsements

| | | |
|---|---|---|
| T .  .  ...  s    nts from all UST-23 Continuation Sheet(s) | | |
| U. s  .  . ..:    ...ot included in total above (if any) | | |
| t  .  .  .   ..   ...nde by another party on behalf of the debtor (if any) | | |
| T .  . .   .  ...   ...sue pursuant to a sale of the debtor's assets (if any) | | |
| 'I  T  .  ..   ...EMENTS THIS MONTH FROM ALL SOURCES | | |
| A .:   . .  .    reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee? | | |
| .   .    If "Yes", list each quarter that is delinquent and the amount due. | | |

UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Mc  .  .   ..  .-li dividual(s) Not Engaged in Business
Un  ..  =  .. .  ..  .-rn District of Washington

Debt__  _KARL_  _REINIG_

| Case Number | ⇨ | 09 - 19609 |
|---|---|---|
| Report Mo/Yr | ⇨ | 01/2009 |

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

INS RUCT ONS:  Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the
inb  e f cds a  attach supporting documents as indicated on the checklist below.

| De  s it  ty (bank) name | ⇨ | BANK OF AMERICA |
|---|---|---|
| Ac  o  nt number | ⇨ | 81894149 |

Pu  e  f his account (select one):
- ☒  ec   g
- ☐   v  g   
- ☐    nt/  erage
- ☐   r  me t
- ☐   s held in trust by debtor's attorney
- ☐  t   qie n  _____

| Be  n ng c sh  alance | | 1385.70 |
|---|---|---|
| A  D t: | Transfers in from other accounts | 750.00 |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | 8121.40 |
| ot    ai  le this month | | 10,257.10 |
| S  ro t | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨  10,206.01 |
| | | Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| c   nt   explain) | | |
| nd   al | | 51.09 |

| D  e      NT  ATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| -    ont  bank statement (or attorney's trust account statement); | ☒ | ☐ |
| -   t    be   a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

# Bank of America

# Online Banking

## My... ss. Checking

Ba an ... et | ... Landscape View

Summary

Account ... ...4149
From ... ... Through: 09/25/09

| | |
|---|---|
| St... Bal... ... | $1,385.70 |
| -2... ... | -$10,206.01 |
| +7... ... | $8,871.40 |
| En... Bal... ... | $51.09 |

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| ...2 | WITHDRAWAL GREENWOOD | -$3,000.00 | | $51.09 |
| 09/25 | ...OLL TRUECOMPASS ...2464000024801X | | $3,246.40 | $3,051.09 |
| 09/2. | ...DRAFT ITEM FEE | -$35.00 | | -$195.31 |
| 09/2... | ...DRAFT ITEM FEE | -$35.00 | | -$160.31 |
| ...2 | ...FAMERICA ATM BAL-INQ ON 09/23 AT ...ORTH 85TH S SEATTLE WA | $0.00 | | -$125.31 |
| 09/2... | ...ASE 906209230497988442624401 ON ...SOU THE HOME DEPO SEATTLE WA | -$15.98 | | -$125.31 |
| 09/2. | ...632 | -$135.00 | | -$109.33 |
| 0...2. | ...OFAMERICA ATM WITHDRAWAL ON 09/23 A...NORTH 85TH S SEATTLE WA | -$220.00 | | $25.67 |
| ...2 | ...AMERICA ATM BAL-INQ ON 09/21 AT ...5TH 85TH S SEATTLE WA | $0.00 | | $245.67 |
| 09/2. | ...KOFAMERICA ATM WITHDRAWAL ON ...8102 GREENWOOD N SEATTLE WA | -$101.50 | | $245.67 |
| 0...2. | ...THDRAWAL GREENWOOD | -$400.00 | | $347.17 |
| 0... | ...E 906209180415696442624D1 ON ...FRED MEYER FRED M SEATTLE WA | -$28.83 | | $747.17 |
| 0. 1. | ...E 906209180663236442624O1 ON ...BIG 5 SPTG GDS-01 AURORA VILLAG | -$43.21 | | $776.00 |
| 0... | ...E 906309160096266442624O1 ON ...AMERICAN FINANCIAL SOLU 206- ...WA | -$50.00 | | $819.21 |
| 0... | ...MENT TO 4888936018458376 | -$100.00 | | $869.21 |
| 0... | ...MERICA ATM WITHDRAWAL ON 09/18 ...RTHGATE PL SEATTLE WA | -$200.00 | | $969.21 |
| 0... | ...TREINKE,KARL J 000000053689018 | | $750.00 | $1,169.21 |
| 0... | ...OFAMERICA ATM BAL-INQ ON 09/17 ...K SEATTLE 5 SEATTLE WA | $0.00 | | $419.21 |

| | | | | |
|---|---|---|---|---|
| ( | ON-B NKOFAMERICA ATM WITHDRAWAL ON 3/17 . T US BANK SEATTLE 5 SEATTLE WA | -$103.00 | | $419.21 |
| C9 : '' | ' POSIT | | $500.00 | $522.21 |
| C' : :'' | ... IKOFAMERICA ATM BAL-INQ ON 09/14 AT U. .E 125TH SEATTLE WA | $0.00 | | $22.21 |
| ( . : : | AIIKO AMERICA ATM WITHDRAWAL ON 09/14 . F'?8.. NE 125TH SEATTLE WA | -$30.00 | | $22.21 |
| C . : : ( | I RCh 3E 906209140308996446262401 ON U 9/14 At FRED MEYER FRED M SEATTLE WA | -$13.82 | | $52.21 |
| U' . . . | I RC.. 3E 90620914062269144262401 ON 14 :T LOWE'S #252 SEATTLE WA | -$49.70 | | $66.03 |
| C . : . C | ... 634 | -$4,000.00 | | $115.73 |
| ( . :.. | . V S '' ENT AMERICAN FUNDS C OI0. 74511301 | -$200.00 | | $4,115.73 |
| 0 , | E U.C AMERICA ATM BAL-INQ ON 09/10 AT ' .94 N. RTH 85TH S SEATTLE WA | $0.00 | | $4,315.73 |
| C | : '' L. CKING DEPOSIT | | $310.00 | $4,315.73 |
| C | I ''. ECTREINKE,KARL J 000000053689018 | -$100.00 | | $4,005.73 |
| 0 .. . | I FOS.. | | $25.00 | $4,105.73 |
| C ''7 | L ..... | | $4,000.00 | $4,080.73 |
| 0. | I '. . . .M PREMATIC CORP MLB03FR75933 | -$94.97 | | $80.73 |
| 0: | C :C. . 633 | -$1,250.00 | | $175.70 |
| 0' | . . | | $40.00 | $1,425.70 |

* ... ... ... or withdrawals made since the last business day or outstanding Check Card authorizations.

# Bank of America

## Online Banking

L: (account ...)s

B... ..S ... ... Landscape View

S.m..
L.ki... .o: 894149
H...: ... ...: null

| | | |
|---|---|---|
| - ...t... ... | $0.00 | |
| N. | $0.00 | |
| ...g... ... | $0.00 | |

| ... ... tion | Withdrawal | Deposit | Balance |
|---|---|---|---|

T. :re ... t ...ia ! ons to display for the date period you selected.

* ..ay ... ... ... or withdrawals made since the last business day or outstanding Check Card authorizations.

D___ _ _  ‌ _  ‌ _  ‌ _ _

| Case Number | ⇨ | C?-1?6?9 |
| Report Mo/Yr | ⇨ | ?/?0? |

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (Bank) name | ⇨ | WELLS FARGO |
| Account number | ⇨ | 8555722316 |

Purpose of this account (select one):
- ‌ Checking
- ‌ Savings
- ‌ Investment/brokerage
- ‌ IRA/retirement
- ‌ Funds held in trust by debtor's attorney
- ‌ Other (explain)

| Beginning cash balance | | 207.06 |
|    add: | Transfers in from other accounts | |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | .01 |
| Total cash available this month | | 207.07 |
|    subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ |
| | | *Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements.* |
| Other(s, if any, explain) | | |
| Ending cash balance | | 207.07 |

| Does your CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
| --- | --- | --- |
| monthly bank statement (or attorney's trust account statement); | ☒ | ☐ |
| if applicable a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

# ▶MA ® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

**Phone:** **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

E ARL F ENKE
C S N : CH ST
S ATT   : CA 98103-4724

## September 30, 2009

| Total assets: | $207.10 |
| Last month: | $207.09 |
| Change in $: | $0.01 |
| Change in %: | 0.00% |

| Total liabilities: | $474,675.72 |
| Last month: | $474,396.93 |
| Change in $: | $278.79 |
| Change in %: | 0.06% |

| *PMA* Qualifying Balance: | $139,587.04 |

### Contents

| | Page |
| --- | --- |
| Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 | |
| PMA® Prime Checking Account. . . . . . . . . . . . . . . . . 4 | |
| Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5 | |
| Home Mortgage. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 | |



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA Prime Checking Account (8555722316) | 100% | 207.06 | 207.07 | 0.01 | 0.00% |
| Wells Fargo Performance Savings (1756026562) | <1% | 0.03 | 0.03 | 0.00 | 0.00% |
| **Total assets** | | **$207.09** | **$207.10** | **$0.01** | **0.00%** |

Total asset allocation (by account type)



Checking 100%

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (8512035624-1998) | 22% | 101,846.07 | 102,124.86 | 278.79 | 0.27% |
| Home Mortgage (0LS9159e28388) | 78% | 372,550.86 | 372,550.86 | 0.00 | 0.00% |
| **Total liabilities** | | **$474,386.93** | **$474,675.72** | **$278.79** | **0.06%** |

Total liability allocation (by account type)



Lines of Credit 22%

Home Mortgage 7...

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (8512035624-1998) | 100,000.00 | 99,997.95 | 0.00 |
| **Total available credit** | **$100,000.00** | **$99,997.95** | **$0.00** |

## OVERVIEW OF **YOUR PMA ACCOUNT** (CONTINUED)

## Interest, **dividends and other income**

The information  below should not be used for tax planning  purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account  (8655722316) | 0.01 | 0.12 |
| Total Interest, dividends and other income | $0.01 | $0.12 |

## Interest **expense**

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA (6512055824-1996) | 0.00 | 1,354.50 |
| Home Mortgage  (708-0166826368) | 0.00 | 7,317.77 |
| Total interest expense | $0.00 | $8,672.27 |

The detailed  statement option will no longer be available for lines of credit linked to your PMA Package, but you can
access summary level information  regarding your linked line of credit. If you have a line of credit linked to your
package, you will receive a separate line of credit billing statement with your transaction detail and bill for
it. A summary of your line(s) of credit will still be provided  in your PMA statement,  and outstanding  balances
of eligible  line(s) of credit continue  to count towards the $25,000 minimum  qualification  balance.

### Your Wells Fargo® Visa® Credit Card —
### the most important thing to pack when you travel



As a PMA Package customer, your *Wells Fargo®* Visa® Credit Card offers significant travel benefits at no cost:
• Auto Rental Collision Coverage
• Travel and Emergency Assistance Services
Also when your Visa Credit Card is linked to your *PMA Package*, you receive Trip Cancellation & Trip Interruption
Protection, at no cost. If you don't already have a *Wells Fargo®* Visa® Credit Card, talk to your Wells Fargo banker today!

# Prime Checking Account

| Summary | |
|---|---|
| Beginning balance | 207.06 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| Ending balance | $207.07 |

Account number: XXXX22316

**KARL REINKE**

Wells Fargo Bank, N.A., Washington   (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
1750028582

## Interest you have earned

| | | |
|---|---|---|
| Interest paid this month | $0.01 | |
| Average collected balance this month | $207.06 | |
| Annual percentage yield earned | 0.06% | |
| Interest earned this year | $0.12 | |

## Transaction history

| | | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Balance on 9/1 | | | | 207.06 |
| | Interest Payment | | 0.01 | | 207.07 |
| | Balance on 9/30 | | | | 207.07 |
| | | | $0.01 | $0.00 | |

Wells Fargo ATM Cards, Check Cards, or Cash Cards must not be used for any unlawful purpose (for example, any account that is set up to facilitate Internet gambling). You agree to take steps to ensure that your Card or any linked account for any transaction that is illegal under the laws governing your account, the Bank reserves the right to deny transactions or authorizations from merchants apparently engaged in Internet gambling business or identifying themselves through the Card transactions record or otherwise engaged in such business.

# Fargo Performance | Savings

## ary

| | |
|---|---|
| ...1 | 0.03 |
| up ... / ...ions | 0.00 |
| ...u. .. ...btractions | -0.00 |
| ...ate ... ...30 | $0.03 |

## ...re ... ... earned

| | |
|---|---|
| ...e ... ...r 0... | $0.00 |
| ... ...d balance this month | $0.00 |
| nr ... ...uge yield earned | 0.00% |
| ... ...his year | $0.00 |

Account number: 1756826582

**KARL REINKE**

Wells Fargo Bank, N.A., Washington   (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

10/14/2  9 .3 5  `AX 4256710088          HOME CAPITAL FUNDING                    ☑016

# Mortgage

Account number: 708-0156626368
KARL REINKE
Wells Fargo Home Mortgage

| | |
|---|---|
| · Street | |
| -5103 | |
| nl mortguge | 11/17/05 |
| | 5.875% |
| · d  bounce* as of 9/30 | $372,550.88 |
| ·  puyment | $2,724.25 |
| · · | $0.00 |
| · ar-t-date | $7,317.77 |
| er -lo-d1te | $2,107.98 |

*nbr Sur ·se for your payoff bolonce.*

· r, ·· ·ement of your Home Mortgage account, You will continue to receive a complete periodic statement.



## Worksheet to balance your checking account

1. ...ck register and mark each check (this includes ... substitute checks that may appear on your ... ATM transaction, payment, deposit or other credit ... history" section of your statement. Be sure your ... est or dividends paid into your account and any ... c payments or transfers withdrawn from your ... unt period.

2. Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

3. Balance your account by filling in the spaces below.

|  |  | $ _____ |
| --- | --- | --- |

| Items outstanding | | |
| --- | --- | --- |
| Check number | | Amount |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $ | |

$ _____
$ _____
$ _____
$ _____
$ _____ → $ _____

$ _____

- $ _____

$ _____

## General ... account policies for Wells Fargo Bank

■ **Checking account information.** After balancing your checking account, please report any differences to us as soon as possible but no later than within 30 days. Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement, or write us at Wells Fargo Bank, 735 West Wisconsin Avenue, Milwaukee, WI 53201-2057 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **Deposit and loan products,** including PMA Package, offered by Wells Fargo Bank, N.A., Member FDIC.

... All rights reserved.



| | Case Number | ⇨ | $C^c/ - 19609$ |
|---|---|---|---|
| | Report Mo/Yr | ⇨ | $C/ / 2c^c/$ |

*Rein.le*

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

INSTRUCTIONS:  ...  ... a CONTINUATION SHEET for each financial or brokerage account or other source of the
...  ... for ...  ... supporting documents as indicated on the checklist below.

| Depository ... ... ... | ⇨ | $ING, DiRECT$ |
|---|---|---|
| Account number | ⇨ | $54223400$ |

Purpose of this ... ... (select one):
☐ ... ... ...
... ... 3
☐ ... ... ... ... ... 2 ...
☐ Attorn- ... 1
☐ ... nds ... ... ... :ebtor's attorney
☐ ...her ...

| ... ... ... ... ... | | $1,558.74$ |
|---|---|---|
| | Transfers in from other accounts | |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | $100.00$ |
| ... ... ... ... ... onth | | |
| | Transfers out to other accounts | $750.00$ |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ |
| | | Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| ... ... | ...) | |
| ... ... ... | | $910.13$ |

... this ...  ...  'N SHEET include the following supporting documents, as required:          Yes     No

tatement (or attorney's trust account statement);                                              ☒       ☐
...  ... tailed statement of funds received or disbursed by another party for the debtor.        ☐       ☐

UST-23 CONTINUATION SHEET, Number _____ of _____



ING DIRECT
Save Your Money®

**Clean House – the mortgage with no dirty secrets**

Saving for your first home or planning to refinance soon? If so, the adjustable rate Orange Mortgage could save you thousands.

Call 1-800-ING-9331 or visit ingdirect.com/compare-mortgages to learn more.

ange Saver on 09/20/2006, have earned:

**13**

Number 54223400

ary as of 09/30/2009

| Nickname | Account Number | Account Balance | Joint Name |
|----------|----------------|-----------------|------------|
| vacation | 53689018 | $910.13 | |

### Account Activity

Rate: 1.292%   Annual Percentage Yield Earned: 1.33%   Interest Life To Date: $160.13

| | Date | Amount | Balance |
|---|---|---|---|
| | 09/01/2009 | | $1,558.74 |
| BANK OF AMERICA, N.A. (SFNB) checking | 09/08/2009 | $100.00 | $1,658.74 |
| 1% to 1.292% | 09/09/2009 | | $1,658.74 |
| ERICA, N.A. (SFNB) checking account | 09/17/2009 | $(750.00) | $908.74 |
| | 09/30/2009 | $1.39 | $910.13 |
| | 09/30/2009 | | $910.13 |

.com. Update this and all your information at ingdirect.com in the My Info section.

_ _ _/irc L ONILL _____

| | |
|---|---|
| Case Number ⇨ | 09 - 19609 |
| Report Mo/Yr ⇨ | 09 / 2009 |

## UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

INSTRUCTIONS: answer each question and attach additional sheets if necessary to provide a complete
res...

|  | | | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|

one 3. Sale ... and ...ment of the Debtor's Assets. Did the debtor, or another party on behalf of the ...tor sell, t..... or otherwise dispose of any of the debtor's assets during the reporting month? ...ort, sale ... in the ...dinary course. *An escrow statement or similar supporting document must be ...f ...ay s ... ...... to and show all disbursements from the gross sale amount including debt payoffs a... 'es ... miss...s.

☐ Yes  ☒ No

| Asset Desc... | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|
| | | | | | |

4.
. 5

**Total** _____  _____

...crow or trust accounts from the proceeds of the above transactions should also ...the ... T... entitled "Disbursements made by other parties for the debtor."

Financing. During the reporting month, did the debtor receive any funds from an outside ...s, in ... s?

☐ Yes  ☒ No

| | Amount | Source of funds | Date Received | |
|---|---|---|---|---|
| | | | | |

**Total** _____

Case 09-19609-KAO    Doc 10    Filed 10/23/09    Ent. 10/23/09 14:48:48    Pg. 19 of 23

Case Number  ⇨  09 - 19609
Report Mo/Yr  ⇨  09/2009

## UST-24 PART B, OTHER FINANCIAL DISCLOSURES - INSURANCE & OTHER

|  | Yes | No |
|---|---|---|
| ... - Insurance ... ...rage. Did the debtor renew, modify, or replace any insurance policies ... ... ... | ☐ | ☒ |
| ...remium   **Is a Copy Attached to this Report?** |  |  |
| ...remium   **Is a Copy Attached to this Report?** |  |  |
| ... ...ura... ... ...nceled or otherwise terminated for any reason during the reporting month? | ☐ | ☒ |

... - Pay...... ...re-Petition Unsecured Debt (requires court approval). Did the debtor, or another party on ... ...ebt ... ... ... ...payments during this reporting month on pre-petition unsecured debt? If yes, disclose each ... ...lude ... ...  ...me and purpose, payment date, dollar amount, and date of court approval.

NO

... - Pay ...... ...torneys and Other Professionals (requires court approval). Did the debtor, or another party ... the d... ... any payments during this reporting month to a professional such as an attorney, accountant, ... ...iser ... ... business consultant, or other professional person? If yes, list each payment and include ... ...ma... ...  ...i... n of services performed, payment date, dollar amount, and date of court approval.

| | **Date of Court Approval** | **Payment Date** | **Amount** |
|---|---|---|---|
| | | | |

Total  $ _____

... ...Est... ...ional Fees. List estimated post-petition professional fees and expenses. To the extent ...bill... ... ... to report the actual amounts due. If billing statements have not been received, use the best ... ...ma... ... ...o the fees and costs.

... -Sig ...  ... .  Explain any significant new developments during the reporting month.

... Cas... ...niz...  Explain what progress the debtor made during the reporting month toward confirmation of a

... ...P... ...  c) Not Engaged In Business
... ...  . Washington

Debtor: VALO FEINLE

| | |
|---|---|
| Case Number ⇨ | 09-19609 |
| Report Mo/Yr ⇨ | 09 / 2009 |

## Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the original with the court:: | File the original with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, Suite 6103<br>Seattle, WA 98101 | United States Bankruptcy Court<br>1717 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402 |

Serve copies on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

If the report is electronically filed with the Court, the United States Trustee will be served automatically. It is not necessary to serve an additional copy on the United States Trustee.

### STATUTORY FEE SCHEDULE

| If the total disbursements for the calendar quarter are within these amounts. . . | | Then the quarterly fee due is. . . |
|---|---|---|
| From | To | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

Send the U.S. Trustee payments to:

US Trustee Program Payment Center
PO Box 28272-0937

| For calendar quarter ending. . . | A fee payment is due on. . . |
|---|---|
| March 31 | April 30 |
| June 30 | July 31 |
| September 30 | October 31 |
| December 31 | January 31 |

Send only the cover sheet and quarterly fee payment stub ONLY. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc. sent to the lockbox will be destroyed.

Date _____

| Case Number | ⇨ | 09 - 19609 |
|---|---|---|
| Report Mo/Yr | ⇨ | 09 / 2009 |

### * * * NOTICE OF INTEREST ASSESSMENT * * *

Pursuant to ⸱1 U.S.C. §3717, the United States Trustee Program will begin
a s⸱⸱sing inter⸱⸱⸱ on unpaid **Chapter 11** quarterly fees charged **in accordance with 28
U.S.C. §19**⸱⸱ effective **October 1, 2007. The interest rate assessed is the rate in effect as
⸱⸱ de⸱⸱⸱⸱⸱⸱ ⸱y ⸱⸱⸱ Treasury Department at the time your account becomes past due.**

---

**NOTICE**

⸱⸱⸱ ⸱OSU⸱⸱ ⸱⸱ ⸱⸱ ⸱⸱NT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF
⸱O⸱LECTI⸱⸱⸱⸱N⸱ R⸱PORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES
R⸱ ⸱TEE⸱ ⸱ ⸱ ⸱⸱ ⸱ ⸱ TO 28 U.S.C. § 1930(a)(6)

⸱  ⸱  ⸱ ⸱ sed that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134,
⸱ ⸱ 5⸱ ⸱  ⸱⸱ ⸱  R⸱⸱ ⸱⸱⸱ Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use
⸱ ⸱ ⸱ ⸱ ⸱ ⸱⸱ ⸱⸱ ⸱⸱ ca⸱ion Number ("TIN") as reported by the debtor or debtor's counsel in connection with
⸱⸱⸱ ⸱⸱ ⸱et ⸱ ⸱ ⸱⸱ ⸱⸱ ⸱ proceedings for the purpose of collecting and reporting on any delinquent debt, including
⸱⸱ ⸱⸱ ⸱⸱ ⸱ ⸱⸱ ⸱⸱ f⸱⸱ , that are owed to the United States Trustee.

⸱ ⸱⸱ ⸱ ⸱ ⸱ ⸱⸱ ⸱⸱es Trustee will provide the debtor's TIN to the Department of Treasury for its use in
⸱ ⸱⸱⸱ ⸱⸱⸱ ⸱ ⸱ ⸱⸱ue debts. Treasury may take the following steps: (1) submit the debt to the Internal
⸱⸱ ⸱⸱e ⸱⸱ ⸱ ⸱ ⸱ r⸱gram so that the amount owed may be deducted from any payment made by the federal
⸱ ⸱ ⸱⸱ ⸱ ⸱ ⸱⸱cluding but not limited to tax refunds; (2) report the delinquency to credit reporting
⸱ ⸱⸱ ⸱⸱ ⸱⸱ ⸱⸱ ⸱tion notices to the debtor; (4) engage private collection agencies to collect the debt; and,
⸱⸱⸱⸱⸱⸱ ⸱⸱ ⸱⸱⸱ s ⸱⸱ Attorney's office to sue for collection. Collection costs will be added to the total

---

Case 09-19609-KAO   Doc 10   Filed 10/23/09   Ent. 10/23/09 14:48:48   Pg. 22 of 23

American Funds Historical Account Balance

## Historical account balance

? Help with this page
Print this page

As of December 10, 2009
Total value: $10,348.05
Non-retirement accounts: $0.00
Retirement accounts: $10,348.05

**Select a different date**

Retirement accounts

|  |  | | Account: 785-11301 |  |
|---|---|---|---|---|
|  |  | Shares September 30, 2009 | NAV September 30, 2009 | Market Value September 30, 2009 |
| | PERSPECTIVE FUND – A (07) | 229.172 | $24.63 | $5,644.51 |
| | FUNDAMENTAL INVESTORS | 203.793 | $23.08 | $4,703.54 |
| | | | **Account Total:** | **$10,348.05** |

As of September 30, 2009
**Total value: $10,348.05**
Non-retirement accounts: $0.00
Retirement accounts: $10,348.05

### View account total balance for a different date:

To view account balances, enter a specific date or select a quarter-end period using the dropdown menu. Then click **Submit**.

yyyy   **OR**   Select a quarter-end period: [ Submit » ]

Copyright © 2009 American Funds Distributors, Inc. All rights reserved.
PRIVACY | Business continuity | Career opportunities | Contact us

Case 09-19609-KAO   Doc 10   Filed 10/23/09   Ent. 10/23/09 14:48:48   Pg. 23 of 23