THE HONORABLE KAREN A. OVERSTREET

Karen L. Gibbon
Law Offices of Karen L. Gibbon, P.S.
3409 McDougall Avenue, Suite 202
Everett, Washington 98201
(425) 212-3277

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | No. 09-19609 |
| | ) | |
| KARL JOHN REINKE | ) | NOTICE OF APPEARANCE AND |
| | ) | REQUEST FOR NOTICE PURSUANT |
| Debtor(s). | ) | TO BANKRUPTCY RULE 2002 |

   PLEASE TAKE NOTICE that, Karen L. Gibbon, P.S. hereby appears in the above-entitled proceeding on behalf of Wells Fargo Bank, N. A. as Trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1, "Secured Creditor", and does hereby request that notice of all matters and proceedings, and the filing of all proceedings and other documents herein be served upon the undersigned attorney at the address below.  Pursuant to Bankruptcy Rule 2002, the undersigned hereby requests special notice of all matters which must be given to creditors or other parties in interest and requests that the following address be added to the master matrix:

>    Karen L. Gibbon
>    Law Offices of Karen L. Gibbon, P.S.
>    3409 McDougall Avenue, Suite 202
>    Everett, Washington 98201

   DATED THIS 23rd day of October, 2009.

>    Law Offices of Karen L. Gibbon, P.S.
>    Attorneys for Secured Creditor
>     By: */s/ Karen L. Gibbon*
>          Karen L. Gibbon, WSBA# 7095

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE - 1

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**3409 MCDOUGALL AVENUE, SUITE** 202
**EVERETT, WASHINGTON 98201**
(425)212-3277

Case 09-19609-KAO    Doc 11    Filed 10/23/09    Ent. 10/23/09 16:32:22    Pg. 1 of 2

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 23, 2009, the undersigned deposited in the mail of the United States, postage prepaid, via first class mail, a copy of the Notice of Appearance and Request for Notice Pursuant to Bankruptcy Rule 2002, in an envelope addressed to the following:

Karl John Reinke
923 N. 76th Street
Seattle, WA 98103

The following parties received notice of this document via ECF

Larry B. Feinstein
Debtor's Attorney

Thomas A. Buford
Chapter 11 Trustee

US Trustee

Dated: October 23, 2009.

*/s/ Karen L. Gibbon*
Karen L. Gibbon, Declarant
WSBA # 7095

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE - 2

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**3409 MCDOUGALL AVENUE, SUITE** 202
**EVERETT, WASHINGTON 98201**
(425)212-3277

Case 09-19609-KAO    Doc 11    Filed 10/23/09    Ent. 10/23/09 16:32:22    Pg. 2 of 2