# UNITED STATES BANKRUPTCY COURT
### District of Western District Of Washington

Chapter 11
Case No. 0919609

In re

KARL J REINKE

Debtor(s)

## AFFIDAVIT IN SUPPORT OF MOTION TO MODIFY AUTOMATIC STAY

STATE OF IOWA
COUNTY OF POLK

BEFORE ME, the undersigned authority, personally appeared, Cristy Bidler, who, being first sworn, deposes and says:

1. My name is Cristy Bidler. I am legally competent to make this Affidavit, which is true and correct, based on my personal knowledge and is made voluntarily and not under duress.

2. I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the capacity of a Bankruptcy Specialist for the Wells Fargo Home Equity Group. I have personal knowledge of the records and documents kept in the regular course of business by Wells Fargo.

3. This Affidavit is based upon the payment records of Wells Fargo. These records are regularly maintained in the course of Wells Fargo's business and it is the regular practice of Wells Fargo to make and maintain these records. These records reflect payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I regularly use and rely upon these records in the performance of my duties as a Bankruptcy Specialist for the Wells Fargo Home Equity Group.

4. The interest which Wells Fargo seeks to protect, and which relief from stay is sought, is Wells Fargo's interest in the real property described as: 923 N. 76TH ST SEATTLE, WA 98103-0000. The real property has a value of $510,000.00.

5. The Debtor's (s') petition was filed on 09/17/2009. The Debtor(s) is in default by failing to make the payment(s) due on 10/5/09 $278.79, 11/5/09 $360.10, 12/5/09 $348.49. Total payments due $987.38.

6. The following information concerning the Debtor's (s') account with Wells Fargo is true and correct as of the date of this Affidavit:

### CONTRACT INFORMATION

Principal Balance: $99,997.95
Late Charges: $70.84
Date Last Paid: 04/05/09
Next Scheduled Payment: 01/05/10

Accrued Interest: $3,182.84
Other Fees: $0.00
Monthly Installment: Variable
Amount Now Due: $1,058.22

FURTHER, AFFIANT SAYETH NAUGHT.

By: _____*Cristy Bidler*_____
Cristy Bidler
Bankruptcy Specialist

SWORN to and SUBSCRIBED before me this 23 day of December, 2009 by Cristy Bidler, who is personally known to me.

_____*Michael A Kalbach*_____
Signature of Notary Public

_____*Michael A Kalbach*_____
Print/Type Name of Notary Public

NOTARY PUBLIC, STATE OF IOWA

[Notary Seal: MICHAEL A KALBACH, NOTARIAL SEAL, IOWA, Commission Number 755617]