```
                                        Judge Karen Overstreet
                                        Place Seattle
                                        Courtroom: 7206
                                        Date 1/29/10
                                        Time  9:30 a.m.
                                        Response due 1/22/10
                                        Chapter  11
```

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| KARL REINKE | ) | Bankruptcy No. 09-19609 |
| | ) | **PROOF OF SERVICE** |
| | ) | |

The below signed certifies under the penalty of perjury that on this date (s)he caused to be served either by US Mail, Facsimile, Legal Messenger or electronically a copy of a MOTION OF FOR RELIEF FROM STAY AND NOTICE THEREOF, DECLARATION AND PROOF OF SERVICE, to the parties listed below:

KARL REINKE
923 N 76TH STREET
SEATTLE, WA 98103

LARRY FEINSTEIN
ATTORNEY AT LAW
VIA ECF SYSTEM

RICHARD JONES
ATTORNEY AT LAW
VIA ECF SYSTEM

THOMAS BUFORD
ATTORNEY FOR TRUSTEE
VIA ECF SYSTEM

US TRUSTEE
VIA ECF SYSTEM

DATED this 23  day of December, 2009.

  /s/Wendy Popp
Wendy Popp

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
5440 CALIFORNIA AVENUE SW
SEATTLE, WASHINGTON 98136
(206)935-1501