Judge Karen Overstreet
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) No. 09-19609
)
KARL REINKE, )
)
Debtor, ) ORDER TO HIRE RICHARD JONES
) AS SPECIAL COUNSEL FOR DEBTOR
)
_____)

THIS MATTER having come on for hearing, pursuant to the attached application of the debtor to retain special counsel; and the Court being duly advised in the premises; and the Court finding it in the best interest of the estate that the debtor retain special counsel under § 327 of the Bankruptcy Code to assist the debtor in these proceedings; now, therefore, it is hereby:

ORDERED that the debtor may employ Richard Jones as special counsel for the debtor under the terms of its application for the pending adversary proceedings in this court in the matter of Reinke v. Northwest Trustee Services, et al, Adv. No. 09-01541; and it is further:

ORDERED that said employment under § 327 shall be on general retainer, with compensation to be allowed and paid under § 330 and §331 to be fixed by the court upon proper application, and notice and a hearing.

Dated this ____ day of January 2010, 2009.

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

/s/ Larry B. Feinstein
_____
Larry B. Feinstein, WSBA # 6074
Attorney for Debtor

ORDER TO HIRE RICHARD JONES
AS SPECIAL COUNSEL FOR DEBTOR - 1

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355