THE HONORABLE KAREN A. OVERSTREET
Chapter: 11
Hearing Date: February 12, 2010
Hearing Time: 11:00 am
Hearing Place: US Courthouse
Response Due: February 5, 2010

Karen L. Gibbon
Law Offices of Karen L. Gibbon, P.S.
3409 McDougall Avenue, Suite 202
Everett, Washington 98201
(425) 212-3277

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | No. 09-19609 |
| KARL J. REINKE | PROOF OF SERVICE |
| Debtor(s). | |

The undersigned certifies under penalty of perjury that the following is true and correct:

That on January 8, 2010, she placed in the United States mail, first class, postage prepaid, a true and correct copy of the Notice of Motion and Hearing and Motion for Termination of Stay under Section 362(d) of the Bankruptcy Code together with a Proposed Order; the Declaration in Support of Motion for Termination of Stay; and the Memorandum in Support of Motion for Termination of Stay and Authorization to Proceed with Foreclosure addressed to the following:

Karl J. Reinke
923 N. 76th Street
Seattle, WA 98103

Thomas A. Buford III
Attorney for the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271

Melissa Williams Romeo
Attorneys for Aurora Loan Services, LLC
Routh Crabtree Olsen, P. S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006

PROOF OF SERVICE - 1

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**3409 MCDOUGALL AVENUE, SUITE 202
EVERETT, WASHINGTON 98201**
(425) 212-3277

Case 09-19609-KAO    Doc 31    Filed 01/08/10    Ent. 01/08/10 17:57:58    Pg. 1 of 2

Daniel L. Hembree
Bishop, White & Marshall, P.S.
Attorneys for Aurora Loan Services, LLC
720 Olive Way, Suite 1301
Seattle, WA 98101

The following parties were served with copies of the above referenced documents via ECF:

Larry B Feinstein
Debtor's Attorney

US Trustee

Thomas A Buford
Attorney for U.S. Trustee

Signed at Everett, Washington on January 8, 2010.

/s/Karen L. Gibbon
Karen L. Gibbon, WSBA# 7095

PROOF OF SERVICE - 2

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**3409 MCDOUGALL AVENUE, SUITE 202
EVERETT, WASHINGTON 98201**
(425) 212-3277

Case 09-19609-KAO    Doc 31    Filed 01/08/10    Ent. 01/08/10 17:57:58    Pg. 2 of 2