Judge Karen Overstreet
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: )  No. 09-19609
KARL REINKE, )
 ) REPLY TO MOTION FOR RELIEF FROM STAY
Debtor, )
 )
 )
_____ )

COMES NOW the debtor, and moves the court and states as follows:

Wells Fargo Bank has filed a motion for relief from the stay on the debtor's real property located at 923 N 76th St, Seattle, WA 98103. This property is the debtor's home and the debtor desires to retain his home. The debtor is willing to enter into an agreed order to pay adequate protection payments during the pendency of this Chapter 11 until such time is a Plan of Reorganization can be formulated filed and confirmed. Adequate protection would consist of the debtor making the regular and normal mortgage payment as required under the loan documents to Wells Fargo Bank and that monthly payments can commence immediately, and each month thereafter until a Plan of Reorganization is confirmed. As stated above, this is the debtors home, the debtor desires to retain his home, and the Chapter 11 proceedings are for protection of preservation of the home in this estate.

Accordingly, the debtor requests that the motion be denied, and, in the alternative, that the court authorize interim payments for adequate protection equal to the mortgage payment that would normally be required under the contract between the parties.

DATED this 12th day of January, 2010.

/s/ Larry B. Feinstein
_____
Larry B. Feinstein WSBA # 6074
Attorney for Debtor

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355

REPLY TO MOTION FOR RELIEF FROM STAY- 1