## MONTHLY FINANCIAL REPORT FOR
## INDIVIDUAL(S) NOT ENGAGED IN BUSINESS

| | | | |
|---|---|---|---|
| Case No. | *09-19609* | Report Month/Year | *12/2009* |
| Debtor | *KARL REINKE* | | |

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:

| | | Yes | No |
|---|---|---|---|
| **UST-21** | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☒ | ☐ |
| **UST-22** | **Summary of Receipts** | ☐ | ☐ |
| **UST-23** | **Summary of Disbursements** | ☐ | ☒ |
| **UST-23 Continuation Sheets** | **Financial Account Detail** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a copy of the monthly bank statement and supporting documents as described in the instructions. | ☒ | ☐ |
| **UST-24 Part A** | **Other Financial Disclosures - Real Estate and Property Sales** When applicable, include a report of sale. Attach supporting documents such as an escrow statement for the sale of real property, or an auctioneer's report for property sold at auction. | ☐ | ☒ |
| **UST-24 Part B** | **Other Financial Disclosures - Insurance, etc.** For any changes or renewals of insurance coverage, include a copy of the new certificate of insurance. | ☐ | ☒ |

### DEBTOR'S CERTIFICATION

I certify under penalty of perjury that the information contained in this monthly financial report are complete, true, and accurate to the best of my knowledge, information, and belief.

Signature(s): _____    ✍ Date: *01/15/2010*

✍ _____

The debtor, or trustee, if appointed, must sign the monthly financial report.  Debtor's counsel may not sign a financial report for the debtor.

Debtor _Kare Reinke_

Case Number ⇒ | 09 - 19609
Report Mo/Yr ⇒ | Dec. 2009

## UST- 21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS: This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each remaining asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations, if any, may be attached to this page.

| As of month ending ⇒ | Dec. 2009 | | |
|---|---|---|---|
| **ASSETS** | | | |
| Cash | 120 | | |
| Checking Account(s) | 1,117.20 | | |
| Savings Account(s) | 312.50 | | |
| Investment/Brokerage Account(s) | | | |
| IRA/Retirement Account(s) | 11,574.45 | | |
| Remaining Personal Property (per Schedule B but excluding all accounts listed above) | 15,000 | | |
| Real Property (Schedule A) | | | |
| 1. 923 N. 76th St SEATTLE | 416,000 | | |
| 2. 20001 Damson Rd - Lynnwood | 210,000 | | |
| 3. 2736 NE 115th St - Seattle | 300,000 | | |
| 4. 16420 4th Ave NW - Seattle | 266,000 | | |
| (Attach additional sheets if needed) | | | |
| Other Assets (list all assets not included above, including assets acquired postpetition, if any) | | | |
| **TOTAL ASSETS** | 1,240,124.45 | | |
| **LIABILITIES** | | | |
| Pre-petition Liabilities | | | |
| Secured Debt (Schedule D) | 1,395,000 | | |
| Priority Unsecured Debt (Schedule E) | 197,000 | | |
| Unsecured Debt (Schedule F) | | | |
| Total Pre-petition Liabilities | 1,592,000 | | |
| Post-petition Liabilities | | | |
| Mortgage/Rent Payments Due | 9,300 | | |
| Other Secured Debt | | | |
| Unpaid Real Property Taxes | | | |
| Other Unpaid Taxes (specify) | | | |
| Other Unpaid Debts (specify) | | | |
| Total Post-petition Liabilities | | | |
| **TOTAL LIABILITIES** | 1,601,300 | | |
| **NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES)** | (361,175.55) | | |

Debtor    KARL REINKE

| Case Number | ∞ | 09 - 19609 |
| Report Mo/Yr | ∞ | DEC 2009 |

## UST-22, SUMMARY OF RECEIPTS

**INSTRUCTIONS:** Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate (e.g., rental income from more that one property).

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | | |
| Social security, pension, or 401k distributions | | |
| Rental income (itemize by property) | O | O |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property | | |
| Proceeds from sale of personal property | | |
| Other (explain) NET PROCEEDS FROM NEW VEGAS PARTY I HOSTED | | 500.00 |
| TOTAL RECEIPTS FOR THIS MONTH | | |

Notes:

- I HAVE RENTED OUT THE 2736 NE 115TH ST · SEATTLE PROPERTY FOR $1,300 PER MONTH + STARTED RECEIVING RENT THIS MONTH.

- I HAVE RENTED OUT 2001 DAVISON RD · LYNNWOOD PROPERTY FOR $1,700 PER MONTH STARTING FEB. 1ST.

- I HAVE RENTED OUT 16420 4TH AVE NW · SEATTLE PROPERTY FOR $2,000 PER MONTH STARTING FEB 1ST.

| Debtor | KARL REYNOLDS | Case Number | ⇒ | 09 – 19609 |
|--------|---------------|-------------|---|------------|
| | | Report Mo/Yr | ⇒ | DEC 2009 |

## UST-23, SUMMARY OF DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial account or other source of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY OF DISBURSEMENTS page.

QUARTERLY FEES: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay statutory fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the bankruptcy estate during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions excluded from the disbursement total are transfers among estate accounts during the same reporting month.

A fee payment is due 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively. The debtor is reminded that the initial fee billing for each quarter is only an estimate*. Accordingly, when payment is due the debtor is responsible for calculating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee. Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to compute the disbursement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory fee schedule may be found on the U.S. Trustee's website at: **www.usdoj.gov/ust/r18/s_home.htm** (see Library page).

* By necessity, the fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of the debtor's report for the third month of the quarter, the U.S Trustee adjusts the amount billed for that quarter, as appropriate.

### Summary of Disbursements

| | |
|---|---|
| Total disbursements from all UST-23 Continuation Sheet(s) | |
| Cash payments not included in total above (if any) | |
| Disbursements made by another party on behalf of the debtor (if any) | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?
Yes ☐   No ☐   If "Yes", list each quarter that is delinquent and the amount due.

(UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Monthly Financial Report - Individual(s) Not Engaged in Business
United States Trustee - Western District of Washington



**WELLS FARGO**

# PMA® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932, *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

KARL REINKE
923 N 76TH ST
SEATTLE WA 98103-4724

## December 31, 2009

| | |
|---|---|
| **Total assets:** | **$207.12** |
| Last month: | $207.12 |
| Change in $: | $0.00 |
| Change in %: | 0.00% |
| **Total liabilities:** | **$475,744.41** |
| Last month: | $475,384.31 |
| Change in $: | $360.10 |
| Change in %: | 0.08% |
| *PMA* Qualifying Balance: | **$140,655.75** |

**Contents**       *Page*

Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

PMA^ Prime Checking Account. . . . . . . . . . . . . . . 4

Savings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Home Mortgage . . . . . . . . . . . . . . . . . . . . . . 6

# Overview of your PMA account

## Assets

| Account *(Account Number)* | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (8555722316) | 100% | 207.09 | 207.09 | 0.00 | 0.00% |
| Wells Fargo Performance Savings (1736026582) | <1% | 0.03 | 0.03 | 0.00 | 0.00% |
| **Total assets** | | **$207.12** | **$207.12** | **$0.00** | **0.00%** |

Total asset allocation (by account type)



Checking: 100%

## Liabilities

| Account *(Account Number)* | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (6512035624-1998) | 22% | 102,833.45 | 103,193.55 | 360.10 | 0.35% |
| Home Mortgage (708-0156626368) | 78% | 372,550.86 | 372,550.86 | 0.00 | 0.00% |
| **Total liabilities** | | **$475,384.31** | **$475,744.41** | **$360.10** | **0.08%** |

Total liability allocation (by account type)



Lines of Credit 22%

Home Mortgage, 78%

## Available credit

*The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.*

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (6512035624-1998) | 100,000.00 | 99,997.95 | 0.00 |
| **Total available credit** | **$100,000.00** | **$99,997.95** | **$0.00** |

108151


**WELLS FARGO**

⊃ **OVERVIEW OF YOUR PMA ACCOUNT** (CONTINUED)

## Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| Account | This month | This year |
|---|---|---|
| PMA* Prime Checking Account  (8555722316) | 0.00 | 0.14 |
| **Total interest, dividends and other income** | **$0.00** | **$0.14** |

## Interest expense

| Account | This month | This year |
|---|---|---|
| Smartfit Home Equity LCA  (6512035624-1998) | 0.00 | 1,354.50 |
| Home Mortgage  (708-0156626368) | 0.00 | 7,317.77 |
| **Total interest expense** | **$0.00** | **$8,672.27** |

Effective February 1, 2010, new direct auto loan balances will not qualify toward the PMA Package qualifying balance. If you have questions, please contact your Wells Fargo banker or call the phone number that is provided for you on your statement.



# PMA® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 12/1 | 207.09 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 12/31** | **$207.09** |

Account number. **8555722316**

**KARL REINKE**

*Wells Fargo Bank, N.A., Washington (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

■   Savings · 1736026582

## Interest you've earned

| | |
|---|---|
| Interest paid on 12/31 | $0.00 |
| Average collected balance this month | $207.09 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.14 |

108153



**WELLS FARGO**

# Wells Fargo Performance Savings

## Activity summary

| | |
|---|---|
| Balance on 12/1 | 0.03 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 12/31** | **$0.03** |

Account number: **1736026582**

**KARL REINKE**

*Wells Fargo Bank, N.A., Washington (Member FDIC)*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 12/31 | $0.00 |
| Average collected balance this month | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |



# Home Mortgage

## Property address
923   N 76Th Street
Seattle, WA 98103

Account number: **708-0156626368**
**KARL REINKE**
*Wells Fargo Home Mortgage*

## Loan summary

| | |
|---|---|
| Original date of mortgage | 11/17/06 |
| Interest rate | 5.875% |
| Unpaid principal balance* as of 12/31 | $372,550.86 |
| Current monthly payment | $2,724.25 |
| Escrow balance | $0.00 |
| Interest paid year-to-date | $7,317.77 |
| Taxes paid year-to-date | $4,215.96 |

*Contact Customer Service for your payoff balance.*

■   This is a summary statement of your Home Mortgage account. You will continue to receive a complete periodic statement.

108155



## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

☞ ENTER
**A** The "ending balance" shown on your statement            $

☞ ADD
**B** Any deposits listed in your register or transfers into your account which are not shown on your statement
$
$
$
$
$          ▶ $

☞ CALCULATE SUBTOTAL
(Add parts **A** and **B**)          $

☞ SUBTRACT
**C** Total of outstanding checks and withdrawals from the chart at right          - $   ◀

☞ CALCULATE
ENDING BALANCE
(Part **A** + Part **B** - Part **C**)
This amount should be the same as the current balance shown in your check register.          $

| Items outstanding | |
|---|---|
| **Check number** | **Amount** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, 735 West Wisconsin Avenue, Milwaukee, WI 53201-2057 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and loan products, including PMA Package, offered by Wells Fargo Bank, N.A., Member FDIC.

©2007 Wells Fargo Bank, N.A. All rights reserved.



Debtor _KARL RESNICK_

Case Number  ⇨  _09-19609_
Report Mo/Yr  ⇨  _DEC. 2009_

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ <br> **Account number** ⇨ | _ING. DIRECT_ |

Purpose of this account (select one).
- ☐ Checking
- ☒ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | _1,012.29_ |
| Add: | Transfers in from other accounts | _100.00_ |
| | Loan or financing proceeds deposited to this account (identify source) | |
| _INTEREST_ | Other receipts deposited to this account | _.51_ |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | _800.00_ |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ <br><br> Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.** |
| Adjustments, if any (explain) | | |
| Ending cash balance | | _312.80_ |

Does this CONTINUATION SHEET include the following supporting documents, as required:

|  | Yes | No |
|---|---|---|
| • A monthly bank statement (or attorney's trust account statement): | ☒ | ☐ |
| • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____



ING ❂ DIRECT
Save Your Money®

 

Karl J Reinke
923 N. 76th St.
Seattle WA  98103



**Start Trading.No Waiting. Invest now with express funding:**

- No account minimums or inactivity fees
- Invest in stocks, mutual funds and ETFs
Learn more at sharebuilder.com/em/now

*Securities products are offered by ShareBuilder Securities Corporation, a registered broker-dealer and Member FINRA/SIPC. ShareBuilder Securities Corporation is a subsidiary of ING Bank, fsb.* **Securities products are: Not FDIC Insured ~ Not Bank guaranteed – May lose value**

Since you became an Orange Saver on 09/20/2006,
your account(s) have earned:

**$162.80**

Customer Number 54223400

## Your Savings Summary as of 12/31/2009

| Account Type | Nickname | Account Number | Account Balance | Joint Name |
|---|---|---|---|---|
| Orange Savings Account | vacation | 53689018 | $312.80 | |

### Your Orange Savings Account Activity

Account: vacation  Current Interest Rate: 1.292%  Annual Percentage Yield Earned: 1.29%  Interest Life To Date: $162.80
Year to date interest: $16.69

| Activity | Date | Amount | Balance |
|---|---|---|---|
| Opening Balance | 11/01/2009 | | $1,011.22 |
| Preauthorized Deposit from linked BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 11/05/2009 | $100.00 | $1,111.22 |
| Preauthorized Deposit from linked BANK OF AMERICA, N.A (SFNB) checking account XXXX4149   Reversal Reason: Insufficient Funds   Effective: 11/05/2009 | 11/09/2009 | $(100.00) | $1,011.22 |
| Monthly Interest Paid | 11/30/2009 | $1.07 | $1,012.29 |
| Preauthorized Deposit from linked BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 12/07/2009 | $100.00 | $1,112.29 |
| Internet Withdrawal BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 12/08/2009 | $(800.00) | $312.29 |
| Monthly Interest Paid | 12/31/2009 | $0.51 | $312.80 |

Your email address is: kjr57@hotmail.com. Update this and all your information at ingdirect.com in the My Info section.

ingdirect.com          Interactive Phone Service:          RC Box 60
Comments: sales@ingdirect.com          Questions or transactions:          St. Cloud, MN 56302

Debtor _Kane Reinke_

Case Number  ⇨  _09-19609_

Report Mo/Yr  ⇨  _DEC. 2009_

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name  ⇨<br>Account number  ⇨ | _BANK OF AMERICA_ |
|---|---|

Purpose of this account (select one):
- ☒ Checking
- ☐ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | _509.50_ |
| Add: | Transfers in from other accounts | _800.00_ |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | _7,875.00_ |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | _100.00_ |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ _8,174.42_<br><br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.** |
| Adjustments, if any (explain) | | |
| Ending cash balance | | _910.08_ |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| • A monthly bank statement (or attorney's trust account statement): | ☒ | ☐ |
| • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

Bank of America|Online Banking|Account History



# Online Banking

## Myaccess Checking

Balance Sheet   Return   Landscape View

**Summary**
Myaccess Checking - 81894149
From: 12/04/09 Through: 12/31/09

| | |
|---|---|
| Starting Balance: | $509.50 |
| -19 Withdrawals: | -$8,274.42 |
| +11 Deposits: | $8,675.00 |
| Ending Balance: | $910.08 |

*DEPOSITS ARE FROM RECEIPTS OF
A $125.00 Per HEAD NEW
YEARS PARTY I HOSTED IN
WHICH I NETTED $500.00*

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 12/31/09 | DEPOSITED ITEMS RETURNED | -$125.00 | | $910.08 |
| 12/31/09 | TELEPHONE QWEST 80042389942064174620388 | -$141.80 | | $1,035.08 |
| 12/31/09 | CHECK 2638 | -$1,000.00 | | $1,176.88 |
| 12/31/09 | CHECK 2640 | -$3,668.20 | | $2,176.88 |
| 12/31/09 | DEPOSIT | | $125.00 | $5,845.08 |
| 12/31/09 | DEPOSIT | | $200.00 | $5,720.08 |
| 12/30/09 | DEPOSIT | | $750.00 | $5,520.08 |
| 12/30/09 | DEPOSIT | | $1,000.00 | $4,770.08 |
| 12/29/09 | DEPOSIT | | $1,125.00 | $3,770.08 |
| 12/28/09 | NON-BANKOFAMERICA ATM WITHDRAWAL ON 12/28 AT 7314 Aurora Ave N Seattle WA | -$302.50 | | $2,645.08 |
| 12/28/09 | DEPOSIT | | $1,000.00 | $2,947.58 |
| 12/22/09 | CHECK 2639 | -$1,529.00 | | $1,947.58 |
| 12/22/09 | DEPOSIT | | $375.00 | $3,476.58 |
| 12/21/09 | PURCHASE 90631219030737044262401 ON 12/19 AT AMOLS' SPECIALTY INCOR SAN ANTONIO TX | -$79.87 | | $3,101.58 |
| 12/21/09 | BANKOFAMERICA ATM WITHDRAWAL ON 12/19 AT GREENWOOD SEATTLE WA | -$200.00 | | $3,181.45 |
| 12/21/09 | BILL PAYER (PC) 8498320080368891 COMCAST | -$250.00 | | $3,381.45 |
| 12/17/09 | SERVICEFEEPMNTUS SVC FEE 6269175 | -$4.50 | | $3,631.45 |
| 12/17/09 | BILLPMNT ALDERWOOD-WATER 6265890 | -$79.55 | | $3,635.95 |
| 12/17/09 | TELEPHONE QWEST 80042389942064174620388 | -$164.52 | | $3,715.50 |
| 12/17/09 | BANKOFAMERICA ATM WITHDRAWAL ON 12/17 AT GREENWOOD SEATTLE WA | -$200.00 | | $3,880.02 |
| 12/16/09 | DEPOSIT | | $725.00 | $4,080.02 |
| 12/11/09 | DOMESTIC NON-BANKOFAMERICA ATM CHARGE | -$2.00 | | $3,355.02 |

Bank of America|Online Banking|Account History

| 12/11/09 | INVESTMENT AMERICAN FUNDS 000100074511301 | -$200.00 | | $3,357.02 |
|---|---|---|---|---|
| 12/11/09 | DEPOSIT | | $2,375.00 | $3,557.02 |
| 12/10/09 | CASH WITHDRAWAL AURORA VILLAGE | -$100.00 | | $1,182.02 |
| 12/09/09 | DEPOSIT | | $200.00 | $1,282.02 |
| 12/09/09 | ING DIRECTREINKE,KARL J 000000053689018 | | $800.00 | $1,082.02 |
| 12/08/09 | INS. PREM PREMATIC CORP MLB03FR75933 | -$67.66 | | $282.02 |
| 12/08/09 | ING DIRECTREINKE,KARL J 000000053689018 | -$100.00 | | $349.68 |
| 12/04/09 | PURCHASE 90621204047035544262401 ON 12/04 AT SAFEWAY STORE 0 SHORELINE WA | -$59.82 | | $449.68 |

* May not show deposits or withdrawals made since the last business day or outstanding Check Card authorizations.

Debtor  _KATH REINKE_

Case Number ⇨ _09 — 19609_
Report Mo/Yr ⇨ _DEC. 2009_

## UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

**INSTRUCTIONS:** Fully answer each question and attach additional sheets if necessary to provide a complete response.

|  | Yes | No |
|---|---|---|
| **Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *An escrow statement or similar supporting document must be attached for any sale of real estate and show all disbursements from the gross sale amount including debt payoffs and sales commissions.* | ❑ | ☒ |

| Asset Description | Date of Court Approval | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
|  | | | Total | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements made by other parties for the debtor."

Attach additional pages as needed

| **Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source, including relatives? | ❑ | ☒ |
|---|---|---|

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total | | |

Debtor __KARL REINKE__

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ OZ. 2009

## UST-24 PART B, OTHER FINANCIAL DISCLOSURES - INSURANCE & OTHER

|  | Yes | No |
|---|---|---|
| **Question 3 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|
|  |  |  |

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|
|  |  |  |

| | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.** | ☐ | ☒ |

**Question 4 - Payments on Pre-Petition Unsecured Debt** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? **If yes, disclose each payment and include payee's name and purpose; payment date, dollar amount, and date of court approval.**

**Question 5 - Payments to Attorneys and Other Professionals** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? **If yes, list each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.**

| | Payee | Description of Services | Date of Court Approval | Payment Date | Amount |
|---|---|---|---|---|---|
| 1. |  |  |  |  |  |
| 2 |  |  |  |  |  |
| 3. |  |  |  |  |  |
| | | | | Total $ | |

**Question 6 - Estimated Professional Fees.** List estimated post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements have not been received, use the best information available to estimate the fees and costs.

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Debtor  _KARL REINKE_

| Case Number | ⇨ | 09 - 19609 |
| Report Mo/Yr | ⇨ | DEC 2009 |

## Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the <u>original</u> with the court: | File the <u>original</u> with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6103**<br>**Seattle**, WA 98101 | United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma**, WA 98402 |

AND serve a <u>copy</u> on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

### STATUTORY FEE SCHEDULE

| If the debtor's disbursements for the calendar quarter are within these amounts. . . | | Then the quarterly fee due is. . . |
|---|---|---|
| **From** | **To** | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to:<br><br>**United States Trustee**<br><br>Mail quarterly fee payments to:<br><br>**US Trustee Program Payment Center**<br>**PO Box 70937**<br>**Charlotte, NC 28272-0937** | For calendar quarter ending. . . | A fee payment is due on. . . |
|---|---|---|
| | March 31 | April 30 |
| | June 30 | July 31 |
| | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

Monthly Financial Report - Individual(s) Not Engaged In Business
United States Trustee - Western District of Washington

Page 8 of 9
(January 2008)

Debtor ___IKANE REINKE___

Case Number ⇨ 09-19609

Report Mo/Yr ⇨ Dec. 2009

## ⁎ ⁎ ⁎ NOTICE OF INTEREST ASSESSMENT ⁎ ⁎ ⁎

**Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.**

---

### NOTICE

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection.  Collection costs will be added to the total amount of the debt.

---

The right choice for the long term®



# American Funds®

PO Box 6164
Indianapolis IN 46206-6164

**Year-End Statement**     Page 1 of 4
December 31, 2009

AV 01 074538 0802OH276 A**5DGT

CB&T CUST IRA
KARL J REINKE
923 N 76TH ST
SEATTLE WA 98103-4724

Your financial adviser
TWEDT
(360) 647-2321

NORTHWESTERN MUTUAL INVESTMENT
SERVICES, LLC
TWO UNION SQUARE
601 UNION ST STE 2500
SEATTLE WA 98101-4074

## Best wishes for the New Year

This statement shows your complete account activity for 2009. We recommend you keep it for your tax records. See our online Tax Center for tax forms, interactive worksheets, average cost information, and more. You can also go online to make your IRA contributions. Visit us at americanfunds.com/taxes.

## Thank you for your participation

Thank you for your patience in working with us to complete the historic American Funds proxy vote. We'll post the results on americanfunds.com/vote once the outcomes are known. We believe the proposals will make your funds more flexible and efficient and may reduce some fund expenses in the future.

## For more account information

- **Call your financial adviser**
- **Automated information and services**
  Website — americanfunds.com
  American FundsLine ® — 800/325-3590
- **Personal assistance — 8 a.m. to 8 p.m. Eastern time M-F**
  Shareholder Services — 800/421-0180

## Year-end summary

| | Value on 12/31/08 | + | Additions | + | Reinvested dividends and capital gains | − | Withdrawals | +/- | Change in account value | = | Value on 12/31/09 | Ending share balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CB&T CUST IRA** | | | | | | | | | | | | |
| **KARL J REINKE** | | | | | | | | | | | | |
| New Perspective Fund-A | | | | | | | | | | | | |
| Account # 79531301 | $3,508.94 | | $1,200.00 | | $73.30 | | $0.00 | | $1,453.51 | | $6,235.75 | 243.204 |
| | | | | | | | | | | | | |
| Washington Mutual Investors Fund-A | | | | | | | | | | | | |
| Account # 79531301 | $3,359.34 | | $1,200.00 | | $136.81 | | -$10.00 | | $852.55 | | $5,338.70 | 216.668 |
| | | | | | | | | | | | | |
| **Totals** | **$6,868.28** | | **$2,400.00** | | **$210.11** | | **-$10.00** | | **$2,106.06** | | **$11,574.45** | |



## Your investment portfolio



| ▬ | **Growth** | **53.88%** | ▬ | **Growth-and-income** | **46.12%** |
|---|---|---|---|---|---|
| | New Perspective Fund-A | | | Washington Mutual Investors Fund-A | |

## Year-to-date dividends and capital gains

| | Account # | Fund # | Dividends | Short-term capital gains | Long-term capital gains |
|---|---|---|---|---|---|
| **CB&T CUST IRA** | | | | | |
| **KARL J REINKE** | | | | | |
| New Perspective Fund-A | 74511301 | 07 | $83.32 | $0.00 | $0.00 |
| Washington Mutual Investors Fund-A | 74511301 | 01 | $136.81 | $0.00 | $0.00 |
| **Totals** | | | **$220.13** | **$0.00** | **$0.00** |

## Beneficiary information

| | Account # | Primary | Contingent |
|---|---|---|---|
| **CB&T CUST IRA** | | | |
| **KARL J REINKE** | 74511301 | MEGAN J WOOLLETT 100% | JUDITH M ROLLER |

To update and read important legal information about your beneficiary designations, please go to americanfunds.com/beneficiary

## Year-to-date history

**CB&T CUST IRA**
**KARL J REINKE**

### New Perspective Fund - Class A          Per-share average cost: Not available (please see end of statement)

Account # 74511301          Fund # 07
Symbol   ANWPX

| Trade date | Description | Dollar amount | Share price | Shares transacted | Share balance |
|---|---|---|---|---|---|
| 01/01/09 | Beginning balance | $3,508.94 | $18.88 | | 185.855 |
| 01/12/09 | 2009 Automatic Contrib | $100.00 | $19.44 | 5.144 | 190.999 |
| 02/10/09 | 2009 Automatic Contrib | $100.00 | $18.81 | 5.316 | 196.315 |
| 03/10/09 | 2009 Automatic Contrib | $100.00 | $16.86 | 5.931 | 202.246 |
| 04/13/09 | 2009 Automatic Contrib | $100.00 | $19.86 | 5.035 | 207.281 |
| 05/11/09 | 2009 Automatic Contrib | $100.00 | $21.29 | 4.697 | 211.978 |
| 06/10/09 | 2009 Automatic Contrib | $100.00 | $22.49 | 4.446 | 216.424 |
| 07/10/09 | 2009 Automatic Contrib | $100.00 | $21.15 | 4.728 | 221.152 |
| 08/10/09 | 2009 Automatic Contrib | $100.00 | $24.12 | 4.146 | 225.298 |
| 09/10/09 | 2009 Automatic Contrib | $100.00 | $25.81 | 3.874 | 229.172 |
| 10/12/09 | 2009 Automatic Contrib | $100.00 | $26.57 | 3.764 | 232.936 |
| 11/10/09 | 2009 Automatic Contrib | $100.00 | $26.97 | 3.708 | 236.644 |
| 12/10/09 | 2009 Automatic Contrib | $100.00 | $27.18 | 3.679 | 240.323 |
| 12/22/09 | Income Dividend 0.305 | $73.30 | $25.44 | 2.881 | 243.204 |



The right choice for the long term®

# American Funds®

| Trade date | Description | Dollar amount | Share price | Shares transacted | Share balance |
|---|---|---|---|---|---|
| 12/22/09 | Foreign Tax Paid | $10.02 | | | 243.204 |
| 12/31/09 | Ending balance | $6,235.75 | $25.64 | | 243.204 |

**IRS reporting.** CB&T is required to provide the value of your IRA(s) to the Internal Revenue Service.

## Washington Mutual Investors Fund - Class A          Per-share average cost: Not available (please see end of statement)

**Account #** 74511301     **Fund #** 01
**Symbol**    AWSHX

| Trade date | Description | Dollar amount | Share price | Shares transacted | Share balance |
|---|---|---|---|---|---|
| 01/01/09 | Beginning balance | $3,359.34 | $21.41 | | 156.905 |
| 01/12/09 | 2009 Automatic Contrib | $100.00 | $21.81 | 4.585 | 161.490 |
| 02/10/09 | 2009 Automatic Contrib | $100.00 | $20.64 | 4.845 | 166.335 |
| 03/10/09 | 2009 Automatic Contrib | $100.00 | $17.76 | 5.631 | 171.966 |
| 03/20/09 | Income Dividend 0.18 | $30.95 | $17.68 | 1.751 | 173.717 |
| 04/13/09 | 2009 Automatic Contrib | $100.00 | $20.72 | 4.826 | 178.543 |
| 05/11/09 | 2009 Automatic Contrib | $100.00 | $21.85 | 4.577 | 183.120 |
| 06/10/09 | 2009 Automatic Contrib | $100.00 | $22.49 | 4.446 | 187.566 |
| 06/19/09 | Income Dividend 0.175 | $32.82 | $20.65 | 1.589 | 189.155 |
| 07/10/09 | 2009 Automatic Contrib | $100.00 | $20.98 | 4.766 | 193.921 |
| 08/10/09 | 2009 Automatic Contrib | $100.00 | $23.64 | 4.230 | 198.151 |
| 09/10/09 | 2009 Automatic Contrib | $100.00 | $24.41 | 4.097 | 202.248 |
| 09/25/09 | Income Dividend 0.175 | $35.39 | $22.90 | 1.545 | 203.793 |
| 10/12/09 | 2009 Automatic Contrib | $100.00 | $24.86 | 4.023 | 207.816 |
| 11/10/09 | 2009 Automatic Contrib | $100.00 | $25.64 | 3.900 | 211.716 |
| 12/10/09 | 2009 Automatic Contrib | $100.00 | $26.21 | 3.815 | 215.531 |
| 12/11/09 | 2010 Annual Fee | -$10.00 | $24.85 | -0.402 | 215.129 |
| 12/18/09 | Income Dividend 0.175 | $37.65 | $24.46 | 1.539 | 216.668 |
| 12/31/09 | Ending balance | $5,338.70 | $24.64 | | 216.668 |

AFS.=132104.047 R070004.41078.41075.CNSAF#00.INVMCR.....AF1.....014209/04/RITS100

074538/0000



## To contact American Funds

- **Services and information online and by phone**
  - account balances
  - dividends and capital gains
  - fund prices, returns and yields
  - purchase, sell and exchange shares
  - transaction history
  - request electronic or duplicate statements
  - reorder checks
  - customize PIN
  - year-end tax information
  - address change (not available on American FundsLine*)

- **Website • americanfunds.com**
  - requires PIN and account number

- **American FundsLine • 800/325-3590 • automated phone service**
  - requires PIN and account number

- **Shareholder Services • 800/421-0180 • 8 a.m. to 8 p.m. Eastern time M-F**
  - please have your account and Social Security numbers handy

- **Mailing address**
  - correspondence and investments can be mailed to the return address on the first page of this statement

## To make transactions

- **To purchase shares**
  - ask your financial adviser to place an order for you
  - invest electronically using our website or American FundsLine
  - by check with an investment form (books of investment forms can be ordered by calling Shareholder Services)
  - send your check with a letter of instruction

- **To exchange to another American Fund**
  - ask your financial adviser to process the transaction
  - exchange electronically using our website or American FundsLine
  - call Shareholder Services for personal assistance
  - send us a letter stating your request

- **To sell (redeem) shares**
  - ask your financial adviser to process the transaction
  - sell electronically using our website or American FundsLine
  - call Shareholder Services for personal assistance
  - send us a letter stating your request
  - signature guarantee is required if the redemption is for more than $75,000, or if the check will go to someone other than the registered owner or to a different address (please refer to your *Welcome* reference guide or call us at 800/421-0180 for details)
  - retirement, corporate or partnership accounts may need additional documentation to sell shares

## Glossary

**Additions**
The amount added to your account balance during the statement period, including purchases, exchanges and transfers of shares.

**Capital gain**
A payment made to shareholders on a per-share basis of profits realized on the sale of securities within a fund's portfolio. This should not be confused with capital gain realized when you sell or exchange mutual fund shares.

**Change in account value**
Includes all share price appreciation or depreciation less any applicable sales charge applied to investments in Class A shares.

**Dividend**
A distribution of investment income to shareholders. The amount of a mutual fund dividend is authorized by the fund's board of directors. Dividends are taxable in the year they are paid unless they are held in a tax-deferred account such as an IRA.

**Reinvested dividends and capital gains**
The total dollar amount of dividend income and capital gain distributions you have opted to have reinvested into your account. Shares purchased with reinvested dividends and capital gains do not pay a sales charge.

**Symbol**
Also known as the Ticker Symbol, these five-letter designations identify a mutual fund and its share class and can be used for fund tracking on the internet or with financial software.

**Withdrawals**
The amount taken out of your mutual fund account during the statement period, including redemptions, any contingent deferred sales charges, exchanges and transfers of shares.

## Average cost

Average cost information may be used to determine taxable gain or loss when you sell or exchange shares. American Funds provides average cost for most accounts opened after January 1, 1984, other than retirement accounts, 529 accounts and accounts established by a transfer of ownership. If we can't provide average cost because your account was opened prior to 1984 or involves a transfer of ownership, you or your financial adviser may give us your cost basis so we can calculate your average cost going forward.

American Funds uses the Single-Category Average Cost method. However, there are other IRS-approved methods for calculating the cost basis of your shares. Consult your tax adviser and refer to IRS Publication 564, *Mutual Fund Distributions* (available from the IRS at 800/829-3676), to determine which method best suits your needs. American Funds does not report average cost information to the IRS.

Certain transactions (including wash sales and the qualified-five-year-gain election), or incorrect cost basis information supplied by you or your financial adviser, could make the average cost information on this statement inaccurate. Please consult your tax adviser before using average cost information supplied by American Funds.

## Important withholding & diversification information about your retirement account with CB&T

Eligible rollover distributions from plans other than IRAs are subject to mandatory 20% federal income tax withholding. Certain other withdrawals are subject to 10% federal income tax withholding (and, depending on where you live, state tax withholding) unless you choose not to have tax withheld. You may need to pay estimated taxes if you do not have enough tax withheld. Insufficient withholding or underpayment of estimated taxes may result in IRS penalties. For periodic withdrawals, your choice will be in force until you change it. Please complete the appropriate section of the distribution form or call us at 800/421-0180 if you do not want to have tax withheld from withdrawals.

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. For more information on investing and diversification, go to **www.dol.gov/ebsa/investing.html.**