## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In re: ) Chapter 11
)
Karl J. Reinke, ) No. 09-19609
)
) **NOTICE OF APPEARANCE AND**
Debtor. ) **REQUEST FOR SPECIAL NOTICE**
)

TO: CLERK OF THE ABOVE-ENTITLED COURT
Attorney for Debtor: Larry Feinstein
All other parties of interest:

Pursuant to Bankruptcy Rules 2007, RICHARD LLEWELYN JONES, P.S. appears in the above action on behalf of KARL J. REINKE, and requests notice of all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein including all schedules, amended schedules, motions, applications, plan of reorganization, disclosure statements, orders, and other documents and pleadings, including those in adversary proceedings.

RICHARD LLEWELYN JONES, P.S. further requests that the following address be added to the Court's master mailing matrix:

Richard Llewelyn Jones, P.S.,
2050 - 112th Avenue N.E., Suite 230,
Bellevue, WA 98004.

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE- 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 - 112TH AVENUE NORTHEAST, SUITE 230
BELLEVUE, WASHINGTON 98004-2992
(425) 462-7322

Case 09-19609-KAO    Doc 37    Filed 02/01/10    Ent. 02/01/10 15:14:19    Pg. 1 of 2

This request shall be deemed a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

DATED this 1st day of February 2010.

**RICHARD LLEWELYN JONES, P.S.**

_____
RICHARD LLEWELYN JONES, WSBA 12904
Attorney for Karl J. Reinke

Original to:

Clerk of the Court
United States Bankruptcy Court
Western District of Washington
315 Park Place Building
1200 Sixth Avenue
Seattle, WA 98101

Copies to:

LARRY FEINSTEIN
VORTMAN & FEINSTEIN
500 Union St Ste 500
Seattle, WA 98101-4047
Attorney for Debtor

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE- 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 - 112TH AVENUE NORTHEAST, SUITE 230
BELLEVUE, WASHINGTON 98004-2992
(425) 462-7322

Case 09-19609-KAO   Doc 37   Filed 02/01/10   Ent. 02/01/10 15:14:19   Pg. 2 of 2