UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | ) | IN CHAPTER 11 |
|---|---|---|
| | ) | BANKRUPTCY NO. 09-19609 |
| KARL REINKE, | ) | |
| | ) | **AGREED ORDER** |
| | ) | **GRANTING RELIEF FROM** |
| Debtor. | ) | **STAY** |
| | ) | |

BASED UPON the agreement of the parties, as evidenced by the signatures below, the debtor(s) herein are indebted to the secured creditor described above, the loan is in default and Wells Fargo has a security interest in real property securing the loan at 923 North 76th Street, Seattle, WA 98103; now therefore it is hereby

ORDERED,

1. Beginning with the payment due March 1, 2010, debtor's shall pay the regular monthly payments to Wells Fargo. In addition beginning on March 15tht through August 15th, 2010 debtors will pay an additional $284.59 to bring the account current. Debtor's have six months to bring the account current;

2. Wells Fargo is authorized to resume sending the debtor's monthly statements;

3. Wells Fargo Bank's motion for relief from stay is denied without prejudice. However, should debtor(s) default on any future payments when due and fail to cure the arrearage within fifteen (15) days of the mailing of a written notice to debtor(s) and attorney

**AGREED ORDER GRANTING RELIEF FROM STAY** 1

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
5440 CALIFORNIA AVENUE SW
SEATTLE, WASHINGTON 98136
(206)935-1501

1  to do so, then in such event secured creditor shall be granted

2  relief from the automatic stay by exparte application.

3

4      DATED this _____ day of _____, 2010.

5

6                                            _____

                                          BANKRUPTCY JUDGE

7

8  Presented by:

9

/s/Bradley B. Jones
10  BRADLEY B. JONES, WSBA #10732
Attorney for Secured Creditor

11
Copy Received, Approved for
12  Entry, Notice of Presentation
Waived:

13

14   /s/Larry Feinstein (via facsimile)
Larry Feinstein, WSBA #6074
15  Attorney for Debtor(s)

16

17  _____
Thomas Buford, WSBA#
18  Attorney for Trustee

19

20

21

22

23

24

25

26

27

28

**AGREED ORDER GRANTING RELIEF FROM STAY** 2

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
5440 CALIFORNIA AVENUE SW
SEATTLE, WASHINGTON 98136
(206)935-1501

Case 09-19609-KAO   Doc 38   Filed 02/03/10   Ent. 02/03/10 11:43:01   Pg. 2 of 2