Hon. Karen Overstreet

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re ) | IN CHAPTER 11 |
| ) | BANKRUPTCY NO. 09-19609 |
| KARL REINKE, ) | |
| ) | **AGREED ORDER** |
| ) | **GRANTING RELIEF FROM** |
| Debtor. ) | **STAY** |
| ) | |

BASED UPON the agreement of the parties, as evidenced by the signatures below, the debtor(s) herein are indebted to the secured creditor described above, the loan is in default and Wells Fargo has a security interest in real property securing the loan at 923 North 76th Street, Seattle, WA 98103; now therefore it is hereby

ORDERED,

1. Beginning with the payment due March 1, 2010, debtor's shall pay the regular monthly payments to Wells Fargo. In addition beginning on March 15tht through August 15th, 2010 debtors will pay an additional $284.59 to bring the account current. Debtor's have six months to bring the account current;

2. Wells Fargo is authorized to resume sending the debtor's monthly statements;

3. Wells Fargo Bank's motion for relief from stay is denied without prejudice. However, should debtor(s) default on any future payments when due and fail to cure the arrearage within fifteen (15) days of the mailing of a written notice to debtor(s) and attorney

**AGREED ORDER GRANTING RELIEF FROM STAY** 1

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
5440 CALIFORNIA AVENUE SW
SEATTLE, WASHINGTON 98136
(206)935-1501

Case 09-19609-KAO    Doc 39    Filed 02/04/10    Ent. 02/04/10 13:09:43    Pg. 1 of 2

to do so, then in such event secured creditor shall be granted relief from the automatic stay by exparte application.

DATED this _____ day of _____, 2010.

*/s/ Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

/s/Bradley B. Jones
BRADLEY B. JONES, WSBA #10732
Attorney for Secured Creditor

Copy Received, Approved for Entry, Notice of Presentation Waived:

/s/Larry Feinstein (via facsimile)
Larry Feinstein, WSBA #6074
Attorney for Debtor(s)

_____
Thomas Buford, WSBA#
Attorney for Trustee

**AGREED ORDER GRANTING RELIEF FROM STAY** 2

**BRADLEY BOSWELL JONES, P.S.**
ATTORNEY AT LAW
5440 CALIFORNIA AVENUE SW
SEATTLE, WASHINGTON 98136
(206)935-1501