<pre>
                                              THE HONORABLE KAREN A. OVERSTREET
                                                      Chapter:      11
                                                      Hearing Date: February 12, 2010
                                                      Hearing Time: 9:30 am
                                                      Hearing Place: U.S. Courthouse
                                                      Response due: February 5, 2010
</pre>

karen L. Gibbon
Law Offices of Karen L. Gibbon, P.S.
3409 McDougall Avenue, Suite 202
Everett, Washington 98201
(425) 212-3277

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | ) | No. 09-19609 |
|---|---|---|
| | ) | |
| KARL J. REINKE | ) | REVISED NOTICE OF HEARING ON MOTION |
| | ) | FOR RELIEF FROM STAY CHANGING TIME OF |
| Debtor(s). | ) | HEARING ONLY |

**Please take notice that a hearing on Wells Fargo Bank, N. A. as Trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1's ("Secured Creditor") motion for termination of stay will take place on February 12, 2010 at 9:30 am at the United States Courthouse, 700 Stewart Street, Courtroom 7206, Seattle, Washington. Any response must be filed and served prior to the response date, February 5, 2010. IF NO RESPONSE IS TIMELY FILED AND SERVED WITHIN THE TIME ALLOWED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE.**

DATED this 15th day of January, 2010.

LAW OFFICES OF KAREN L. GIBBON, P.S.
Attorneys for Secured Creditor

By: /s/Karen L. Gibbon
Karen L. Gibbon
WSBA# 7095

REVISED NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY - 1

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**3409 MCDOUGALL AVENUE, SUITE 202
EVERETT, WASHINGTON 98201**
(425) 212-3277

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that the following is true and correct:

That on January 15, 2010, she placed in the United States mail, first class, postage prepaid, a true and correct copy of the Revised Notice of Hearing on Motion for Relief from Stay Changing Time of Hearing Only addressed to the following:

Karl J. Reinke
923 N. 76th Street
Seattle, WA 98103

Thomas A. Buford III
Attorney for the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271

Melissa Williams Romeo
Attorneys for Aurora Loan Services, LLC
Routh Crabtree Olsen, P. S.
3535 Factoria Blvd. SE, Suite 200
Bellevue, WA 98006

Daniel L. Hembree
Bishop, White & Marshall, P.S.
Attorneys for Aurora Loan Services, LLC
720 Olive Way, Suite 1301
Seattle, WA 98101

The following parties were served with copies of the above referenced documents via ECF:

Larry B Feinstein
Debtor's Attorney

US Trustee

Thomas A Buford
Attorney for U.S. Trustee

Signed at Everett, Washington on January 15, 2010.

/s/Karen L. Gibbon_____
Karen L. Gibbon, WSBA# 7095

REVISED NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY - 2

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**3409 MCDOUGALL AVENUE, SUITE 202
EVERETT, WASHINGTON 98201**
(425) 212-3277

Case 09-19609-KAO    Doc 40    Filed 02/08/10    Ent. 02/08/10 20:42:43    Pg. 2 of 2