THE HONORABLE KAREN A. OVERSTREET
Chapter: 11
Hearing Date: February 12, 2010
Hearing Time: 9:30 am
Hearing Place: US Courthouse
Response Due: February 5, 2010

Karen L. Gibbon
Law Offices of Karen L. Gibbon, P.S.
3409 McDougall Avenue, Suite 202
Everett, Washington 98201
(425) 212-3277

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | No. 09-19609 |
| | ) | |
| KARL J. REINKE | ) | DECLARATION OF NO OBJECTION |
| | ) | |
| Debtor(s). | ) | |

Karen L. Gibbon declares under penalty of perjury, that the following is true and correct:

1. I am an attorney with the Law Offices of Karen L. Gibbon, P.S., the attorneys for Wells Fargo Bank, N. A. as Trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1 ("Secured Creditor"). I make this declaration from personal knowledge and am authorized to make this declaration on Secured Creditor's behalf.

2. Secured Creditor has brought a motion for relief from stay as to property of the estate. The debtor, Karl J. Reinke; his attorney, Larry B. Feinstein; and the Office of the U.S. Trustee were served with Secured Creditor's motion pleadings by mail or ECF on January 8, 2010.

3. The Law Offices of Karen L. Gibbon, P.S., have not received any objections to Secured Creditor's motion for relief from stay. Further, according to the PACER docket of the Bankruptcy Court for the Western District of Washington, no objections to said motion have been filed through the response date, February 5, 2010.

Signed at Everett, Washington on February 8, 2010.

/s/Karen L. Gibbon
Karen L. Gibbon, WSBA# 7095

DECLARATION OF NO OBJECTION - 1

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**3409 MCDOUGALL AVENUE, SUITE 202**
**EVERETT, WASHINGTON 98201**
(425) 212-3277