THE HONORABLE KAREN A. OVERSTREET
Chapter: 11
Hearing Date: February 12, 2010
Hearing Time: 11:00 am
Hearing Place: U.S. Courthouse
Response Due: February 5, 2010

Karen L. Gibbon
Law Offices of Karen L. Gibbon, P.S.
3409 McDougall Avenue, Suite 202
Everett, WA 98201
(425) 212-3277

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) No. 09-19609
)
KARL J. REINKE ) ORDER TERMINATING STAY UNDER
) SECTION 362(d) OF THE BANKRUPTCY CODE
Debtor(s). )

THIS MATTER came before the Court upon the motion of Wells Fargo Bank, N. A. as Trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1 ("Secured Creditor"), for an order pursuant to 11 U.S.C. Section 362(d) for termination of the automatic stay of 11 U.S.C. Section 362(a) to allow Secured Creditor to pursue all of the remedies provided under its note and deed of trust and under the provisions of state law against property of the estate. Secured Creditor appeared by and through its attorney, Karen L. Gibbon.

The Court having reviewed the Notice of Motion and Hearing and Motion for Termination of Stay under Section 362(d) of the Bankruptcy Code; the Declaration in Support of Motion for Termination of Stay; the Memorandum in Support of Motion for Termination of Stay; the Declaration of No Objection and the files and records herein, and the Court being fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that the automatic stay of 11 U.S.C. Section 362(a) is hereby terminated for the purpose of allowing Wells Fargo Bank, N. A. as Trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1, its successors and

ORDER TERMINATING STAY - 1

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**3409 McDOUGALL AVENUE, SUITE 202**
**EVERETT, WASHINGTON 98201**
(425) 212-3277

Case 09-19609-KAO    Doc 42    Filed 02/08/10    Ent. 02/08/10 20:51:37    Pg. 1 of 2

assigns, to pursue all of the remedies provided under its note and deed of trust and under the provisions of state law on real property located at 20001 Damson Rd, Lynnwood, WA 98036, ("the Property"), and legally described as follows:

LOT 1 OF SHORT PLAT SP259 (6-77) RECORDED UNDER AUDITOR'S FILE NUMBER 7711180353, BEING A PORTION OF LOT 35, BLOCK 23, ALDERWOOD MANOR NO. 5, RECORDS OF SNOHOMISH COUNTY, WASHINGTON.
SITUATE IN THE COUNTY OF SNOHOMISH, STATE OF WASHINGTON.
(TAX PARCEL ID #: 00373002303601)

and it is further

ORDERED that the jurisdiction of this court over the Property is relinquished; and it is further

ORDERED that there shall be no fourteen day stay of this order and that this order shall apply to and be binding upon the debtor(s) and any trustee in any subsequent bankruptcy proceeding to which this proceeding may be converted.

DONE this _____ day of February, 2010.

_____
Karen A. Overstreet
United States Bankruptcy Court Judge

Presented by:
Law Offices of Karen L. Gibbon, P.S.
Attorneys for Wells Fargo Bank, N. A. as Trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1

By: _/s/Karen L. Gibbon_
   Karen L. Gibbon
   WSBA# 7095

ORDER TERMINATING STAY - 2

LAW OFFICES OF
**KAREN L. GIBBON, P.S.**
A PROFESSIONAL SERVICE CORPORATION
3409 McDOUGALL AVENUE, SUITE 202
EVERETT, WASHINGTON 98201
(425) 212-3277

Case 09-19609-KAO    Doc 42    Filed 02/08/10    Ent. 02/08/10 20:51:37    Pg. 2 of 2