Judge Karen Overstreet
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) No. 09-19609
KARL REINKE, )
) DECLARATION IN SUPPORT OF
Debtor, ) APPLICATION TO HIRE LARRY B.
) FEINSTEIN AS ATTORNEY FOR DEBTOR
) NUNC PRO TUNC
_____ )

Larry B. Feinstein, being first duly sworn on oath deposes and says under penalties of perjury of the laws of the State of Washington:

1. I am Larry B. Feinstein of Vortman & Feinstein, and make this Declaration as such.

2. After having made a check for potential conflicts which might arise as a result of the representation of the debtor in possession as its attorney in the within case, to the best of my knowledge and belief, no conflict would arise by my firm's representation. To the best of my knowledge, I have no connection with any creditor, member of the debtor, its attorneys or accountants, or other known parties in interest in the case. Therefore, I believe I am disinterested for purposes of sections 101(13), 327(c) and 1107(b) of the Bankruptcy Code.

3. I have reviewed Local BR 2016 and I am familiar with same.

4. I have not shared or agreed to share compensation with any other entity other than those employed by my office.

5. A copy of my Engagement Agreement is attached or is available for review by the U.S. Trustee upon request.

DECLARATION IN SUPPORT OF
APPLICATION TO HIRE LARRY B.
FEINSTEIN AS ATTORNEY FOR DEBTOR
NUNC PRO TUNC -1

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355

4. A copy of the Motion and Order to Hire Attorney for Debtor and this Affidavit, have been served on the U.S. Trustee ECF.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 11th day of February, 2010.

        /s/ Larry B. Feinstein
_____
Larry B. Feinstein WSBA # 6074
Attorney for Debtor

DECLARATION IN SUPPORT OF APPLICATION TO HIRE LARRY B. FEINSTEIN AS ATTORNEY FOR DEBTOR NUNC PRO TUNC - 2

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355