ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE  (425) 458-2121
FACSIMILE  (425) 458-2131

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

ALL ACTIVE CASES

DECLARATION OF MELISSA ROMEO RE: NAME CHANGE

I declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

I recently got married and changed my name from "Melissa Williams" to "Melissa Romeo." Effective immediately, I would like all of my active cases to reflect my new name change. My contact information has not changed, and remains as follows:

Routh Crabtree Olsen, PS
3535 Factoria Blvd. SE Suite 200
Bellevue, WA 98006
Direct Phone: (425) 457-7270
Direct Fax: (425) 457-7332

Dated: February 3, 2010.

ROUTH CRABTREE OLSEN, P.S.

By: *[signature]*
Melissa Romeo, WSBA #40644

DECLARATION OF MELISSA ROMEO RE:
NAME CHANGE
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 09-19609-KAO    Doc 50    Filed 02/03/10    Ent. 02/24/10 16:29:05    Pg. 1 of 1