# MONTHLY FINANCIAL REPORT FOR
## INDIVIDUAL(S) NOT ENGAGED IN BUSINESS

| | | | |
|---|---|---|---|
| Case No. | _09 - 19609_ | Report Month/Year | _02 / 2010_ |
| Debtor | _KARL REINKE_ | | |

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

| The debtor submits the following with this monthly financial report: | | Yes | No |
|---|---|---|---|
| **UST-21** | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ❑ | ❑ |
| **UST-22** | **Summary of Receipts** | ❑ | ❑ |
| **UST-23** | **Summary of Disbursements** | ❑ | ❑ |
| **UST-23 Continuation Sheets** | **Financial Account Detail** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a copy of the monthly bank statement and supporting documents as described in the instructions. | ❑ | ❑ |
| **UST-24 Part A** | **Other Financial Disclosures - Real Estate and Property Sales** When applicable, include a report of sale. Attach supporting documents such as an escrow statement for the sale of real property, or an auctioneer's report for property sold at auction. | ❑ | ❑ |
| **UST-24 Part B** | **Other Financial Disclosures - Insurance, etc.** For any changes or renewals of insurance coverage, include a copy of the new certificate of insurance. | ❑ | ❑ |

## DEBTOR'S CERTIFICATION

I certify under penalty of perjury that the information contained in this monthly financial report are complete, true, and accurate to the best of my knowledge, information, and belief.

Signature(s): _____     ✍ Date: _____

                                           ✍

The debtor, or trustee, if appointed, must sign the monthly financial report. Debtor's counsel may not sign a financial report for the debtor.

Case 09-19609-KAO     Doc 53     Filed 03/15/10     Ent. 03/15/10 16:14:32     Pg. 1 of 22

Debtor   KARL REINKE

Case Number   ⇨   09 - 9609

Report Mo/Yr   ⇨   FEB . 2010

## UST- 21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS: This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each remaining asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations, if any, may be attached to this page.

| | As of month ending ⇨ | FEB. 28TH 2010 | | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| | Cash | 100.00 | | |
| | Checking Account(s) | 4,723.25 | | |
| | Savings Account(s) | 513.66 | | |
| | Investment/Brokerage Account(s) | | | |
| | IRA/Retirement Account(s) | 11,664.08 | | |
| | Remaining Personal Property (per Schedule B but excluding all accounts listed above) | 15,000.00 | | |
| | Real Property (Schedule A) | | | |
| | 1. 923 N. 76TH ST. - SEATTLE | 416,000.00 | | |
| | 2. 2001 DAMSON RD. - LYNNWOOD | 300,000.00 | | |
| | 3. 2736 NE 115TH ST - SEATTLE | 210,000.00 | | |
| | 4. 16420 4TH AVE NW. - SHORELINE | 286,000.00 | | |
| | (Attach additional sheets if needed) | | | |
| | Other Assets (list all assets not included above, including assets acquired postpetition, if any) | | | |
| **TOTAL ASSETS** | | 1,244,000.99 | | |
| **LIABILITIES** | | | | |
| | Pre-petition Liabilities | | | |
| | Secured Debt (Schedule D) | 1,395,000.00 | | |
| | Priority Unsecured Debt (Schedule E) | 197,000.00 | | |
| | Unsecured Debt (Schedule F) | | | |
| | Total Pre-petition Liabilities | 1,592,000.00 | | |
| | Post-petition Liabilities | | | |
| | Mortgage/Rent Payments Due | 9,300.00 | | |
| | Other Secured Debt | | | |
| | Unpaid Real Property Taxes | | | |
| | Other Unpaid Taxes (specify) | | | |
| | Other Unpaid Debts (specify) | | | |
| | Total Post-petition Liabilities | | | |
| **TOTAL LIABILITIES** | | 1,601,300.00 | | |
| **NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES)** | | (357,299.01) | | |

Case 09-19609-KAO   Doc 53   Filed 03/15/10   Ent. 03/15/10 16:14:32   Pg. 2 of 22

Debtor _KARL REINKE_

| Case Number | ⇨ | $09 - 19609$ |
| Report Mo/Yr | ⇨ | FEB . 2010 |

## UST-22, SUMMARY OF RECEIPTS

INSTRUCTIONS: Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate (e.g., rental income from more that one property).

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | | 2,438.58 |
| Social security, pension, or 401k distributions | | |
| Rental income (itemize by property) ✷ | 5,000.00 | |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property | | |
| Proceeds from sale of personal property | | |
| Other (explain) | | |
| TOTAL RECEIPTS FOR THIS MONTH | | 7,438.58 |

Notes: ✷

16420  4TH AVE NE RENT : $ 2,000
2736  NE 115TH ST. - SEATTLE : $ 1,300
20001  DAMSON RD. - LYNNWOOD : $ 1,700

Debtor _KARL REINKE_

Case Number ⇨ _09 - 19609_
Report Mo/Yr ⇨ _Feb. 2010_

## UST-23, SUMMARY OF DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial account or other source of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY OF DISBURSEMENTS page.

QUARTERLY FEES: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay statutory fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the bankruptcy estate during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions excluded from the disbursement total are transfers among estate accounts during the same reporting month.

A fee payment is due 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively. The debtor is reminded that the initial fee billing for each quarter is only an estimate*. Accordingly, when payment is due the debtor is responsible for calculating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee. Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to compute the disbursement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory fee schedule may be found on the U.S. Trustee's website at: www.usdoj.gov/ust/r18/s_home.htm (see Library page).

* By necessity, the fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of the debtor's report for the third month of the quarter, the U.S. Trustee adjusts the amount billed for that quarter, as appropriate.

### Summary of Disbursements

| | |
|---|---|
| Total disbursements from all UST-23 Continuation Sheet(s) | 3,316.09 |
| Cash payments not included in total above (if any) | O |
| Disbursements made by another party on behalf of the debtor (if any) | O |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | O |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | 3,316.09 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee? Yes ☐ No ☒  If "Yes", list each quarter that is delinquent and the amount due.

(UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Monthly Financial Report - Individual(s) Not Engaged In Business
United States Trustee - Western District of Washington
Page 4 of 9
(January 2008)

Case 09-19609-KAO   Doc 53   Filed 03/15/10   Ent. 03/15/10 16:14:32   Pg. 4 of 22

Debtor   KARL REINIKE

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

---

**Depository (bank) name**   ⇨
**Account number**   ⇨   BANK OF AMERICA

Purpose of this account (select one):
- ☒ Checking
- ☐ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 393.62 |
| Add: | Transfers in from other accounts | 0 |
| | Loan or financing proceeds deposited to this account (identify source) | 0 |
| | Other receipts deposited to this account | 7,438.58 |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | 300.00 |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ 3,316.09 |
| | | Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.** |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 4,516.11 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| • A monthly bank statement (or attorney's trust account statement); | ☒ | ☐ |
| • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

# Bank of America                     Online Banking

## Myaccess Checking

Balance Sheet   Return   Landscape View

**Summary**
Myaccess Checking - 81894149
From: 02/01/10 Through: 02/25/10
    Starting Balance:               $393.62
    -25 Withdrawals:          -$3,316.09
    +3 Deposits:              $7,438.58
    Ending Balance:          $4,516.11

| Date | Description | Withdrawal | Deposit | Balance |
|------|-------------|-----------|---------|---------|
| 02/25/10 | PURCHASE 90630223013205144262401 ON 02/23 AT SPECIALTY'S CAFE & BAK SEATTLE WA | -$13.98 | | $4,516.11 |
| 02/25/10 | PURCHASE 90620225008641844262401 ON 02/25 AT #00410 ALBERTSONS SEATTLE WA | -$23.34 | | $4,530.09 |
| 02/25/10 | PURCHASE 90620225073547544262401 ON 02/25 AT KMART 3 SEATTLE WA | -$29.95 | | $4,553.43 |
| 02/25/10 | PURCHASE 90630224024223844262401 ON 02/24 AT NTNWIDE MORTGAGE LIC SY 240-3864444 DC | -$217.50 | | $4,583.38 |
| 02/22/10 | DEPOSIT *16420 4TH AVE NE - SHORELINE RENT* | | $2,000.00 | $4,800.88 |
| 02/18/10 | PURCHASE 90620218060150644262401 ON 02/18 AT BALLARD PLAZA PHA SEATTLE WA | -$46.85 | | $2,800.88 |
| 02/18/10 | PURCHASE 90630216007617344262401 ON 02/16 AT WWW.CUFFART.COM 847-973-2337 IL | -$107.00 | | $2,847.73 |
| 02/18/10 | TELEPHONE QWEST 80042389942064174620388 | -$122.20 | | $2,954.73 |
| 02/17/10 | PURCHASE 90630214010755544262401 ON 02/14 AT STEINMANS GROCERY ANACORTES WA | -$17.02 | | $3,076.93 |
| 02/16/10 | PURCHASE 90630211011607144262401 ON 02/11 AT CHEVRON 00093471 LYNNWOOD WA | -$10.05 | | $3,093.95 |
| 02/16/10 | PURCHASE 90630205028340044262401 ON 02/05 AT BROWNPAPERTICKETS 800-8 SEATTLE WA | -$23.98 | | $3,104.00 |
| 02/16/10 | BANKOFAMERICA ATM WITHDRAWAL ON 02/16 AT GREENWOOD SEATTLE WA | -$200.00 | | $3,127.98 |
| 02/16/10 | CHECK 2644 | -$325.00 | | $3,327.98 |
| 02/12/10 | PAYROLL TRUECOMPASS LEND34133100017031X | | $2,438.58 | $3,652.98 |
| 02/11/10 | DOMESTIC NON-BANKOFAMERICA ATM CHARGE | -$2.00 | | $1,214.40 |
| 02/11/10 | MONTHLY SERVICE CHARGE | -$8.95 | | $1,216.40 |
| 02/11/10 | INVESTMENT AMERICAN FUNDS 000100074511301 | -$200.00 | | $1,225.35 |

| 02/08/10 | PURCHASE 90630205022512944262401 ON 02/05 AT J2 *EFAX PLUS SERVICE 323-817-3205 CA | -$22.15 | | $1,425.35 |
|----------|------------------------------------------------------------------------------------|---------|---|-----------|
| 02/08/10 | INS. PREM PREMATIC CORP MLB03FR75933 | -$67.66 | | $1,447.50 |
| 02/08/10 | ING DIRECTREINKE,KARL J 000000053689018 | -$100.00 | | $1,515.16 |
| 02/08/10 | PURCHASE 90630204012698144262401 ON 02/04 AT MORTGAGE-EDUCATION 646-3521519 NY | -$108.00 | | $1,615.16 |
| 02/05/10 | PURCHASE 90620205068815244262401 ON 02/05 AT SHELL Service Sta SEATTLE WA | -$29.60 | | $1,723.16 |
| 02/04/10 | PURCHASE 90620204022592144262401 ON 02/04 AT SAFEWAY STORE 18 SEATTLE WA | -$244.44 | | $1,752.76 |
| 02/02/10 | BILL PAYER (PC) 1-1032510-142520 SEATT CITY | -$156.66 | | $1,997.20 |
| 02/02/10 | BILL PAYER (PC) 5398893641 ACS | -$400.00 | | $2,153.86 |
| 02/02/10 | BILL PAYER (PC) 734-680-962-2 PSE-ELECTR | -$402.81 | | $2,553.86 |
| 02/02/10 | BILL PAYER (PC) 2-1032510-142520 SEATTLE CI | -$436.95 | | $2,956.67 |
| 02/01/10 | DEPOSIT | | $3,000.00 | $3,393.62 |

* May not show deposits or withdrawals made since the last business day or outstanding Check Card authorizations.

RENT FOR 2736 NE 115TH ST. SEATTLE $1,300.00 PLUS
RENT FOR 20001 DAMSON RD. LYNNWOOD $1,700.00 = $3,000.00

Debtor  KARL REINILE

Case Number  ⇨  09-19609
Report Mo/Yr  ⇨  FEB. 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | WELLS FARGO |
|---|---|
| Account number ⇨ | |

Purpose of this account (select one):
- ☒ Checking
- ☒ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 207.13 |
| Add: | Transfers in from other accounts | |
| | Loan or financing proceeds deposited to this account (identify source) | |
| INTEREST | Other receipts deposited to this account | .01 |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨  O  Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 207.14 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| · A monthly bank statement (or attorney's trust account statement); | ☒ | ☐ |
| · If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☒ |

UST 23 CONTINUATION SHEET  Number        of



**WELLS FARGO**

# PMA ® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

KARL REINKE
923 N 76TH ST
SEATTLE WA 98103-4724

## February 28, 2010

| | |
|---|---|
| **Total assets:** | **$207.14** |
| Last month: | $207.13 |
| Change in $: | $0.01 |
| Change in %: | 0.00% |
| **Total liabilities:** | **$476,429.77** |
| Last month: | $476,104.51 |
| Change in $: | $325.26 |
| Change in %: | 0.07% |
| *PMA* Qualifying Balance: | **$141,341.13** |

## Contents

| | Page |
|---|---|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Savings | 5 |
| Home Mortgage | 6 |



# Overview of your PMA account

## Assets

| Account   (Account Number) | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account (8555722316) | 100% | 207.10 | 207.11 | 0.01 | 0.00% |
| Wells Fargo Performance Savings (1736026582) | <1% | 0.03 | 0.03 | 0.00 | 0.00% |
| **Total assets** | | **$207.13** | **$207.14** | **$0.01** | **0.00%** |

Total asset allocation (by account type)



Checking: 100%

## Liabilities

| Account   (Account Number) | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Smartfit Home Equity LCA (8512035624-1998) | 22% | 103,553.65 | 103,878.91 | 325.26 | 0.31% |
| Home Mortgage (708-0156826368) | 78% | 372,550.86 | 372,550.86 | 0.00 | 0.00% |
| **Total liabilities** | | **$476,104.51** | **$476,429.77** | **$325.26** | **0.07%** |

Total liability allocation (by account type)



Lines of Credit: 22%

Home Mortgage: 78%

## Available credit

The information below may not be current. Be sure to verify the credit available on your accounts when accessing your credit lines.

| Account | Approved credit line | Credit used | Credit available |
|---|---|---|---|
| Smartfit Home Equity LCA (8512035624-1998) | 100,000.00 | 99,997.95 | 0.00 |
| **Total available credit** | **$100,000.00** | **$99,997.95** | **$0.00** |

121560

121561



**WELLS FARGO**

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 2/1 | 207.10 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 2/28** | **$207.11** |

Account number: **8555722316**

**KARL REINKE**

Wells Fargo Bank, N.A., Washington  (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following  for Overdraft Protection:

■  Savings - 1736028582

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected  balance this month | $207.10 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.02 |
| Total interest  paid in 2009 | $0.14 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 2/1 | | | | 207.10 |
| 2/26 | Interest Payment | | 0.01 | | 207.11 |
| | Ending balance on 2/28 | | | | 207.11 |
| **Totals** | | | **$0.01** | **$0.00** | |

121562



# Wells Fargo Performance Savings

## Activity summary

| | |
|---|---|
| Balance on 2/1 | 0.03 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 2/28** | **$0.03** |

Account number: **1736026582**

**KARL REINKE**

Wells Fargo Bank, N.A., Washington  (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 2/28 | $0.00 |
| Average collected balance this month | $0.03 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |
| Total interest paid in 2009 | $0.00 |

121563



# Home Mortgage

**Property address**

923 N 76Th Street
Seattle, WA 98103

Account number: **708-0156626368**

**KARL REINKE**

Wells Fargo Home Mortgage

## Loan summary

| | |
|---|---|
| Original date of mortgage | 11/17/06 |
| Interest rate | 5.875% |
| Unpaid principal balance* as of 2/28 | $372,550.86 |
| Current monthly payment | $2,724.25 |
| Escrow balance | $0.00 |
| Interest paid year-to-date | $0.00 |
| Taxes paid year-to-date | $0.00 |

*Contact Customer Service for your payoff balance.

■ This is a summary statement of your Home Mortgage account. You will continue to receive a complete periodic statement.


**WELLS FARGO**

## Worksheet to balance your checking account

1. Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

2. Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

3. Balance your account by filling in the spaces below.

☛ ENTER
[A] The ending balance shown on your statement                    $ _____

☛ ADD
[B] Any deposits listed in your register or transfers into your account which are not shown on your statement
$ _____
$ _____
$ _____
$ _____
$ _____ → $ _____

☛ CALCULATE SUBTOTAL
(Add parts [A] and [B])                    $ _____

☛ SUBTRACT
[C] Total of outstanding checks and withdrawals from the chart at right                    - $ _____ ←

☛ CALCULATE
ENDING BALANCE
(Part [A] + Part [B] - Part [C])
This amount should be the same as the current balance shown in your check register.                    $ _____

| Items outstanding | |
|---|---|
| **Check number** | **Amount** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | **$** |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information** we have furnished to a Consumer Reporting Agency about your accounts. You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, please report any differences to us as soon as possible but no later than within 30 days. Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, 735 West Wisconsin Avenue, Milwaukee, WI 53201-2057 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and loan products, including PMA Package, offered by Wells Fargo Bank, N.A., Member FDIC.

©2007 Wells Fargo Bank, N.A. All rights reserved.

121566



Debtor   _KARL REINKE_

Case Number  ⇨  _09 - 19609_
Report Mo/Yr  ⇨  _FEB. 2010_

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| Depository (bank) name   ⇨<br>Account number   ⇨ | _ING. DIRECT_ |

Purpose of this account (select one):
- ☐ Checking
- ☑ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | _413.22_ |
| Add: | Transfers in from other accounts | _100.00_ |
| | Loan or financing proceeds deposited to this account (identify source) | |
| _INTEREST_ | Other receipts deposited to this account | _.44_ |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨  _O_<br><br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) | | |
| Ending cash balance | | _513.66_ |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| · A monthly bank statement (or attorney's trust account statement); | ☑ | ☐ |
| · If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☑ |

UST-23 CONTINUATION SHEET, Number _____ of _____

ING DIRECT - Print Transaction History





 **Print this page**

**Period:** Feb 1, 2010 to Feb 28, 2010   **Today's Date:** Mar 15, 2010

**Customer Name:** Karl Reinke

**Account Number:** 53689018

**Account Nickname:** vacation

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| Feb 28, 2010 | **Monthly Interest Paid** | 0.44 | 513.66 |
| Feb 18, 2010 | **Interest Rate Change to 1.144%** <br> **(1.15% APY)** | | |
| Feb 5, 2010 | **Preauthorized Deposit from linked** <br> **BANK OF AMERICA, N.A. (SFNB)** <br> **checking account XXXX4149** | 100.00 | 513.22 |
| Feb 4, 2010 | **Interest Rate Change to 1.194%** <br> **(1.20% APY)** | | |

Debtor  _KARL REINIG_                    Case Number  ⇨  _09 - 19609_
                                          Report Mo/Yr  ⇨  _FEB. 2010_

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

---

**Depository (bank) name** ⇨
**Account number** ⇨          _AMERICAN FUNDS_

Purpose of this account (select one):
- ❑ Checking
- ❑ Savings
- ❑ Investment/brokerage
- ☒ IRA/retirement
- ❑ Funds held in trust by debtor's attorney
- ❑ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | _11,271.86_ |
| Add: | Transfers in from other accounts | _200.00_ |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | |
| Total cash available this month | | _11,471.86_ |
| Subtract: | Transfers out to other accounts | . |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ |
| | | Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) _MARKET GAIN_ | | _192.22_ |
| Ending cash balance | | _11,664.08_ |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| . A monthly bank statement (or attorney's trust account statement); | ☒ | ❑ |
| . If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ❑ | ❑ |

UST-23 CONTINUATION SHEET, Number _____ of _____

## Historical account balance

« Return to Account Summary

As of February 28, 2010
**Total value: $11,664.08**
Non-retirement accounts: $0.00
Retirement accounts: $11,664.08

⑦ **Help with this page**

🖳 **Print this page**

**Select a different date**

### Retirement accounts

| CB&T CUST IRA KARL J REINKE | | | Account: 74511301 |
|---|---|---|---|
| Fund Name | Shares February 28, 2010 | NAV February 28, 2010 | Market Value February 28, 2010 |
| NEW PERSPECTIVE FUND - A (07) | 250.689 | $24.77 | $6,209.57 |
| WASHINGTON MUTUAL INVESTORS FUND - A (01) | 224.373 | $24.31 | $5,454.51 |
| | | **Account Total:** | **$11,664.08** |

As of February 28, 2010
**Total value: $11,664.08**
Non-retirement accounts: $0.00
Retirement accounts: $11,664.08

### View the historical balance for a different date:

To view your historical balances, enter a specific date or select a quarter-end period using the drop-down menu and click **Submit**.

mm /    dd /    yyyy   **OR**   Select a quarter-end period:   **Submit »**

Copyright © 2010 American Funds Distributors, Inc. All rights reserved.
**PRIVACY** | Business continuity | Career opportunities | Contact us

Debtor  KARL REINLE

Case Number  ⇨  09 - 19609
Report Mo/Yr  ⇨  FEB. 2010

## UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

**INSTRUCTIONS**: Fully answer each question and attach additional sheets if necessary to provide a complete response.

| | Yes | No |
|---|---|---|

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *An escrow statement or similar supporting document must be attached for any sale of real estate and show all disbursements from the gross sale amount including debt payoffs and sales commissions.*

☐ Yes   ☒ No

| Asset Description | Date of Court Approval | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| Total | | | | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements made by other parties for the debtor."

Attach additional pages as needed

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source, including relatives?

☐ Yes   ☒ No

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| Total | | | |

Debtor  KARL REINKE

Case Number ⇨  09 - 19609
Report Mo/Yr ⇨  FEB. 2010

---

**UST-24 PART B, OTHER FINANCIAL
DISCLOSURES - INSURANCE & OTHER**

|  | Yes | No |
|---|---|---|
| **Question 3 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

Were any insurance policies canceled or otherwise terminated for any reason during the reporting month?
**If yes, explain.**                                                                                        ☐      ☒

---

**Question 4 - Payments on Pre-Petition Unsecured Debt** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? **If yes, disclose each payment and include payee's name and purpose, payment date, dollar amount, and date of court approval.**

---

**Question 5 - Payments to Attorneys and Other Professionals** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? **If yes, list each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.**

| | Payee | Description of Services | Date of Court Approval | Payment Date | Amount |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2 | | | | | |
| 3. | | | | | |

Total  $ _____

---

**Question 6 - Estimated Professional Fees.** List estimated <u>post-petition</u> professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements have not been received, use the best information available to estimate the fees and costs.

$ 4,500.00

---

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

---

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

---

Case 09-19609-KAO    Doc 53    Filed 03/15/10    Ent. 03/15/10 16:14:32    Pg. 20 of 22

Debtor _KARL REINKE_

## Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA  ▼ | Tacoma, WA  ▼ |
|---|---|
| File the underline original with the court: | File the original with the court: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, Suite 6103<br>Seattle, WA 98101 | United States Bankruptcy Court<br>1717 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402 |

AND serve a copy on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

### STATUTORY FEE SCHEDULE

| If the debtor's disbursements for the calendar quarter are within these amounts... | | Then the quarterly fee due is... |
|---|---|---|
| **From** | **To** | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to: | For calendar quarter ending... | A fee payment is due on... |
|---|---|---|
| **United States Trustee** | March 31 | April 30 |
| Mail quarterly fee payments to: | June 30 | July 31 |
| **US Trustee Program Payment Center<br>PO Box 70937<br>Charlotte, NC  28272-0937** | September 30 | October 31 |
| | December 31 | January 31 |
| Send your payment and quarterly fee payment stub ONLY. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox _will be destroyed_. | | |

Monthly Financial Report - Individual(s) Not Engaged In Business
United States Trustee - Western District of Washington

Debtor  KARL REINIKE

| Case Number | ⇨ | 09 - 19609 |
|---|---|---|
| Report Mo/Yr | ⇨ | FEB. 2010 |

## *** NOTICE OF INTEREST ASSESSMENT ***

**Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.**

---

### NOTICE

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

---