Judge Karen Overstreet
Chapter 11
Hearing Date: April 30, 2010 at 9:30 a.m.
Reply Date: April 23, 2010

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | NO. 09-19609 |
|---|---|
| KARL JOHN REINKE, Debtor, | MOTION FOR INTERIM FEES (Combined with Notice of Hearing and Certificate of Mailing) |

**COMES NOW** RICHARD LLEWELYN JONES, P.S., attorneys for the Debtor ("Debtor") herein, and applies to the Court for approval of attorney's fees and costs pursuant to the provisions of *11 U.S.C. § 330* as follows:

1. This is our first fee request in this proceeding for services rendered during the period of filing through March 31, 2010.

2. This bankruptcy proceeding commenced by the filing of a voluntary Chapter 11 petition on September 17, 2009.

3. On January 5, 2010, an order was entered employing Richard Jones as special counsel for the Debtor.

4. Attached hereto and made a part hereof is our billings and time slips showing the services which we have rendered to March 31, 2010, for the debtor by Richard Llewelyn Jones,

MOTION FOR INTERIM FEES – Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 56    Filed 04/01/10    Ent. 04/01/10 14:46:18    Pg. 1 of 7

P.S. The hourly rate of Mr. Jones is $280.00 per hour. Those services included the prosecution of an adversary proceeding raising claims for Quite Title, Wrongful Foreclosure, Breach of Contract, Libel/Defamation of Title, Malicious Prosecution, Violation of *RCW 19.86, et seq.* and *15 U.S.C. §§ 1962, et seq.* against Debtor's lenders; defense of improper removal of this matter to the United States District Court by Debtor's lenders; and defense of an action to withdraw the reference to the above entitled Court; review documents, as is more particularly set forth below:

| DATE | DESCRIPTION OF SERVICES | TIME |
|---|---|---|
| 9/7/09 | Initial meeting to discuss situation, review documents | 1.2 |
| 9/10/09 | Legal research and drafting of complaint for two parcels; filing of Summons and Complaint; appearance in King County Superior Court, Ex Parte | 6.0 |
| 9/15/09 | Phone conference to Vonnie McElligot regarding hearing; prepare Declaration of Richard Llewelyn Jones; Attended Ex Parte Presentation of Motion for Temporary Restraining Order and Order To Show Cause | 1.5 |
| 9/22/09 | Prepare Notice of Pendancy of Bankruptcy | 0.4 |
| 9/25/09 | Conference with Larry Feinstein; received and reviewed Affidavit of Service on Northwest Trustee | 0.7 |
| 9/28/09 | Draft Amended Complaint | 0.8 |
| 10/12/09 | Letter to Larry Feinstein regarding transfer of King County matter to Bankruptcy Court | 0.3 |
| 10/28/09 | Reviewed and revised draft Declaration of Richard Llewelyn Jones and Application to Appointment of Special Counsel; phone conversation With Larry Feinstein | 0.7 |
| 11/19/09 | Received and reviewed Notice of Removal; copy to client | 0.1 |
| 02/01/10 | Conference with client regarding status of case | 0.8 |
| 2/18/10 | Received and reviewed proposed joint status report; call to John Devlin | 0.4 |

MOTION FOR INTERIM FEES – Page 2

RICHARD LLEWELYN JONES, P.S.
ATTORNNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 56    Filed 04/01/10    Ent. 04/01/10 14:46:18    Pg. 2 of 7

| | | | |
|---|---|---|---|
| 2/19/10 | Prepare draft Joint Status Report; call to John Devlin | | 0.6 |
| 2/20/10 | Prepared Motion for Change of Venue; research concerning Bankruptcy Court vs. District Court; conflicts; statutory research; Prepare response to Defendant BAC's 12(b) motion; research on issues, federal decisions. | | 3.5 |
| 2/21/10 | Prepare Motion for Order of Default | | 1.0 |
| 2/22/10 | Reviewed and revised Response to Motion to Dismiss | | 0.5 |
| 2/23/10 | Prepare Motion for Default; proposed Entry of Default | | 0.5 |
| 2/25/10 | Received and reviewed Motion to Shorten Time and Motion to Withdraw Reference; copies to client; legal research | | 1.6 |
| 3/3/10 | Received and reviewed Answer to Complaint from Aurora Loan Services; copy to client | | 0.2 |
| 3/17/10 | Received and reviewed Motion to Withdraw; reference dismissal; copy to client | | 0.3 |
| 3/18/10 | Received and reviewed Order on Withdrawal of BAC Motion to Withdraw of Reference; copy to client | | <u>0.2</u> |
| | Total Time | | 21.3 |

**COSTS**

| | | | |
|---|---|---|---|
| 9/10/09 | Filing of the Summons and Complaint | $ | 245.00 |
| 10/26/09 | Service of Process on Aurora Loan Services, LLC | $ | 50.00 |
| 10/26/09 | Service of Process on Winstar Mortgage Partners, Inc | $ | 50.00 |
| 10/28/09 | Service of Process on BAC Home Loans Servicing, LP | $ | 75.00 |
| 10/28/09 | Service of Process on Lawyers Title Insurance Company | $ | 75.00 |
| 10/28/09 | Service of Process on First American Title Insurance Company | $ | 75.00 |
| 10/30/09 | Paralegal title research (9.0 hours) | $ | 720.00 |
| 10/30/09 | Messenger fee for delivering documents | $ | 90.00 |

MOTION FOR INTERIM FEES – Page 3

RICHARD LLEWELYN JONES, P.S.
ATTORNNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 56    Filed 04/01/10    Ent. 04/01/10 14:46:18    Pg. 3 of 7

| | | |
|---|---|---|
| 11/05/09 | Messenger delivery fee for Declaration of Service on Northwest Trustee Service | $ 12.50 |
| 2/7/10 | Process Service fee to serve Lawyers Title Insurance Company, Notice of Removal | $ 50.00 |
| | Total Costs | $1,442.50 |

**RETAINER:** ($4,000.00)

**BALANCE DUE:** $3,126.50

To date, we have outstanding and unpaid fees and costs of $7,126.50. The Debtor is actively operating and has regular operating income. There are no other pending administrative claims.

**WHEREFORE**, RICHARD LLEWELYN JONES, P.S., special counsel, respectfully requests that this Court enter an order authorizing application of the pre-petition retainer received in the amount of $4,000.00 to the amount due and request authorization for payment of the balance of interim fees and costs incurred in the amount of $3,126.50.

## NOTICE OF HEARING

TO: CLERK OF THE COURT, and all parties in interest

PLEASE TAKE NOTICE that an issue of law in this case will be heard on the date below and the clerk is directed to note this issue on the appropriate calendar.

<u>Calendar Date:</u> April 30, 2010

<u>Reply Date:</u> April 23, 2010

<u>Day of Week:</u> Friday

<u>Nature of Motion:</u> Motion for Interim Fees

This motion will be heard before the Honorable Karen Overstreet in the United States Bankruptcy Court, 700 Stewart Street, Courtroom 6310, Seattle, WA 98101 on the above date.

MOTION FOR INTERIM FEES – Page 4

RICHARD LLEWELYN JONES, P.S.
ATTORNNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 56    Filed 04/01/10    Ent. 04/01/10 14:46:18    Pg. 4 of 7

Unless a creditor or other party in interest objects and files a response or objection by the response date above, the Court may enter an order without further notice or hearing. Copies of this Motion have been mailed on this date to the following:

    To:    See the attached mailing matrix.

**DATED** this _1st_ day of April, 2010.

                      **RICHARD LLEWELYN JONES, P.S.**

                      */s/ Richard Llewelyn Jones*
                      Richard Llewelyn Jones, WSBA# 12904
                      Attorney for Debtor

MOTION FOR INTERIM FEES – Page 5

RICHARD LLEWELYN JONES, P.S.
ATTORNNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 56    Filed 04/01/10    Ent. 04/01/10 14:46:18    Pg. 5 of 7

```
Label Matrix for local noticing          Aurora Loan Services LLC                 Roundup Funding, LLC
0981-2                                   c/o Melissa Williams Romeo               MS 550
Case 09-19609-KAO                        3535 Factoria Blvd #200                  PO Box 91121
Western District of Washington           Bellevue, WA 98006-1263                  Seattle, WA 98111-9221
Seattle
Thu Apr  1 08:44:27 PDT 2010

United States Trustee                    Wells Fargo                              Wells Fargo Bank NA
700 Stewart St Ste 5103                  c/o Karen L. Gibbon, P.S.                c/o Bradley Boswell Jones
Seattle, WA 98101-4438                   3409 McDougall Avenue #202               5440 California Avenue SW
                                         Everett, WA 98201-5040                   Seattle, WA 98136-1513


U.S. Bankruptcy Court                    2 of the rentals have tenants. Month to  Aurora Loan Services
700 Stewart St, Room 6301                                                         P.O. Box 1706
Seattle, WA 98101-4441                                                            Scottsbluff, NE 69363-1706



BAC Home Loans Servicing, LP             Bank of America                          Capital One
fka Countrywide Home Loans Servicing, LP P.O. Box 53150                           P.O. Box 85617
7105 Corporate Drive PTX-B-209           Phoenix, AZ 85072-3150                   Richmond, VA 23285-5617
Plano, TX 75024-4100



Chase                                    Chase Bank USA, N.A.                     City of Seattle
P.O. Box 15123                           PO Box 15145                             Dept. of Finance
Wilmington, DE 19850-5123                Wilmington, DE 19850-5145                PO Box 34017
                                                                                  Seattle, WA 98124-1017


Countrywide Home Loans                   First Franklin Financial Corporation     First Franklin Loan Services
4500 Park Granada                        c/o Home Loan Services, Inc.             150 Allegheny Central Mall
Calabasas, CA 91302-1613                 150 Allegheny Ctr, IDC 24-040            Pittsburgh, PA 15212-5335
                                         Pittsburgh, PA 15212-5335


(p)INTERNAL REVENUE SERVICE              Wells Fargo Bank                         Wells Fargo Bank, N.A.
CENTRALIZED INSOLVENCY OPERATIONS        c/o Home Loan Services, Inc.             P. O. Box 14469 MAC X2303-01A
PO BOX 21126                             150 Allegheny Ctr                        Des Moines, IA 50306-3469
PHILADELPHIA PA 19114-0326               IDC 24-040
                                         Pittsburg, PA 15212-5335


Wells Fargo Bank, N.A.                   Wells Fargo Bank, NA                     Wells Fargo Bank, NA
c/o Wells Fargo Card Services            3476 Stateview Blvd.                     P.O. Box 4233
Recovery Department                      MAC # X7801-013                          Portland, OR 97208-4233
P.O. Box 9210                            Ft Mill, SC 29715-7203
Des Moines, IA 50306-9210


Wells Fargo Card Service                 Wells Fargo Home Mortgage                Karl John Reinke
P.O. Box 29486                           P.O. Box 10335                           923 N. 76th Street
Phoenix, AZ  85038-9486                  Des Moines, IA 50306-0335                Seattle, WA 98103-4724



Larry Feinstein                          Larry B Feinstein                        Richard L Jones
Paralegal                                Vortman & Feinstein                      2050 112th Ave NE #230
500 Union St Ste 500                     500 Union St Ste 500                     Bellevue, WA 98004-2976
Seattle, WA 98101-4047                   Seattle, WA 98101-4047
```

Richard L. Jones
2050 112th Ave NE Ste 230
Bellevue, WA 98004-2976

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvancy Operations
PO Box 21126
Philadelphia, PA  19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BAC Home Loans Servicing LP     (u)Diamond Parking     (u)Gold's Gym

(d)Roundup Funding, LLC            End of Label Matrix
MS 550                             Mailable recipients   30
PO Box 91121                       Bypassed recipients    4
Seattle, WA 98111-9221             Total                 34