Judge Karen A. Overstreet

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Karl John Reinke,<br><br>                           Debtor(s). | Chapter 11<br><br>Case No. 09-19609 |
| KARL REINKE, an individual,<br>                                Plaintiff<br>v.<br><br>NORTHWEST TRUSTEE SERVICE, INC., a Washington Corporation, AURORA LOAN SERVICES, LLC, a Delaware Corporation, BAC HOME LOANS SERVICING, INC, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP, a Texas Corporation; HOME CAPITAL FUNDING, a California Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; LAWYERS TITLE INSURANCE COMPANY, a Nebraska Corporation; WINSTAR MORTGAGE PARTNERS, INC., a Minnesota Corporation its successors and assigns; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation,<br>                                Defendants. | Adversary No. 09-01541<br><br>PROOF OF SERVICE (Due Diligence) OF NOTICE OF REMOVAL |

PROOF OF SERVICE (Due Diligence) OF NOTICE OF REMOVAL
Page 1

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

1  The undersigned, being first duly sworn on oath deposes and says: That he is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not
2  a party to or interested in the above entitled action and competent to be a witness therein.

3  On the 1st day of April, 2010, 2:00 pm, the following document(s): NOTICE OF REMOVAL, were received for service on Winstar Mortgage Partners, Inc, c/o Margaret Leslie,
4  FDIC, 10000 Dexter Avenue North, Seattle, WA 98109. After due inquiry and diligent search, server(s) were unable to find said defendant(s) in the State of Washington for the following
5  reason(s):

6  No such company/corporation, nor person at that address.

7  I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

8  Dated the 5th day of April, 2010.

_____
Gregory Seybold

PROOF OF SERVICE (Due Diligence) OF NOTICE OF REMOVAL
Page 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 57    Filed 04/07/10    Ent. 04/07/10 13:53:10    Pg. 2 of 3

# GENESIS LEGAL SERVICES
# 206-793-9733

| FIRM NAME (REQUIRED) | PHONE (REQUIRED) | EMAIL | DATE |
|---|---|---|---|
| RICHARD LLEWELYN JONES, P.S. | (425) 462-7322 EXT. | CINDY@RICHARDJONESLAW.COM | 03/29/10 |

| ADDRESS | CITY | STATE | ZIP | ATTORNEY |
|---|---|---|---|---|
| 2050 – 112TH AVENUE NE, SUITE 230 | BELLEVUE | WA | 98004 | RICHARD |

| CASE NAME | CLIENT MATTER/REFERENCE # | SUPPORT STAFF (REQUIRED) |
|---|---|---|
| REINKE V. NORTHWEST TRUSTEE ERVICE, INC, ET AL | REINKE | CINDY |

| DOCUMENTS TO SERVE | CAUSE # |
|---|---|
| NOTICE OF REMOVAL | 09-19609 |

| FILING | LAST DAY FOR FILING | STATUTE DATE | COUNTY | COURT | FILE 1ST THEN SERVE | SERVE 1ST THEN FILE | SERVE ONLY | SERVE CIVIL CASE SCHEDULE | RETURN CONFORMED DOCUMENT | FILE ORIGINAL PROOF WITH COURT YES (DEFAULT) | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| PROCESS | REPORT STATUS BY THIS DATE: | NUMBER OF SETS TO SERVE | # TO POST | # TO MAIL | GOVT ENTITY | CORP. | INDIVIDUALLY ONLY HIM | ONLY HER | ABODE SERVICE CO-RES OK | HEARING DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | | | ☐ | | ☐ | ☐ | ☐ | |

☐ EMAIL WHEN COMPLETED     ☒ CALL WHEN COMPLETED
**CHECK STATUS AT nwlegal.com**

| RESIDENCE | BUSINESS/EMPLOYMENT ADDRESS |
|---|---|
| SERVEE (S) | BUSINESS NAME<br>WINSTAR MORTGAGE PARTNERS, INC<br>C/O MARGARET LESLIE |
| ADDRESS | ADDRESS<br>FDIC, 1000 DEXTER AVENUE NORTH<br>SEATTLE, WA 98109 |
| PHONE ( ) -<br>S.S. # - -<br>DOB<br>DL# | PHONE<br>( ) - EXT.<br>OTHER PHONE<br>( ) - |

SPECIAL SERVICE INSTRUCTIONS:

FOR NW LEGAL USE BELOW THIS LINE

REC. BY: X                                                                                             TIME      # OF COPIES      SRV. BY:

| DATE/TIME | NOTE CODES | BY | AGE | WT. | HT. | RACE SEX | HAIR COLOR | DISTING. MARKS | LIC. PLATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | *No Such Animal* | | | | WAIT TIME | |
| | | | | | | | | BA FEE | |
| | | | | | | | | TRACE $ | |
| | | | | | | | | MISC $ | |
| | | | | | | | | MISC $ FOR | |
| | | | | | | | | SPEC $ | |
| | | | | | | | | CHECK # | |
| | | | | | | | TEMPLATE CODE | SPLIT | |
| DATE/TIME | REPORTED SERVE TO | | | ☐ RECEPTIONIST | ☐ VOICE MAIL | | AFTER ENTERED BY | AMOUNT THIS WO # | |

1 = NO ANSWER AT THE DOOR, LIGHTS ON INSIDE
2 = NO ANSWER AT THE DOOR, DARK INSIDE
3 = VEHICLE PRESENT, NO ANSWER AND DARK INSIDE
4 = VEHICLE PRESENT, LIGHTS ON INSIDE, NO ANSWER
5 = PER MALE RESIDENT, HE HAS NEVER HEARD OF THE SUBJECT
6 = PERFEMALE RESIDENT, SHE HAS NEVER HEARD OF THE SUBJECT
7 = SUBJECT IS NOT WORKING TODAY
8 = VACANT
9 = NO SUCH ADDRESS
10 = SUBJECT RECEIVES MAIL, BUT DOES NOT RESIDE AT ADDRESS
11 = PER NON-RESIDENT, SUBJECT NOT AT HOME
12 = PER CO-RESIDENT, SUBJECT NOT AT HOME

THIS FORM IS FOR PROCESS SERVICE ONLY