Judge Karen Overstreet
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) No. 09-19609
KARL REINKE, )
) NOTICE OF UNAVAILABILITY OF COUNSEL
Debtor, )
)
)
_____)

COMES NOW, Larry B Feinstein, attorney for the debtor herein, and hereby gives notice that he will be out of the country on sabbatical from **May 10, 2010 until June 22, 2010.** It is requested that motions, hearings, and other matters that may be scheduled or calendared in these proceedings to please consider the above unavailable dates.

DATED this 9th day of April, 2010.

/s/ Larry B. Feinstein
_____
Larry B. Feinstein WSBA # 6074
Attorney for Debtor

Notice of Unavailability
of Counsel-1

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355