UST-20 COVER SHEET

# MONTHLY FINANCIAL REPORT FOR INDIVIDUAL(S) NOT ENGAGED IN BUSINESS

Case No. 09-19609 Report Month/Year 03/2010

Debtor Reinke, Karl

**INSTRUCTIONS: The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.**

| The debtor submits the following with this monthly financial report: | | Yes | No |
|---|---|---|---|
| **UST-21** | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☑ | ☐ |
| **UST-22** | **Summary of Receipts** | ☑ | ☐ |
| **UST-23** | **Summary of Disbursements** | ☑ | ☐ |
| **UST-23 Continuation Sheets** | **Financial Account Detail** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a copy of the monthly bank statement and supporting documents as described in the instructions. | ☑ | ☐ |
| **UST-24 Part A** | **Other Financial Disclosures - Real Estate and Property Sales** When applicable, include a report of sale. Attach supporting documents such as an escrow statement for the sale of real property, or an auctioneer's report for property sold at auction. | ☐ | ☑ |
| **UST-24 Part B** | **Other Financial Disclosures - Insurance, etc.** For any changes or renewals of insurance coverage, include a copy of the new certificate of insurance. | ☐ | ☑ |

## DEBTOR'S CERTIFICATION

I certify under penalty of perjury that the information contained in this monthly financial report are complete, true, and accurate to the best of my knowledge, information, and belief.

Signature(s): [signature] Date: 04/15/2010

**The debtor, or trustee, if appointed, must sign the monthly financial report. Debtor's counsel may not sign a financial report for the debtor.**

Debtor KARL REINKE

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ MARCH 2010

## UST-21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS: This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each remaining asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations, if any, may be attached to this page.

| As of month ending ⇨ | MARCH 2010 | | |
|---|---|---|---|
| **ASSETS** | | | |
| Cash | 80.00 | | |
| Checking Account(s) | 2,293.01 | | |
| Savings Account(s) | 614.21 | | |
| Investment/Brokerage Account(s) | | | |
| IRA/Retirement Account(s) | 12,518.78 | | |
| Remaining Personal Property (per Schedule B but excluding all accounts listed above) | 15,000.00 | | |
| Real Property (Schedule A) | | | |
| 1. 923 N. 76TH ST. - SEATTLE | 416,000 | | |
| 2. 20001 DAWSON RD. - LYNNWOOD | 300,000 | | |
| 3. 2736 NE 115TH ST. - SEATTLE | 210,000 | | |
| 4. 16420 4TH AVE NW - SHORELINE | 286,000 | | |
| (Attach additional sheets if needed) | | | |
| Other Assets (list all assets not included above, including assets acquired postpetition, if any) | | | |
| TOTAL ASSETS | 1,242,506.00 | | |
| **LIABILITIES** | | | |
| Pre-petition Liabilities | | | |
| Secured Debt (Schedule D) | 1,395,000.00 | | |
| Priority Unsecured Debt (Schedule E) | | | |
| Unsecured Debt (Schedule F) | 197,000.00 | | |
| Total Pre-petition Liabilities | 1,592,000.00 | | |
| Post-petition Liabilities | | | |
| Mortgage/Rent Payments Due | 9,300.00 | | |
| Other Secured Debt | | | |
| Unpaid Real Property Taxes | | | |
| Other Unpaid Taxes (specify) | | | |
| Other Unpaid Debts (specify) | | | |
| Total Post-petition Liabilities | | | |
| TOTAL LIABILITIES | 1,601,300.00 | | |
| NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES) | (358,794.00) | | |

Debtor KARL REINKE

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ MARCH 2010

## UST-22, SUMMARY OF RECEIPTS

INSTRUCTIONS: Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate (e.g., rental income from more that one property).

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | | Ø |
| Social security, pension, or 401k distributions | | |
| Rental income (itemize by property) * | 5,000.00 | |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property | | |
| Proceeds from sale of personal property | | |
| Other (explain) | | |
| TOTAL RECEIPTS FOR THIS MONTH | | 5,000.00 |

Notes: *

16420 40TH AVE NE - $2,000

2736 NE 115TH ST. - $1,300

20001 DAMSON RD. - $1,700

Debtor Kane Reinke

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ March 2010

## UST-23, SUMMARY OF DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial account or other source of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY OF DISBURSEMENTS page.

QUARTERLY FEES: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay statutory fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the bankruptcy estate during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions excluded from the disbursement total are transfers among estate accounts during the same reporting month.

A fee payment is due 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31**, and **January 31**, respectively. The debtor is reminded that the initial fee billing for each quarter is only an estimate*. Accordingly, when payment is due the debtor is responsible for calculating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee. Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to compute the disbursement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory fee schedule may be found on the U.S. Trustee's website at: **www.usdoj.gov/ust/r18/s_home.htm** (see Library page).

* By necessity, the fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of the debtor's report for the third month of the quarter, the U.S. Trustee adjusts the amount billed for that quarter, as appropriate.

**Summary of Disbursements**

| | |
|---|---|
| Total disbursements from all UST-23 Continuation Sheet(s) | 7,469.47 |
| Cash payments not included in total above (if any) | |
| Disbursements made by another party on behalf of the debtor (if any) | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | 7,469.47 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?
Yes ☐ No ☒ **If "Yes", list each quarter that is delinquent and the amount due.**

(UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Debtor KARL REINKE

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ MARCH 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨<br>**Account number** ⇨ | BANK OF AMERICA |

Purpose of this account (select one):
- [x] Checking
- [ ] Savings
- [ ] Investment/brokerage
- [ ] IRA/retirement
- [ ] Funds held in trust by debtor's attorney
- [ ] Other (explain) ____________

| | | |
|---|---|---|
| Beginning cash balance | | 4,516.11 |
| Add: | Transfers in from other accounts | Ø |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | 5,039.22 |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | 300.00 |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ 7,469.47<br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.** |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 2,085.86 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| • A monthly bank statement (or attorney's trust account statement); | ☑ | ☐ |
| • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____



Online Banking

## Myaccess Checking

Balance Sheet Return Landscape View

**Summary**

Myaccess Checking - 81894149
From: 03/01/10 Through: 03/31/10

| | |
|---|---|
| Starting Balance: | $4,516.11 |
| -46 Withdrawals: | -$7,469.47 |
| +4 Deposits: | $5,039.22 |
| Ending Balance: | $2,085.86 |

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 03/31/10 | PURCHASE 906203310616170442624O1 ON 03/31 AT ARCO PAYPOINT SEATTLE WA | -$54.24 | | $2,085.86 |
| 03/30/10 | PURCHASE 906303290238992442624O1 ON 03/29 AT WESTIN SEATTLE SEATTLE WA | -$28.29 | | $2,140.10 |
| 03/30/10 | PURCHASE 906203300468910442624O1 ON 03/30 AT RITE AID CORP. SEATTLE WA | -$37.38 | | $2,168.39 |
| 03/29/10 | PURCHASE 906303270408044442624O1 ON 03/27 AT IMPARK LOT 00250073 2063811789 WA | -$25.00 | | $2,205.77 |
| 03/26/10 | BANKOFAMERICA ATM WITHDRAWAL ON 03/26 AT GREENWOOD SEATTLE WA | -$200.00 | | $2,230.77 |
| 03/25/10 | PURCHASE 906203250288472442624O1 ON 03/25 AT 301 NE 103RD STRE SEATTLE WA | -$30.00 | | $2,430.77 |
| 03/25/10 | PURCHASE 906203250860140442624O1 ON 03/25 AT WALGREEN COMPANY SEATTLE WA | -$93.07 | | $2,460.77 |
| 03/24/10 | PURCHASE 906303220051871442624O1 ON 03/22 AT ROSS STORES #50 SEATTLE WA | -$27.36 | | $2,553.84 |
| 03/24/10 | PURCHASE 906203240880815442624O1 ON 03/24 AT KMART 3 SEATTLE WA | -$49.42 | | $2,581.20 |
| 03/24/10 | BILL PAYER (PC) 8498320080368891 COMCAST | -$220.00 | | $2,630.62 |
| 03/22/10 | PURCHASE 906203220765831442624O1 ON 03/22 AT AT&T MOBILITY II SEATTLE WA | -$32.84 | | $2,850.62 |
| 03/22/10 | PURCHASE 906203210163596442624O1 ON 03/21 AT 7-ELEVEN ANACORTES WA | -$41.21 | | $2,883.46 |
| 03/22/10 | PURCHASE 906303190285677442624O1 ON 03/19 AT PLN*PRICELINE.COM HTL 800-657-9168 CT | -$99.45 | | $2,924.67 |
| 03/22/10 | PURCHASE 906203210913405442624O1 ON 03/21 AT SAFEWAY STORE 18 SEATTLE WA | -$293.63 | | $3,024.12 |
| 03/16/10 | CHECK 2645 | -$124.00 | | $3,317.75 |
| 03/15/10 | PURCHASE 906303120022665442624O1 ON 03/12 AT APL*ITUNES 866-712-7753 CA | -$2.18 | | $3,441.75 |

| Date | Description | Amount | Credit | Balance |
|---|---|---|---|---|
| 03/15/10 | PURCHASE 90620315043440244262401 ON 03/15 AT FRED MEYER FRED M SEATTLE WA | -$110.71 | | $3,443.93 |
| 03/15/10 | PURCHASE CREDIT 90630311008075544262401 ON 03/11 AT OFFICE DEPOT #907 SEATTLE WA | | $14.22 | $3,554.64 |
| 03/12/10 | PURCHASE 90630311024251844262401 ON 03/11 AT TIMES PL SUBSCRIPTIONS 206-4642111 WA | -$65.00 | | $3,540.42 |
| 03/11/10 | PURCHASE 90630309006258344262401 ON 03/09 AT OFFICE DEPOT #907 SEATTLE WA | -$187.20 | | $3,605.42 |
| 03/11/10 | BANKOFAMERICA ATM WITHDRAWAL ON 03/11 AT GREENWOOD SEATTLE WA | -$200.00 | | $3,792.62 |
| 03/11/10 | INVESTMENT AMERICAN FUNDS 000100074511301 | -$200.00 ✓ | | $3,992.62 |
| 03/09/10 | PURCHASE 90630308024040944262401 ON 03/08 AT TIMES PL SUBSCRIPTIONS 206-4642111 WA | -$24.17 | | $4,192.62 |
| 03/08/10 | PURCHASE 90630306039024244262401 ON 03/06 AT SEATTLE 684-PARK SEATTLE WA | -$4.00 | | $4,216.79 |
| 03/08/10 | PURCHASE 90620306039418244262401 ON 03/06 AT 7-ELEVEN SEATTLE WA | -$7.08 | | $4,220.79 |
| 03/08/10 | PURCHASE 90630306035678444262401 ON 03/06 AT MCDONALD'S F6443 SEATTLE WA | -$10.98 | | $4,227.87 |
| 03/08/10 | PURCHASE 90630305020230844262401 ON 03/05 AT J2 *EFAX PLUS SERVICE 323-817-3205 CA | -$16.95 | | $4,238.85 |
| 03/08/10 | PURCHASE 90620305006282144262401 ON 03/05 AT 315 E COLLEGE WAY MOUNT VERNON WA | -$27.62 | | $4,255.80 |
| 03/08/10 | PURCHASE 90630306035852844262401 ON 03/06 AT FONDI 303 GIG HARBOR WA | -$47.78 | | $4,283.42 |
| 03/08/10 | PURCHASE 90620306035364044262401 ON 03/06 AT SHELL Service Sta SEATTLE WA | -$53.01 | | $4,331.20 |
| 03/08/10 | INS. PREM PREMATIC CORP MLB03FR75933 | -$67.66 | | $4,384.21 |
| 03/08/10 | ING DIRECTREINKE,KARL J 000000053689018 | -$100.00 ✓ | | $4,451.87 |
| 03/08/10 | PURCHASE 90620306023264044262401 ON 03/06 AT QUALITY FOOD CEN GIG HARBOR WA | -$170.38 | | $4,551.87 |
| 03/08/10 | BILL PAYER (PC) 1-1032510-142520 SEATT CITY | -$203.00 | | $4,722.25 |
| 03/05/10 | PURCHASE 90630304034125044262401 ON 03/04 AT GREENWOOD TRUE VALUE HA SEATTLE WA | -$33.91 | | $4,925.25 |
| 03/05/10 | PURCHASE 90630304029421344262401 ON 03/04 AT SPENCERSONLINE.COM 800-527-7977 NJ | -$38.93 | | $4,959.16 |
| 03/05/10 | DEPOSIT RENT ON SHORELINE HOUSE | | $1,980.00 | $4,998.09 |
| 03/04/10 | PURCHASE 90620304008156944262401 ON 03/04 AT KEN'S MARKET #75- SEATTLE WA | -$58.59 | | $3,018.09 |
| 03/04/10 | CHECK 2647 | -$609.85 | | $3,076.68 |
| 03/04/10 | CHECK 2646 | -$2,724.25 | | $3,686.53 |

| | | | | |
|---|---|---|---|---|
| 03/02/10 | BILL PAYER (PC) 18078523 SCOTTSLAWN | -$50.00 | | $6,410.78 |
| 03/02/10 | BILL PAYER (PC) 734-680-962-2 PSE-ELECTR | -$117.00 | | $6,460.78 |
| 03/02/10 | BILL PAYER (PC) 5398893641 ACS | -$164.05 | | $6,577.78 |
| 03/02/10 | BANKOFAMERICA ATM WITHDRAWAL ON 03/02 AT BALLARD MAIN SEATTLE WA | -$200.00 | | $6,741.83 |
| 03/02/10 | BILL PAYER (PC) 2-1032510-142520 SEATTLE CI | -$300.00 | | $6,941.83 |
| 03/02/10 | BILL PAYER (PC) 8498320080368891 COMCAST | -$308.00 | | $7,241.83 |
| 03/01/10 | PURCHASE 9063022501776194426240 1 ON 02/25 AT 7-ELEVEN 19042 SEATTLE WA | -$1.30 | | $7,549.83 |
| 03/01/10 | PURCHASE 9062022808127314426240 1 ON 02/28 AT SAFEWAY STORE 18 SEATTLE WA | -$9.98 | | $7,551.13 |
| 03/01/10 | DEPOSIT | | $45.00 | $7,561.11 |
| 03/01/10 | DEPOSIT $1,300 From SEATTLE RENTAL & $1,700 | | $3,000.00 | $7,516.11 |

* May not show deposits or withdrawals made since the last business day or outstanding Check Card authorizations.

From LYNNWOOD RENTAL.

Debtor KARI REINIKE

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ MARCH 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨<br>**Account number** ⇨ | WELLS FARGO |
| Purpose of this account (select one):<br>☒ Checking<br>☐ Savings<br>☐ Investment/brokerage<br>☐ IRA/retirement<br>☐ Funds held in trust by debtor's attorney<br>☐ Other (explain) | WELLS DEACTIVATED MY ACCOUNT DUE TO INACTIVITY. I'VE ASKED THEM TO REACTIVATE BUT WILL TAKE 3 BUSINESS DAYS BEFORE I CAN GET A STATEMENT. |

| | | |
|---|---|---|
| Beginning cash balance | | 207.14 |
| Add: | Transfers in from other accounts | |
| | Loan or financing proceeds deposited to this account (identify source) | |
| INTEREST | Other receipts deposited to this account | .01 |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ 0<br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.** |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 207.15 |

Does this CONTINUATION SHEET include the following supporting documents, as required:

| | Yes | No |
|---|---|---|
| • A monthly bank statement (or attorney's trust account statement); | ☐ | ☒ |
| • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

Debtor Karl Reinke

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ March 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨<br>**Account number** ⇨ | American Funds |

Purpose of this account (select one):
- ☐ Checking
- ☐ Savings
- ☐ Investment/brokerage
- ☒ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) ______________

| | | |
|---|---|---|
| Beginning cash balance | | 11,664.08 |
| Add: | Transfers in from other accounts | 200.00 |
| | Loan or financing proceeds deposited to this account (Identify source) | |
| | Other receipts deposited to this account | |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ 0<br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.** |
| Adjustments, if any (explain) Market Gain | | 645.70 |
| Ending cash balance | | 12,518.78 |

Does this CONTINUATION SHEET include the following supporting documents, as required: Yes No

- A monthly bank statement (or attorney's trust account statement); ☑ ☐
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor. ☐ ☐

UST-23 CONTINUATION SHEET, Number _____ of _____

## Historical account balance

[?] Help with this page

Print this page

« Return to Account Summary

As of March 31, 2010
**Total value: $12,518.78**
Non-retirement accounts: $0.00
Retirement accounts: $12,518.78

**Select a different date**

### Retirement accounts

| CB&T CUST IRA KARL J REINKE | | | **Account: 74511301** |
|---|---|---|---|
| Fund Name | Shares March 31, 2010 | NAV March 31, 2010 | Market Value March 31, 2010 |
| NEW PERSPECTIVE FUND - A (07) | 254.331 | $26.25 | $6,676.19 |
| WASHINGTON MUTUAL INVESTORS FUND - A (01) | 229.481 | $25.46 | $5,842.59 |
| | | **Account Total:** | **$12,518.78** |

As of March 31, 2010
**Total value: $12,518.78**
Non-retirement accounts: $0.00
Retirement accounts: $12,518.78

**View the historical balance for a different date:**
To view your historical balances, enter a specific date or select a quarter-end period using the drop-down menu and click **Submit**.

mm / dd / yyyy **OR** Select a quarter-end period: **Submit »**

Copyright © 2010 American Funds Distributors, Inc. All rights reserved.
**PRIVACY** | Business continuity | Career opportunities | Contact us




 Print this page

**Period:** Mar 1, 2010 to Mar 31, 2010    **Today's Date:** Apr 18, 2010
**Customer Name:** Karl Reinke
**Account Number:** 53689018
**Account Nickname:** vacation

| Date | Description | Amount | Balance |
|---|---|---|---|
| Mar 31, 2010 | Monthly Interest Paid | 0.55 | 614.21 |
| Mar 5, 2010 | Preauthorized Deposit from linked BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 100.00 | 613.66 |
| Mar 2, 2010 | Interest Rate Change to 1.095% (1.10% APY) | | |

Debtor KARL REINKE

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ MARCH 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨<br>**Account number** ⇨ | ING DIRECT |

Purpose of this account (select one):

- ☐ Checking
- ☒ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) ______

| | | |
|---|---|---|
| Beginning cash balance | | 513.66 |
| Add: | Transfers in from other accounts | 100.00 |
| | Loan or financing proceeds deposited to this account (identify source) | |
| INTEREST | Other receipts deposited to this account | .55 |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ 0<br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.** |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 614.21 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| • A monthly bank statement (or attorney's trust account statement); | ☒ | ☐ |
| • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

Debtor Karl Reinke

Case Number ⇨ 09-19609

Report Mo/Yr ⇨ March 2010

## UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

**INSTRUCTIONS:** Fully answer each question and attach additional sheets if necessary to provide a complete response.

| | Yes | No |
|---|---|---|
| **Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. ***An escrow statement or similar supporting document must be attached for any sale of real estate and show all disbursements from the gross sale amount including debt payoffs and sales commissions.*** | ☐ | X |

| | Asset Description | Date of Court Approval | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| | | | | Total | | | |

**Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements made by other parties for the debtor."**

Attach additional pages as needed

| | Yes | No |
|---|---|---|
| **Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source, including relatives? | ☐ | X |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| Total | | | |

Debtor KARL REINKE

Case Number ⇨ 09-19609

Report Mo/Yr ⇨ MARCH 2010

## UST-24 PART B, OTHER FINANCIAL DISCLOSURES - INSURANCE & OTHER

| | Yes | No |
|---|---|---|
| **Question 3 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month?<br><br>**Renewals:**<br>**Provider** **New Premium** **Is a Copy Attached to this Report?**<br><br>**Changes:**<br>**Provider** **New Premium** **Is a Copy Attached to this Report?** | ☐ | X |
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.** | ☐ | X |

**Question 4 - Payments on Pre-Petition Unsecured Debt** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? **If yes, disclose each payment and include payee's name and purpose, payment date, dollar amount, and date of court approval.**

**Question 5 - Payments to Attorneys and Other Professionals** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? **If yes, list each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.**

| | Payee | Description of Services | Date of Court Approval | Payment Date | Amount |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2 | | | | | |
| 3. | | | | | |

Total $________

**Question 6 - Estimated Professional Fees.** List estimated post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements have not been received, use the best information available to estimate the fees and costs.

4,500.00

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Debtor Kane Reinicke

Case Number ➩ 09-19609
Report Mo/Yr ➩ March 2010

# Monthly Financial Reports

(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the original with the court::<br><br>United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6103**<br>**Seattle**, WA 98101 | File the original with the court::<br><br>United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma**, WA 98402 |

AND serve a copy on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

**STATUTORY FEE SCHEDULE**

| If the debtor's disbursements for the calendar quarter are within these amounts. . . From | To | Then the quarterly fee due is. . . |
|---|---|---|
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to: | For calendar quarter ending. . . | A fee payment is due on. . . |
|---|---|---|
| **United States Trustee** | March 31 | April 30 |
| Mail quarterly fee payments to: | June 30 | July 31 |
| **US Trustee Program Payment Center**<br>**PO Box 70937**<br>**Charlotte, NC 28272-0937** | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox ***will be destroyed***.

Debtor Karl Reinke

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ MARCH 2010

***** NOTICE OF INTEREST ASSESSMENT *****

**Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.**

**NOTICE**

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.