Judge Karen Overstreet
Chapter 11
Hearing: April 30, 2010

# IN THE UNIDTED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISCTRICT OF WASHINGTON AT SEATTLE

| In re:<br><br>Karl John Reinke,<br><br>Debtor, | NO. 09-19609<br><br>ORDER ON MOTION FOR INTERIM FEES |
|---|---|

**THIS MATTER** having come on for hearing upon the application of Richard Llewelyn Jones of Richard Llewelyn Jones, P.S., special counsel herein, for interim fees; and no objection having been filed by the US Trustee or any other party to this action; and the Court being advised in the premises; now, therefore it is hereby:

**ORDERED** that Richard Llewelyn Jones of Richard Llewelyn Jones, P.S. be and is hereby allowed and awarded interim fees in these proceedings in the amount of $7,126.50, which may be paid from funds on hand in trust from the pre-petition retainer held by said firm and/or paid by the Debtor from ordinary operating income.

**DATED** this _____ day of April, 2010.

_____
Bankruptcy Judge

ORDER ON MOTION FOR INTERIM FEES

RICHARD LLEWELYN JONES, P.S.
ATTORNNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Presented by:

RICHARD LLEWELYN JONES, P.S.

_____
Richard Llewelyn Jones, WSBA # 12904
Special Counsel

## DECLARATION OF COUNSEL

**RICHARD LLEWELYN JONES**, hereby declares as follows:

1. I am the special counsel for the above-named Debtor. I have personal and testimonial knowledge of the facts stated below and am competent to be a witness herein.

2. My Motion for Interim Fees was filed on or about April 1, 2010. Objections to my Motion were due on or before April 23, 2010. I have received no objection by the US Trustee or any other party to this action and do not believe any such objection to my Motion has been filed. Accordingly, I respectfully request the Court enter an Order granting my Motion for Interim Fees.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 30th day of April, 2010.

_____
Richard Llewelyn Jones

ORDER ON MOTION FOR INTERIM FEES

RICHARD LLEWELYN JONES, P.S.
ATTORNNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 60    Filed 04/30/10    Ent. 04/30/10 12:24:02    Pg. 2 of 2