Judge Karen Overstreet
Chapter 11
Hearing: April 30, 2010

## IN THE UNIDTED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISCTRICT OF WASHINGTON AT SEATTLE

| In re: | NO. 09-19609 |
|---|---|
| Karl John Reinke, | **ORDER ON MOTION FOR INTERIM FEES** DENIED WITHOUT PREJUDICE |
| Debtor, | |

**THIS MATTER** having come on for hearing upon the application of Richard Llewelyn Jones of Richard Llewelyn Jones, P.S., special counsel herein, for interim fees; and no objection having been filed by the US Trustee or any other party to this action; and the Court being advised in the premises; now, the court finds as follows:

1. The application requests reimbursement for fees incurred at $280 per hour, yet the application to employ Mr. Jones and the contract with the debtor attached to his declaration state that the rate to be charged the debtor is $275 per hour.
2. The application for fees requests reimbursement for fees incurred prepetition (8.7 hours) yet the application for employment and declaration filed in support did not disclose that applicant was a prepetition creditor and that he had received a $4,000 retainer.
3. Applicant requests $720 for 9 hours of "paralegal title research" which should be further explained before it is paid.
4. Applicant seeks reimbursement for fees incurred in connection with filing default motions in adversary proceeding number but these motions were filed incorrectly in the main case and have never been granted by the Court.

For the foregoing reasons, it is hereby ORDERED that the Application is DENIED without prejudice pending Applicant's submission of additional information addressing the Court's concerns.

ORDER ON MOTION FOR INTERIM FEES

**RICHARD LLEWELYN JONES, P.S.**
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

_Karen A. Overstreet_
**United States Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

1  Presented by:

2  **RICHARD LLEWELYN JONES, P.S.**

3

4  _____
   Richard Llewelyn Jones, WSBA # 12904
   Special Counsel

5

6

7

### DECLARATION OF COUNSEL

8      **RICHARD LLEWELYN JONES**, hereby declares as follows:

9      1.    I am the special counsel for the above-named Debtor. I have personal and

10  testimonial knowledge of the facts stated below and am competent to be a witness herein.

11      2.    My Motion for Interim Fees was filed on or about April 1, 2010. Objections to

12  my Motion were due on or before April 23, 2010. I have received no objection by the US

13  Trustee or any other party to this action and do not believe any such objection to my Motion has

14  been filed. Accordingly, I respectfully request the Court enter an Order granting my Motion for

15  Interim Fees.

16      3.    I declare under penalty of perjury that the foregoing is true and correct to the best

17  of my knowledge.

18      **DATED** this _30th_ day of April, 2010.

19

20  _____
    Richard Llewelyn Jones

21

22

ORDER ON MOTION FOR INTEREST FEES

**RICHARD LLEWELYN JONES, P.S.**
ATTORNNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322