# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

In re:                                        )
                                              )
ALL ACTIVE CASES,                             )
                                              )   **NOTICE OF FIRM NAME CHANGE**
                                              )
_____)

NOTICE is hereby given that effective April 5, 2010, the firm name of Bishop White & Marshall, P.S. has been changed to Bishop White Marshall & Weibel, P.S.

Dated this 14th day of May 2010.

                                                    Bishop White Marshall & Weibel, P.S.

By: /s/ Daniel L. Hembree
Daniel L. Hembree WSBA #37109

By: /s/ Krista L. White
Krista L. White WSBA #8612

By: /s/ Ann T. Marshall
Ann T. Marshall WSBA #23533

By: /s/ David A. Weibel
David A. Weibel WSBA #24031

By: /s/ Erin M. Stines
Erin M. Stines WSBA #29352

By: /s/ Kennard M. Goodman
Kennard M. Goodman WSBA #22823

NOTICE OF FIRM NAME CHANGE                      **BISHOP WHITE MARSHALL & WEIBEL, P.S.**
720 Olive Way, Suite 1301
Seattle, WA 98101
206/622-5306  Fax 206/622-0354

Case 09-19609-KAO   Doc 64   Filed 05/14/10   Ent. 05/17/10 13:59:20   Pg. 1 of 1