# MONTHLY FINANCIAL REPORT FOR INDIVIDUAL(S) NOT ENGAGED IN BUSINESS

Case No. 09-19609   Report Month/Year 04/2010

Debtor KARL REINKE

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:

| Form | Description | Yes | No |
|---|---|---|---|
| UST-21 | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☒ | ☐ |
| UST-22 | **Summary of Receipts** | ☒ | ☐ |
| UST-23 | **Summary of Disbursements** | ☒ | ☐ |
| UST-23 Continuation Sheets | **Financial Account Detail** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a copy of the monthly bank statement and supporting documents as described in the instructions. | ☒ | ☐ |
| UST-24 Part A | **Other Financial Disclosures - Real Estate and Property Sales** When applicable, include a report of sale. Attach supporting documents such as an escrow statement for the sale of real property, or an auctioneer's report for property sold at auction. | ☐ | ☒ |
| UST-24 Part B | **Other Financial Disclosures - Insurance, etc.** For any changes or renewals of insurance coverage, include a copy of the new certificate of insurance. | ☐ | ☒ |

## DEBTOR'S CERTIFICATION

I certify under penalty of perjury that the information contained in this monthly financial report are complete, true, and accurate to the best of my knowledge, information, and belief.

Signature(s): _/s/_   Date: 5/15/2010

The debtor, or trustee, if appointed, must sign the monthly financial report. Debtor's counsel may not sign a financial report for the debtor.

Monthly Financial Report - Individual(s) Not Engaged In Business
United States Trustee - Western District of Washington
Page 1 of 9
(January 2008)

Case 09-19609-KAO    Doc 65    Filed 05/18/10    Ent. 05/18/10 15:50:44    Pg. 1 of 15

Debtor: KARL REINKE
Case Number: 09-19609
Report Mo/Yr: APRIL 2010

## UST-21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS: This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each remaining asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations, if any, may be attached to this page.

| As of month ending ⇒ | APRIL 2010 | | |
|---|---|---|---|
| **ASSETS** | | | |
| Cash | 50.00 | | |
| Checking Account(s) | 1,019.37 | | |
| Savings Account(s) | 714.83 | | |
| Investment/Brokerage Account(s) | | | |
| IRA/Retirement Account(s) | 12,750.89 | | |
| Remaining Personal Property (per Schedule B but excluding all accounts listed above) | 15,000.00 | | |
| Real Property (Schedule A) | | | |
| 1. 923 N. 76TH ST. - SEATTLE | 416,000 | | |
| 2. 20001 DAMSON RD. - LYNNWOOD | 300,000 | | |
| 3. 2736 NE 115TH ST. - SEATTLE | 210,000 | | |
| 4. 16420 4TH AVE NW - SHORELINE | 286,000 | | |
| (Attach additional sheets if needed) | | | |
| Other Assets (list all assets not included above, including assets acquired postpetition, if any) | | | |
| **TOTAL ASSETS** | 1,241,535.09 | | |
| **LIABILITIES** | | | |
| Pre-petition Liabilities | | | |
| Secured Debt (Schedule D) | 1,395,000.00 | | |
| Priority Unsecured Debt (Schedule E) | | | |
| Unsecured Debt (Schedule F) | 197,000.00 | | |
| Total Pre-petition Liabilities | | | |
| Post-petition Liabilities | | | |
| Mortgage/Rent Payments Due | 9,300.00 | | |
| Other Secured Debt | | | |
| Unpaid Real Property Taxes | | | |
| Other Unpaid Taxes (specify) | | | |
| Other Unpaid Debts (specify) | | | |
| Total Post-petition Liabilities | | | |
| **TOTAL LIABILITIES** | 1,601,300 | | |
| **NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES)** | (359,764.91) | | |

Debtor: KARL REINIKE  
Case Number: 09-19609  
Report Mo/Yr: APRIL 2010

## UST-22, SUMMARY OF RECEIPTS

INSTRUCTIONS: Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate (e.g., rental income from more that one property).

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | | 0 |
| Social security, pension, or 401k distributions | | |
| Rental income (itemize by property) * | 3,300.00 | |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property | | |
| Proceeds from sale of personal property | | |
| Other (explain) | | |
| TOTAL RECEIPTS FOR THIS MONTH | | 3,300.00 |

Notes:  
* 16420 4TH AVE NE — $2,000  
2736 NE 115TH ST. — $1,300

NOTE: TENANT AT 20001 DAMSON RD. BROKE LEASE & MOVED OUT.

Monthly Financial Report - Individual(s) Not Engaged In Business  
United States Trustee - Western District of Washington  
Page 3 of 9  
(January 2008)

Case 09-19609-KAO    Doc 65    Filed 05/18/10    Ent. 05/18/10 15:50:44    Pg. 3 of 15

Debtor: KANE REINKE
Case Number: 09-19609
Report Mo/Yr: MARCH 2010

## UST-23, SUMMARY OF DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial account or other source of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY OF DISBURSEMENTS page.

QUARTERLY FEES: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay statutory fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the bankruptcy estate during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions excluded from the disbursement total are transfers among estate accounts during the same reporting month.

A fee payment is due 30 days after the end of each calendar quarter, or on **April 30**, **July 31**, **October 31**, and **January 31**, respectively. The debtor is reminded that the initial fee billing for each quarter is only an estimate*. Accordingly, when payment is due the debtor is responsible for calculating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee. Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to compute the disbursement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory fee schedule may be found on the U.S. Trustee's website at: www.usdoj.gov/ust/r18/s_home.htm (see Library page).

* By necessity, the fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of the debtor's report for the third month of the quarter, the U.S. Trustee adjusts the amount billed for that quarter, as appropriate.

### Summary of Disbursements

| | |
|---|---|
| Total disbursements from all UST-23 Continuation Sheet(s) | 4,066.49 |
| Cash payments not included in total above (if any) | |
| Disbursements made by another party on behalf of the debtor (if any) | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | 4,066.49 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?
Yes ☐  No ☒  If "Yes", list each quarter that is delinquent and the amount due.

(UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Monthly Financial Report - Individual(s) Not Engaged In Business
United States Trustee - Western District of Washington
Page 4 of 9
(January 2008)

Case 09-19609-KAO    Doc 65    Filed 05/18/10    Ent. 05/18/10 15:50:44    Pg. 4 of 15

Debtor: KARL REINIKE
Case Number: 09-19609
Report Mo/Yr: APRIL 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name** ⇒ BANK OF AMERICA
**Account number** ⇒

Purpose of this account (select one):
- [x] Checking
- [ ] Savings
- [ ] Investment/brokerage
- [ ] IRA/retirement
- [ ] Funds held in trust by debtor's attorney
- [ ] Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 2,095.86 |
| Add: | Transfers in from other accounts | |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | 300.00 |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇒ 4,066.49 |

Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.**

Adjustments, if any (explain)

Ending cash balance: 1,019.37

Does this CONTINUATION SHEET include the following supporting documents, as required: Yes / No

- A monthly bank statement (or attorney's trust account statement); [x] Yes
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor.

UST-23 CONTINUATION SHEET, Number ____ of ____



# Online Banking

## Myaccess Checking

Balance Sheet   Return   Landscape View

**Summary**
Myaccess Checking - 81894149
From: 04/01/10 Through: 04/29/10
  Starting Balance:         $2,085.86
  -30 Withdrawals:         -$4,366.49
  +2 Deposits:              $3,300.00
  Ending Balance:           $1,019.37

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 04/29/10 | PURCHASE 90620429084318944262401 ON 04/29 AT QUALITY FOOD CEN SEATTLE WA | -$14.93 | | $1,019.37 |
| 04/27/10 | INTERNATIONAL TRANSACTION FEE | -$0.30 | | $1,034.30 |
| 04/27/10 | PURCHASE 90630421027209544262401 ON 04/21 AT WWW.SKYPE.COM INTERNET | -$10.00 | | $1,034.60 |
| 04/27/10 | PURCHASE 90620427014309444262401 ON 04/27 AT 7-ELEVEN SEATTLE WA | -$39.18 | | $1,044.60 |
| 04/26/10 | PURCHASE 90630423028376644262401 ON 04/23 AT FERGUSON ENTERPRISES 27 206-767-7700 WA | -$111.86 | | $1,083.78 |
| 04/26/10 | CHECK 2650 | -$325.00 | | $1,195.64 |
| 04/20/10 | PURCHASE 90630420034076944262401 ON 04/20 AT ALLIANCE CREDIT SERVICE 800-289-8065 WA | -$21.95 | | $1,520.64 |
| 04/19/10 | PURCHASE 90630416009149044262401 ON 04/16 AT SHELL OIL 57444040604 SEATTLE WA | -$47.54 | | $1,542.59 |
| 04/16/10 | PURCHASE 90620416032621144262401 ON 04/16 AT 7-ELEVEN SEATTLE WA | -$1.52 | | $1,590.13 |
| 04/16/10 | PURCHASE 90620416015511844262401 ON 04/16 AT SHELL Service Sta SEATTLE WA | -$6.57 | | $1,591.65 |
| 04/16/10 | BANKOFAMERICA ATM WITHDRAWAL ON 04/16 AT ROOSEVELT WAY SEATTLE WA | -$200.00 | | $1,598.22 |
| 04/15/10 | PURCHASE 90630414025628344262401 ON 04/14 AT FERGUSON ENTERPRISES 27 206-767-7700 WA | -$100.73 | | $1,798.22 |
| 04/15/10 | NON-BANKOFAMERICA ATM WITHDRAWAL ON 04/15 AT 7314 Aurora Ave N Seattle WA | -$302.50 | | $1,898.95 |
| 04/15/10 | PURCHASE 90630414027641344262401 ON 04/14 AT RAY SCHULTENS M THE DALLES OR | -$370.45 | | $2,201.45 |
| 04/14/10 | INTERNATIONAL TRANSACTION FEE | -$0.30 | | $2,571.90 |
| 04/14/10 | PURCHASE 90630408025759944262401 ON 04/08 AT WWW.SKYPE.COM INTERNET | -$10.00 | | $2,572.20 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 04/14/10 | PURCHASE 90630412012374944262401 ON 04/12 AT CUFFLINKS.COM 877-2833565 TX | -$53.00 | $2,582.20 |
| 04/13/10 | PURCHASE 90620413089800244262401 ON 04/13 AT KEN'S MARKET #75- SEATTLE WA | -$61.06 | $2,635.20 |
| ✱ 04/13/10 | INVESTMENT AMERICAN FUNDS 000100074511301 | -$200.00 | $2,696.26 |
| 04/12/10 | PURCHASE 90620411032046644262401 ON 04/11 AT THE HOME DEPOT 47 SEATTLE WA | -$118.23 | $2,896.26 |
| 04/12/10 | BANKOFAMERICA ATM WITHDRAWAL ON 04/11 AT GREENWOOD SEATTLE WA | -$200.00 | $3,014.49 |
| 04/08/10 | INS. PREM PREMATIC CORP MLB03FR75933 | -$68.49 | $3,214.49 |
| 04/06/10 | PURCHASE 90630405015552344262401 ON 04/05 AT J2 *EFAX PLUS SERVICE 323-817-3205 CA | -$16.95 | $3,282.98 |
| 04/06/10 | PURCHASE 90620406016361244262401 ON 04/06 AT 301 NE 103RD STRE SEATTLE WA | -$30.00 | $3,299.93 |
| ✱ 04/06/10 | ING DIRECTREINKE,KARL J 000000053689018 | -$100.00 | $3,329.93 |
| 04/06/10 | CHECK 2649 | -$609.85 | $3,429.93 |
| 04/06/10 | CHECK 2648 | -$1,052.91 | $4,039.78 |
| 04/05/10 | PURCHASE 90630403012288644262401 ON 04/03 AT APL*ITUNES 866-712-7753 CA | -$1.08 | $5,092.69 |
| 04/05/10 | PURCHASE 90620404054318044262401 ON 04/04 AT FRED MEYER FRED M SEATTLE WA | -$128.04 | $5,093.77 |
| 04/05/10 | BILL PAYER (PC) 5398893641 ACS | -$164.05 | $5,221.81 |
| 04/01/10 | DEPOSIT *RENT: 2736 NE 115TH ST. SEATTLE* | $1,300.00 | $5,385.86 |
| 04/01/10 | DEPOSIT *RENT: 16420 4TH AVE - SHORELINE* | $2,000.00 | $4,085.86 |

\* May not show deposits or withdrawals made since the last business day or outstanding Check Card authorizations.

Debtor: KARL REINKE
Case Number: 09-19609
Report Mo/Yr: APRIL 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name** ⇨ ING
**Account number** ⇨

Purpose of this account (select one):
- ☐ Checking
- ☒ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 614.21 |
| Add: | Transfers in from other accounts | 100.00 |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ |

Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.**

| | | |
|---|---|---|
| Adjustments, if any (explain) INTEREST | | .62 |
| Ending cash balance | | 714.83 |

Does this CONTINUATION SHEET include the following supporting documents, as required:     Yes    No

- A monthly bank statement (or attorney's trust account statement);    ☒ ☐
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor.    ☐ ☐

UST-23 CONTINUATION SHEET, Number ____ of ____



Karl J Reinke
923 N. 76th St.
Seattle WA  98103

Owning a home should be fun, not tricky. With the Orange Mortgage, what you see is what you get — an affordable mortgage that fits your needs.

- Great rate
- Low closing costs
- No points
- Quick and easy application

Call **1-800-ING-9331** or visit **ingdirect.com/orangemortgage** to learn more.

Since you became an Orange Saver on 09/20/2006, your account(s) have earned:

**$164.83**

Customer Number 54223400

## Your Savings Summary as of 04/30/2010

| Account Type | Nickname | Account Number | Account Balance | Joint Name |
|---|---|---|---|---|
| Orange Savings Account | vacation | 53689018 | $714.83 | |

## Your Orange Savings Account Activity

Account: vacation  Current Interest Rate: 1.095%  Annual Percentage Yield Earned: 1.09%  Interest Life To Date: $164.83
Year to date Interest: $2.03

| Activity | Date | Amount | Balance |
|---|---|---|---|
| Opening Balance | 04/01/2010 | | $614.21 |
| Preauthorized Deposit from linked BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 04/05/2010 | $100.00 | $714.21 |
| Monthly Interest Paid | 04/30/2010 | $0.62 | $714.83 |
| Closing Balance | 04/30/2010 | | $714.83 |

Your email address is: kjr57@hotmail.com. Update this and all your information at ingdirect.com in the My Info section.

 ingdirect.com
Comments: sales@ingdirect.com

Interactive Phone Service: 1-888-ING-7868
Questions or New Products: 1-888-ING-0727

Orange Home Loans: 1-800-ING-9331
Mutual Funds/IRAs: 1-866-BUY-FUND

P.O. Box 60
St. Cloud, MN 56302

 MEMBER  FDIC

Case 09-19609-KAO    Doc 65    Filed 05/18/10    Ent. 05/18/10 15:50:44    Pg. 9 of 15

Debtor: KARL REINKE
Case Number: 09-19609
Report Mo/Yr: APRIL 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name** ⇨ AMERICAN FUNDS
**Account number** ⇨

Purpose of this account (select one):
- ☐ Checking
- ☐ Savings
- ☐ Investment/brokerage
- ☒ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | | |
|---|---|---|---|
| Beginning cash balance | | | 12,518.78 |
| Add: | Transfers in from other accounts | | 200.00 |
| | Loan or financing proceeds deposited to this account (identify source) | | |
| | Other receipts deposited to this account | | |
| Total cash available this month | | | |
| Subtract: | Transfers out to other accounts | | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ | |

Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements**.

| | | |
|---|---|---|
| Adjustments, if any (explain) | MARKET GAIN | 32.11 |
| Ending cash balance | | 12,750.89 |

Does this CONTINUATION SHEET include the following supporting documents, as required:   Yes   No
- A monthly bank statement (or attorney's trust account statement);   ☒   ☐
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor.   ☐   ☐

UST-23 CONTINUATION SHEET, Number _____ of _____

# Historical account balance

? Help with this page
🖨 Print this page

« Return to Account Summary

As of April 30, 2010
**Total value: $12,750.89**
Non-retirement accounts: $0.00
Retirement accounts: $12,750.89

Select a different date

## Retirement accounts

**CB&T CUST IRA**
**KARL J REINKE**

Account: 74511301

| Fund Name | Shares April 30, 2010 | NAV April 30, 2010 | Market Value April 30, 2010 |
|---|---|---|---|
| NEW PERSPECTIVE FUND - A (07) | 257.842 | $26.09 | $6,727.10 |
| WASHINGTON MUTUAL INVESTORS FUND - A (01) | 233.119 | $25.84 | $6,023.79 |
| | | Account Total: | $12,750.89 |

As of April 30, 2010
**Total value: $12,750.89**
Non-retirement accounts: $0.00
Retirement accounts: $12,750.89

**View the historical balance for a different date:**
To view your historical balances, enter a specific date or select a quarter-end period using the drop-down menu and click **Submit**.

mm / dd / yyyy  OR  Select a quarter-end period:  [Submit »]

Copyright © 2010 American Funds Distributors, Inc. All rights reserved.
PRIVACY | Business continuity | Career opportunities | Contact us

Debtor: KARL REINIKE
Case Number: 09-19609
Report Mo/Yr: APRIL 2010

## UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

**INSTRUCTIONS:** Fully answer each question and attach additional sheets if necessary to provide a complete response.

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *An escrow statement or similar supporting document must be attached for any sale of real estate and show all disbursements from the gross sale amount including debt payoffs and sales commissions.*

Yes ☐   No ☒

| Asset Description | Date of Court Approval | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| Total | | | | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements made by other parties for the debtor."

Attach additional pages as needed

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source, including relatives?

Yes ☐   No ☒

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| Total | | | |

Monthly Financial Report - Individual(s) Not Engaged In Business
United States Trustee - Western District of Washington
Page 6 of 9
(January 2008)

Case 09-19609-KAO    Doc 65    Filed 05/18/10    Ent. 05/18/10 15:50:44    Pg. 12 of 15

Debtor: KANE REINKE
Case Number: 09-19609
Report Mo/Yr: ~~MAY~~ APRIL 2010

## UST-24 PART B, OTHER FINANCIAL DISCLOSURES - INSURANCE & OTHER

|  | Yes | No |
|---|---|---|
| **Question 3 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**
Provider | New Premium | Is a Copy Attached to this Report?

**Changes:**
Provider | New Premium | Is a Copy Attached to this Report?

| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | ☐ | ☒ |
|---|---|---|

**Question 4 - Payments on Pre-Petition Unsecured Debt** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? If yes, disclose each payment and include payee's name and purpose, payment date, dollar amount, and date of court approval.

**Question 5 - Payments to Attorneys and Other Professionals** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? If yes, list each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.

| | Payee | Description of Services | Date of Court Approval | Payment Date | Amount |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

Total $ _____

**Question 6 - Estimated Professional Fees.** List estimated post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements have not been received, use the best information available to estimate the fees and costs.

$5,000.00

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Monthly Financial Report - Individual(s) Not Engaged In Business
United States Trustee - Western District of Washington
Page 7 of 9
(January 2008)

Case 09-19609-KAO    Doc 65    Filed 05/18/10    Ent. 05/18/10 15:50:44    Pg. 13 of 15

Debtor: KARL REINIKE  
Case Number: 09-19609  
Report Mo/Yr: APRIL 2010

# Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the original with the court: United States Bankruptcy Court, United States Courthouse, 700 Stewart Street, Suite 6103, Seattle, WA 98101 | File the original with the court: United States Bankruptcy Court, 1717 Pacific Avenue, Suite 2100, Tacoma, WA 98402 |

AND serve a copy on each of the following:
- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

## STATUTORY FEE SCHEDULE

| If the debtor's disbursements for the calendar quarter are within these amounts... | | Then the quarterly fee due is... |
|---|---|---|
| From | To | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

Make check payable to: **United States Trustee**

Mail quarterly fee payments to:
US Trustee Program Payment Center
PO Box 70937
Charlotte, NC 28272-0937

| For calendar quarter ending... | A fee payment is due on... |
|---|---|
| March 31 | April 30 |
| June 30 | July 31 |
| September 30 | October 31 |
| December 31 | January 31 |

Send your payment and quarterly fee payment stub ONLY. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

Monthly Financial Report - Individual(s) Not Engaged In Business  
United States Trustee - Western District of Washington  
Page 8 of 9  
(January 2008)

Case 09-19609-KAO    Doc 65    Filed 05/18/10    Ent. 05/18/10 15:50:44    Pg. 14 of 15

Debtor  KARL REINKE  Case Number ⇨ 09-19609  Report Mo/Yr ⇨ APRIL 2010

### *** NOTICE OF INTEREST ASSESSMENT ***

Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.

---

**NOTICE**

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

---