

**CORPORATION SERVICE COMPANY**

WCE
Transmittal Number: 7690929

# Rejection of Service of Process

**Return to Sender Information:**

Karen A. Overstreet
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Room 7216
Seattle, WA 98101-1271

FILED
Western District of Washington
at Seattle

JUN - 2 2010

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

| | |
|---|---|
| **Date:** | 05/27/2010 |
| **Party Served:** | Winstar Mortgage Partners, Inc. |
| **Title of Action:** | In re: Karl John Reinke |
| **Court:** | U.S. Bankruptcy Court Western District, Washington |
| **Case Number:** | 09-19609 |

The service of process received for the Party Served, as listed above, cannot be forwarded to the intended party for the reason(s) listed below.

We are unable to forward these documents to this client due to an undeliverable address. Because we are unable to locate this entity, we are returning the documents to you.

Our client records are confidential. We do not release any information on our clients, agent representation or service received. We suggest you contact the Secretary of State, or other appropriate agency, for more information.

For an electronic copy of the identified service, you may email us at sop@cscinfo.com. Please include the transmittal number located on the upper right hand side of this letter.

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |   sop@cscinfo.com