Karen A. Overstreet
Chief Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6310
Seattle, WA 98101

# IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Karl John Reinke,<br><br>                      Debtor(s). | Chapter 11<br><br>Case No. 09-19609 |
| KARL REINKE, an individual,<br>                      Plaintiff<br>v.<br><br>NORTHWEST TRUSTEE SERVICE, INC., a Washington Corporation, AURORA LOAN SERVICES, LLC, a Delaware Corporation, BAC HOME LOANS SERVICING, INC, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP, a Texas Corporation; HOME CAPITAL FUNDING, a California Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; LAWYERS TITLE INSURANCE COMPANY, a Nebraska Corporation; WINSTAR MORTGAGE PARTNERS, INC., a Minnesota Corporation its successors and assigns; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation,<br>                      Defendants. | Adversary No. 09-01541<br><br>**AMENDED NOTICE OF APPEAL** |

**COMES NOW** the Plaintiff/Appellant, KARL REINKE, an individual, by and through his attorney, RICHARD LLEWELYN JONES, P.S., and pursuant to *28 USC*

AMENDED NOTICE OF APPEAL - 1
RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322
Case 09-19609-KAO    Doc 67    Filed 06/11/10    Ent. 06/11/10 17:36:17    Pg. 1 of 6

*158(a)(1)* or *(a)(2)* and *FRBP 8001, et seq.,* appeals to the Bankruptcy Appellate Panel from the final order granting Defendant/Appellee, BAC HOME LOANS SERVICING, LP's Motion for Summary Judgment entered May 28, 2010 by the Honorable Karen A. Overstreet in this adversary proceeding. A true and correct copy of said Summary Judgment is attached hereto and incorporated herein by this reference. The Defendant/Appellee, BAC HOME LOANS SERVICING, LP is represented by JOHN S. DEVLIN of Lane Powell, PC., 1420 Fifth Ave., Suite 4100, Seattle, WA 98101 (206.223.7000). The Defendant/Appellee, AURORA LOAN SERVICES, is represented by DAVID WEIBEL of Bishop White Marshall & Weibel, P.S., 720 Olive Way, Suite 1301, Seattle, WA 98101 (206.622.5306). The Defendant/Appellee, NORTHWEST TRUSTEE SERVICE, INC., is represented by Agent, Jeffrey Stenman, 3535 Factoria Blvd SE, Suite 200, Bellevue, WA 98006 (425.458.2121). The Defendant/Appellee, HOME CAPITAL FUNDING, is represented by Agent, Timothy Larsen, 13504 57th Ave NW, Gig Harbor, WA 98332 (206.574.0598). The Defendant/Appellee, LAWYERS TITLE INSURANCE COMPANY is represented by Agent, Charles W. Traflon III, 1501 Fourth Ave, Suite 308, Seattle, WA 98101 (206.233.0300). The Defendant/Appellee, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., is represented by Agent, Robert Jacobson, 93 S. Jackson St., Dept. 37265, Seattle, WA 98104. The Defendant/Appellee, WINSTAR MORTGAGE PARTNERS, INC. is represented by Agent, Corporation Service Company, 6500 Harbour Heights Pkwy., Mukilteo, WA 98275. All other parties in interest named herein and their respective attorneys of record are identified in the Certificate of Notice attached to the subject Order Granting Defendant BAC Home Loans Servicing, LP's Motion

AMENDED NOTICE OF APPEAL - 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 67    Filed 06/11/10    Ent. 06/11/10 17:36:17    Pg. 2 of 6

for Summary Judgment entered May 28, 2010 and attached hereto.

       **RESPECTFULLY SUBMITTED** this _11th_ day of June, 2010.

                         **RICHARD LLEWELYN JONES, P.S.**

                         _/s/ Richard Llewelyn Jones_
                         Richard Llewelyn Jones, WSBA No. 12904
                         Attorney for Plaintiff
                         2050 – 112th Ave., N.E., Suite 230
                         Bellevue, WA 98004
                         425.462.7322 (phone)
                         425.450.0249 (fax)
                         rlj@richardjoneslaw.com

AMENDED NOTICE OF APPEAL - 3

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO   Doc 67   Filed 06/11/10   Ent. 06/11/10 17:36:17   Pg. 3 of 6

Entered on Docket May. 28, 2010

FILED
Western District of Washington
at Seattle
MAY 28 2010
U.S. Bankruptcy Court

HONORABLE KAREN A. OVERSTREET
Chapter 11
Hearing Date: May 28, 2010
Hearing Time: 9:30 a.m.
Location: Seattle, Room 7206
Response Date: May 21, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>KARL JOHN REINKE,<br><br>                      Debtor.<br><br>KARL REINKE, an individual,,<br><br>                      Plaintiff,<br><br>   v.<br><br>NORTHWEST TRUSTEE SERVICE INC., a Washington corporation; AURORA LOAN SERVICES LLC, a Delaware corporation; BAC HOME LOANS SERVICING (f/k/a COUNTRYWIDE HOME LOANS SERVICING LP, a Texas corporation; HOME CAPITAL FUNDING, a California corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; LAWYERS TITLE INSURANCE COMPANY, a Nebraska corporation; WINSTAR MORTGAGE PARTNERS INC, a Minnesota corporation, its successors and assign; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation,<br><br>                      Defendants. | NO. 09-19609<br><br><br><br><br><br><br><br>Adversary No. 09-01541<br><br><br><br>ORDER GRANTING DEFENDANT BAC HOME LOANS SERVICING, LP'S MOTION FOR SUMMARY JUDGMENT<br><br>[PROPOSED] |

[ORDER GRANTING DEFENDANT BAC HOME
LOANS SERVICING, LP'S MOTION FOR SUMMARY
JUDGMENT – 1

116589 0154/1837881.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206 223 7000 FAX 206 223 7107

1       THIS MATTER having come before the Court upon the motion brought by
2 Defendant BAC Home Loan Servicing, LP ("BAC"), incorrectly identified in the above
3 adversary proceeding as "BAC Home Loans Servicing (f/k/a Countrywide Home Loans
4 Servicing, LP)", by and through its counsel, Lane Powell PC, for entry of an order dismissing
5 Karl Reinke's ("Plaintiff") Amended Complaint against it with prejudice; the Court having
6 considered the Motion and supporting memorandum, and the files and records herein, and
7 finds that circumstances exist for the relief requested, *The court's oral ruling on the record is incorporated by reference.* [KAO]

8       NOW THEREFORE, it is hereby

9       ORDERED that the Motion is hereby granted, and all claims in Plaintiff's Amended
10 Complaint as against BAC are hereby DISMISSED WITH PREJUDICE pursuant Fed. R.
11 Bankr. P. 7056 and 9013, Fed. R. Civ. P. 56, and Local Bankruptcy Rules 7056-1 and 9013-
12 1.

13       DATED this 28th day of May, 2010.

                                          /s/ Karen A. Overstreet
                            HONORABLE KAREN A. OVERSTREET

Presented by:

LANE POWELL PC

By /s/ John S. Devlin
   John S. Devlin III, WSBA No. 23988
   Andrew G. Yates, WSBA No. 34239
   Attorneys for Defendants BAC Home
   Loans Servicing, LP

[ORDER GRANTING DEFENDANT BAC HOME
LOANS SERVICING, LP'S MOTION FOR SUMMARY
JUDGMENT – 2

116589.0154/1837881.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF NOTICE

```
District/off: 0981-2        User: victoriab        Page 1 of 1              Date Rcvd: May 28, 2010
Case: 09-01541              Form ID: pdfap         Total Noticed: 8
```

The following entities were noticed by first class mail on May 30, 2010.
```
dft        +Aurora Loan Services LLC,   David Weibel,   Bishop White Marshall PS,   720 Olive Way #1301,
            Seattle, WA 98101-1834
dft        +BAC Home Loans Servicing Inc,   John Devlin,   Lane Powell PC,   1420 Fifth Ave #4100,
            Seattle, WA 98101-2338
dft        +Home Capital Funding,   c/o Timothy Larsen,   13504 57th Ave NW,   Gig Harbor, WA 98332-9115
pla        +Karl John Reinke,   923 N. 76th Street,   Seattle, WA 98103-4724
dft        +Lawyers Title Insurance Company,   Agent: Charles W Traflon III,   1501 4th Ave Ste 308,
            Seattle, WA 98101-1660
dft        +Mortgage Electronic Registration Systems Inc,   Agent: Robert Jacobsen,
            93 S Jackson St Dept 37265,   Seattle, WA 98104-2818
dft        +Northwest Trustee Services Inc,   Agent: Jeffrey Stenman,   3535 Factoria Blvd SE #200,
            Bellevue, WA 98006-1263
dft        +Winstar Mortgagge Partners Inc,   Agent: Corporation Service Company,   6500 Harbour Heights Pkwy,
            Mukilteo, WA 98275-4889
```

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft         First American Title Insurance Company
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2010         Signature:   *Joseph Speetjens*