**UST-20 COVER SHEET**

# MONTHLY FINANCIAL REPORT FOR
## INDIVIDUAL(S) NOT ENGAGED IN BUSINESS

Case No.   _09 -19609_          Report Month/Year   _06/2010_

Debtor     _KARL REINKE_

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:

| | | Yes | No |
|---|---|---|---|
| **UST-21** | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☒ | ☐ |
| **UST-22** | **Summary of Receipts** | ☒ | ☐ |
| **UST-23** | **Summary of Disbursements** | ☒ | ☐ |
| **UST-23 Continuation Sheets** | **Financial Account Detail** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a copy of the monthly bank statement and supporting documents as described in the instructions. | ☒ | ☐ |
| **UST-24 Part A** | **Other Financial Disclosures - Real Estate and Property Sales** When applicable, include a report of sale. Attach supporting documents such as an escrow statement for the sale of real property, or an auctioneer's report for property sold at auction. | ☐ | ☒ |
| **UST-24 Part B** | **Other Financial Disclosures - Insurance, etc.** For any changes or renewals of insurance coverage, include a copy of the new certificate of insurance. | ☐ | ☒ |

## DEBTOR'S CERTIFICATION

I certify under penalty of perjury that the information contained in this monthly financial report are complete, true, and accurate to the best of my knowledge, information, and belief.

Signature(s): _____          Date:  _7/7/2010_

_____

**The debtor, or trustee, if appointed, must sign the monthly financial report. Debtor's counsel may not sign a financial report for the debtor.**

Debtor _KARL REINKE_    Case Number ⇨ _09-19609_
    Report Mo/Yr ⇨ _06-2010_

## UST-21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS: This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each remaining asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations, if any, may be attached to this page.

| As of month ending ⇨ | June 2010 | | |
|---|---|---|---|
| **ASSETS** | | | |
| Cash | 120.00 | | |
| Checking Account(s) | 6,223.65 | | |
| Savings Account(s) | 916.37 | | |
| Investment/Brokerage Account(s) | | | |
| IRA/Retirement Account(s) | 11,673.12 | | |
| Remaining Personal Property (per Schedule B but excluding all accounts listed above) | 15,000.00 | | |
| Real Property (Schedule A) | | | |
| 1. 923 N. 76TH ST. - SEATTLE | 416,000 | | |
| 2. 20001 DAMSON RD. - LYNNWOOD | 300,000 | | |
| 3. 2736 NE 115TH ST. - SEATTLE | 210,000 | | |
| 4. 16420 4TH AVE NW - SHORELINE | 286,000 | | |
| (Attach additional sheets if needed) | | | |
| Other Assets (list all assets not included above, including assets acquired postpetition, if any) | | | |
| **TOTAL ASSETS** | 1,245,933.14 | | |
| **LIABILITIES** | | | |
| Pre-petition Liabilities | | | |
| Secured Debt (Schedule D) | 1,395,000.00 | | |
| Priority Unsecured Debt (Schedule E) | | | |
| Unsecured Debt (Schedule F) | 197,000.00 | | |
| Total Pre-petition Liabilities | | | |
| Post-petition Liabilities | | | |
| Mortgage/Rent Payments Due | 9,300.00 | | |
| Other Secured Debt | | | |
| Unpaid Real Property Taxes | | | |
| Other Unpaid Taxes (specify) | | | |
| Other Unpaid Debts (specify) | | | |
| Total Post-petition Liabilities | | | |
| **TOTAL LIABILITIES** | 1,601,300.00 | | |
| **NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES)** | (355,366.86) | | |

Debtor _KARL REINKE_

## UST-22, SUMMARY OF RECEIPTS

INSTRUCTIONS: Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate (e.g., rental income from more that one property).

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | 5,388.76 | |
| Social security, pension, or 401k distributions | | |
| Rental income (itemize by property) | 3,300 | |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property | | |
| Proceeds from sale of personal property | | |
| Other (explain) | | |
| TOTAL RECEIPTS FOR THIS MONTH | | 8,688.76 |

Notes:

16420 4TH AVE NE - SHORELINE — $2,000.00

2736 NE 115TH ST. - SEATTLE — $1,300.00

Debtor ___KARL REINKE___

Case Number  ⇨  | 09 - 19609 |
Report Mo/Yr ⇨  | 06 - 2010 |

## UST-23, SUMMARY OF DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial account or other source of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY OF DISBURSEMENTS page.

QUARTERLY FEES: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay statutory fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the bankruptcy estate during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions excluded from the disbursement total are transfers among estate accounts during the same reporting month.

A fee payment is due 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively. The debtor is reminded that the initial fee billing for each quarter is only an estimate*. Accordingly, when payment is due the debtor is responsible for calculating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee. Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to compute the disbursement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory fee schedule may be found on the U.S. Trustee's website at: www.usdoj.gov/ust/r18/s_home.htm (see Library page).

* By necessity, the fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of the debtor's report for the third month of the quarter, the U.S. Trustee adjusts the amount billed for that quarter, as appropriate.

### Summary of Disbursements

| | |
|---|---|
| Total disbursements from all UST-23 Continuation Sheet(s) | 4,427.31 |
| Cash payments not included in total above (if any) | |
| Disbursements made by another party on behalf of the debtor (if any) | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | 4,427.31 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?
Yes ☐   No ☒   If "Yes", list each quarter that is delinquent and the amount due.

(UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Debtor  KARL REINKE

Case Number ⇨ 09-19609
Report Mo/Yr ⇨ 06 - 2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| **Depository (bank) name** ⇨ **Account number** ⇨ | BANK OF AMERICA |
|---|---|

Purpose of this account (select one):
- ☒ Checking
- ☐ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 254.54 |
| Add: | Transfers in from other accounts | |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | 10,696.42 |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | 300.00 |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ 4,427.31  Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 6,223.65 |

Does this CONTINUATION SHEET include the following supporting documents, as required:

|  | Yes | No |
|---|---|---|
| A monthly bank statement (or attorney's trust account statement); | ☒ | ☐ |
| If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

 **Online Banking**

## Myaccess Checking

<u>Accounts Overview</u>  <u>Return</u>  <u>Landscape View</u>

**Summary**

Myaccess Checking —••••4149
From: 06/01/10 Through: 06/30/10

| | |
|---|---|
| Starting Balance: | $254.54 |
| -31 Withdrawals: | -$4,727.31 |
| +6 Deposits: | $10,696.42 |
| Ending Balance: | $6,223.65 |

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 06/30/10 | BILL PAYER (PC) 18078523 SCOTTSLAWN | -$100.00 | | $6,223.65 |
| 06/30/10 | BILL PAYER (PC) 734-680-962-2 PSE-ELECTR | -$200.00 | | $6,323.65 |
| 06/30/10 | BILL PAYER (PC) 1-1032510-142520 SEATT CITY | -$200.00 | | $6,523.65 |
| 06/30/10 | BILL PAYER (PC) 2-1032510-142520 SEATTLE CI | -$200.00 | | $6,723.65 |
| 06/30/10 | PURCHASE 90630628007612744262401 ON 06/28 AT TULALIP CASINO BLKFSHR TULALIP WA | -$214.71 | | $6,923.65 |
| 06/30/10 | BILL PAYER (PC) 5398893641 ACS | -$400.00 | | $7,138.36 |
| 06/28/10 | PURCHASE 90630626038341644262401 ON 06/26 AT SEATTLE 684-PARK SEATTLE WA | -$4.00 | | $7,538.36 |
| 06/25/10 | PAYROLL TRUECOMPASS LEND35904100008201X | | $2,317.94 | $7,542.36 |
| 06/24/10 | PURCHASE CREDIT 90630622022844144262401 ON 06/22 AT AURORA GREENLAKES VISA SEATTLE WA | | $86.73 | $5,224.42 |
| 06/23/10 | PURCHASE 90630621021327444262401 ON 06/21 AT AURORA GREENLAKES VISA SEATTLE WA | -$180.02 | | $5,137.69 |
| 06/21/10 | PURCHASE 90620620018793944262401 ON 06/20 AT ARS FRESNO TESOR ANACORTES WA | -$2.78 | | $5,317.71 |
| 06/21/10 | PURCHASE 90620621086200644262401 ON 06/21 AT LOWE'S #252 SEATTLE WA | -$194.76 | | $5,320.49 |
| 06/18/10 | PAYROLL TRUECOMPASS LEND35819700003477X | | $3,070.82 | $5,515.25 |
| 06/17/10 | CHECK 2654  *CHRZIL TO RICHARD JONES* | -$225.00 | | $2,444.43 |
| 06/16/10 | PURCHASE 90630614020831944262401 ON 06/14 AT PACIFIC TOPSOILS INC SEATTLE WA | -$33.45 | | $2,669.43 |
| 06/15/10 | DEPOSIT | | $1,920.93 | $2,702.88 |
| 06/14/10 | PURCHASE 90630611030268644262401 ON 06/11 AT UNION 76 00414813 SEATTLE WA | -$0.66 | | $781.95 |
| 06/14/10 | PURCHASE 90620612051305944262401 ON 06/12 AT THE HOME DEPOT 47 SEATTLE WA | -$3.41 | | $782.61 |

| 06/14/10 | PURCHASE 90630611035899244262401 ON 06/11 AT UNION 76 00414813 SEATTLE WA | -$44.89 | | $786.02 |
| 06/14/10 | PURCHASE 90630611001728244262401 ON 06/11 AT SALMON BAY SAND GRAVEL SEATTLE WA | -$209.15 | | $830.91 |
| 06/11/10 | MONTHLY SERVICE CHARGE | -$8.95 | | $1,040.06 |
| 06/11/10 | INVESTMENT AMERICAN FUNDS 000100074511301 | -$200.00 | ✓ | $1,049.01 |
| 06/11/10 | BILL PAYER (PC) 5398893641 ACS | -$300.00 | | $1,249.01 |
| 06/11/10 | BANKOFAMERICA ATM WITHDRAWAL ON 06/11 AT GREENWOOD SEATTLE WA | -$300.00 | | $1,549.01 |
| 06/11/10 | BILL PAYER (PC) 8498320080368891 COMCAST | -$400.00 | | $1,849.01 |
| 06/10/10 | CHECK | -$609.85 | | $2,249.01 |
| 06/09/10 | PURCHASE 90630607007602444262401 ON 06/07 AT HANDY ANDY TRUCK/TOOL R SEATTLE WA | -$40.79 | | $2,858.86 |
| 06/09/10 | PURCHASE 90620609038608244262401 ON 06/09 AT ROSS STORES #651 SEATTLE WA | -$42.66 | | $2,899.65 |
| 06/09/10 | PURCHASE 90620609077115144262401 ON 06/09 AT SAFEWAY STORE 18 SEATTLE WA | -$190.68 | | $2,942.31 |
| 06/08/10 | PURCHASE 90630606013116744262401 ON 06/06 AT THE HI-LIFE SEATTLE WA | -$23.10 | | $3,132.99 |
| 06/08/10 | PURCHASE 90620608017236444262401 ON 06/08 AT 7-ELEVEN SEATTLE WA | -$49.27 | | $3,156.09 |
| 06/08/10 | INS. PREM PREMATIC CORP MLB03FR75933 | -$71.44 | | $3,205.36 |
| 06/08/10 | ING DIRECTREINKE,KARL J 000000053689018 | -$100.00 | ✓ | $3,276.80 |
| 06/08/10 | PURCHASE 90630607036307444262401 ON 06/07 AT GET ME REGISTERED 317-2190078 IA | -$160.79 | | $3,376.80 |
| 06/07/10 | PURCHASE 90630605024219744262401 ON 06/05 AT J2 *EFAX PLUS SERVICE 323-817-3205 CA | -$16.95 | | $3,537.59 |
| 06/07/10 | DEPOSIT | | ✓ $2,000.00 | $3,554.54 |
| 06/01/10 | DEPOSIT | | ✓ $1,300.00 | $1,554.54 |

* May not show deposits or withdrawals made since the last business day or outstanding Check Card authorizations.

Debtor   _KARL REINKE_

Case Number  ⇨  _09-19609_
Report Mo/Yr  ⇨  _06-2010_

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ Account number ⇨ | _AMERICAN FUNDS_ | |
|---|---|---|
| Purpose of this account (select one): ☐ Checking ☐ Savings ☐ Investment/brokerage ☒ IRA/retirement ☐ Funds held in trust by debtor's attorney ☐ Other (explain) _____ | | |
| Beginning cash balance | _12,137.43_ | |
| Add:  Transfers in from other accounts | _200.00_ | |
| Loan or financing proceeds deposited to this account (identify source) | | |
| Other receipts deposited to this account | | |
| Total cash available this month | _12,337.43_ | |
| Subtract:  Transfers out to other accounts | | |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ | |
| | Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements.** | |
| Adjustments, if any (explain)  _MARKET LOSS_ | _(664.31)_ | |
| Ending cash balance | _11,673.12_ | |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| · A monthly bank statement (or attorney's trust account statement); | ☒ | ☐ |
| · If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

## Historical account balance

? Help with this page

🖨 Print this page

« Return to Account Summary

As of June 30, 2010
**Total value: $11,673.12**
Non-retirement accounts: $0.00
Retirement accounts: $11,673.12

**Select a different date**

### Retirement accounts

| CB&T CUST IRA<br>KARL J REINKE | | | Account: ████1301 |
|---|---|---|---|
| Fund Name | Shares<br>June 30,<br>2010 | NAV<br>June 30,<br>2010 | Market<br>Value<br>June 30, 2010 |
| NEW PERSPECTIVE FUND - A (07) | 265.506 | $23.26 | $6,175.67 |
| WASHINGTON MUTUAL INVESTORS FUND - A (01) | 242.285 | $22.69 | $5,497.45 |
| | | **Account Total:** | **$11,673.12** |

As of June 30, 2010
**Total value: $11,673.12**
Non-retirement accounts: $0.00
Retirement accounts: $11,673.12

### View the historical balance for a different date:

To view your historical balances, enter a specific date or select a quarter-end period using the drop-down menu and click **Submit**.

mm /      dd /      yyyy   **OR**   Select a quarter-end period: |∙|   **Submit »**

Copyright © 2010 American Funds Distributors, Inc. All rights reserved.
**PRIVACY** | Business continuity | Career opportunities | Contact us

Debtor   _KARL REINIKE_

Case Number  ⇨ | 09-19609
Report Mo/Yr ⇨ | 06-2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name**  ⇨
**Account number**  ⇨   _ING._

Purpose of this account (select one):
- ❏ Checking
- ☒ Savings
- ❏ Investment/brokerage
- ❏ IRA/retirement
- ❏ Funds held in trust by debtor's attorney
- ❏ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 815.57 |
| Add: | Transfers in from other accounts | 100.00 |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | |
| Total cash available this month | | 915.57 |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, **Summary of Disbursements.** |
| Adjustments, if any (explain)   _INTEREST_ | | .80 |
| Ending cash balance | | 916.37 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| • A monthly bank statement (or attorney's trust account statement); | ☒ | ❏ |
| • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ❏ | ❏ |

UST-23 CONTINUATION SHEET, Number _____ of _____





ING DIRECT
Save Your Money®

Karl J Reinke
923 N. 76th St.
Seattle WA 98103

**What exactly is a 'monthly service fee' anyway?**

We're not sure either. But we do know Electric Orange checking is just what Savers like you need. No nickel and diming, period. Plus, you'll have instant access to your cash at over 35,000 free ATMs.

Sign in at ingdirect.com to learn more and to open your account.

Since you became an Orange Saver on 09/20/2006, your account(s) have earned:

**$166.37**

Customer Number ███3400



## Your Savings Summary as of 06/30/2010

| Account Type | Nickname | Account Number | Account Balance | Joint Name |
|---|---|---|---|---|
| Orange Savings Account | vacation | ███018 | $916.37 | |

## Your Orange Savings Account Activity

Account: vacation Current Interest Rate: 1.095% Annual Percentage Yield Earned: 1.10% Interest Life To Date: $166.37
Year to date Interest: $3.57

| Activity | Date | Amount | Balance |
|---|---|---|---|
| Opening Balance | 06/01/2010 | | $815.57 |
| Preauthorized Deposit from linked BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 06/07/2010 | $100.00 | $915.57 |
| Monthly Interest Paid | 06/30/2010 | $0.80 | $916.37 |
| Closing Balance | 06/30/2010 | | $916.37 |

Your email address is: kjr57@hotmail.com. Update this and all your information at ingdirect.com in the My Info section.

Debtor   _KARL REINKE_

Case Number ⇨ **09-19609**
Report Mo/Yr ⇨ **06-2010**

### UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

**INSTRUCTIONS:** Fully answer each question and attach additional sheets if necessary to provide a complete response.

| | Yes | No |
|---|---|---|

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *An escrow statement or similar supporting document must be attached for any sale of real estate and show all disbursements from the gross sale amount including debt payoffs and sales commissions.*  Yes ☐  No ☒

| Asset Description | Date of Court Approval | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| Total | | | | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements made by other parties for the debtor."

Attach additional pages as needed

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source, including relatives?  Yes ☐  No ☒

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| Total | | | |

Debtor   _KARL REINKE_                 Case Number  ⇨  _09 - 19609_
                                        Report Mo/Yr  ⇨  _06 - 2010_

## UST-24 PART B, OTHER FINANCIAL
## DISCLOSURES - INSURANCE & OTHER

|  | Yes | No |
|---|---|---|
| **Question 3 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**
Provider          New Premium          Is a Copy Attached to this Report?

**Changes:**
Provider          New Premium          Is a Copy Attached to this Report?

| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | ☐ | ☒ |
|---|---|---|

**Question 4 - Payments on Pre-Petition Unsecured Debt** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? If yes, disclose each payment and include payee's name and purpose, payment date, dollar amount, and date of court approval.

**Question 5 - Payments to Attorneys and Other Professionals** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? If yes, list each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.

| Payee | Description of Services | Date of Court Approval | Payment Date | Amount |
|---|---|---|---|---|
| 1. RICHARD JONES | - COURT FILING FEE - PAID ON | 6/17/2010 | - $225.00 |
| 2 | | | |
| 3. | | | |

Total $ 225.00

**Question 6 - Estimated Professional Fees.** List estimated post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements have not been received, use the best information available to estimate the fees and costs.

$ 3,075.00

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Debtor  _KARL REINKE_          Case Number ⇨ _09-19609_
                               Report Mo/Yr ⇨ _06-2010_

## Monthly Financial Reports
### (due on the 15ᵗʰ of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the <u>original</u> with the court:<br><br>United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, Suite 6103<br>Seattle, WA 98101 | File the <u>original</u> with the court:<br><br>United States Bankruptcy Court<br>1717 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402 |

AND serve a <u>copy</u> on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

### STATUTORY FEE SCHEDULE

| If the debtor's disbursements for the calendar quarter are within these amounts. . . | | Then the quarterly fee due is. . . |
|---|---|---|
| **From** | **To** | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to: | For calendar quarter ending. . . | A fee payment is due on. . . |
|---|---|---|
| **United States Trustee** | March 31 | April 30 |
| Mail quarterly fee payments to: | June 30 | July 31 |
| **US Trustee Program Payment Center**<br>PO Box 70937<br>Charlotte, NC 28272-0937 | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox <u>**will be destroyed**</u>.

Debtor _KARL REINKE_    Case Number ⇨ _09-19609_
Report Mo/Yr ⇨ _06-2010_

## * * * NOTICE OF INTEREST ASSESSMENT * * *

**Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.**

---

### NOTICE

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

---

Case 09-19609-KAO    Doc 74    Filed 07/12/10    Ent. 07/12/10 11:17:32    Pg. 15 of 15