Judge Karen Overstreet
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:  ) No. 09-19609
KARL REINKE,  )
  ) REPLY TO BAC HOME LOANS SERVICING'S
  Debtor,  ) MOTION FOR RELIEF FROM STAY
  )
  )
_____)

COMES NOW the debtor, and moves the court and states as follows:

BAC Home Loans Servicing, LP, has filed a motion for relief from the stay on the debtor's real property located at 2736 NE 115th St, Seattle, WA 98125. Debtor is disputing validity of the mortgage and deed of trust asserted by the lender on this property. Said matter is pending in this court in a separate adversary proceeding. Accordingly, until such time as the court rules on the nature, validity, and the amount of the claim asserted by BAC Home Loans Servicing, LP, on the property, the debtor requests that relief from the stay be denied and/or continued until such time as the court has ruled. If, in fact, the Deed of Trust on the property is not valid and the court so rules, then it would obviously moot the issue of relief from the stay. That adversary proceeding is pending and the debtor has hired special counsel to prosecute that matter.

Accordingly, if the court grants relief from the stay at this point in time, it would create a myriad of problems if they commence a foreclosure proceedings under state law while there is a Bankruptcy Court proceeding disputing the validity of deed of trust and will create additional problems in trying to bring the matter to termination.

Accordingly, it is respectfully requested that relief from the stay be denied or continued until such time as that adversary proceeding is resolved.

DATED this 15th day of July, 2010.

/s/ Larry B. Feinstein
_____
Larry B. Feinstein WSBA # 6074
Attorney for Debtor

REPLY TO BAC HOME LOANS SERVICING'S
MOTION FOR RELIEF FROM STAY -1

Vortman & Feinstein
500 Union Street, Suite 500
Seattle, WA 98101
206-223-9595
Fax: 206-386-5355