


CORPORATION SERVICE COMPANY

null
Transmittal Number: 7830148

RECEIVED
Western District of Washington
at Seattle
JUL 26 2...
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# Rejection of Service of Process

**Return to Sender Information:**

Karen A. Overstreet
Chief Bankruptcy Judge
United States Courthouse
700 Stewart St., Ste 6310
Seattle, WA 98101

| | |
|---|---|
| **Date:** | 07/16/2010 |
| **Party Served:** | Winstar Mortgage Partners, Inc. |
| **Title of Action:** | Karl John Reinke vs. Northwest Trustee Service, Inc. |
| **Court:** | U.S. Bankruptcy Court Western District, Washington |
| **Case Number:** | 09-19609 |

The service of process received for the Party Served, as listed above, cannot be forwarded to the intended party for the reason(s) listed below.

We are unable to forward these documents to this client due to an undeliverable address. Because we are unable to locate this entity, we are returning the documents to you.

Our client records are confidential. We do not release any information on our clients, agent representation or service received. We suggest you contact the Secretary of State, or other appropriate agency, for more information.

For an electronic copy of the identified service, you may email us at sop@cscinfo.com. Please include the transmittal number located on the upper right hand side of this letter.

2711 Centerville Road Wilmington, DE 19808
(888) 690-2882 | sop@cscinfo.com