Honorable Judge Karen A. Overstreet
Chapter 11
Hearing Location: Seattle
Hearing Date: July 23, 2010
Hearing Time: 9:30 am
Response Date: July 16, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>KARL JOHN REINKE,<br><br>Debtor | Chapter 11 Bankruptcy<br><br>No.: 09-19609-KAO<br><br>ORDER GRANTING RELIEF FROM STAY AS TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP SUCCESSOR TO COUNTRYWIDE HOME LOANS INC. |

This matter came before the Court upon BAC Home Loans Servicing, LP Fka Countrywide Home Loans Servicing LP Successor To Countrywide Home Loans Inc.'s ("Creditor") motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Creditor's motion and further as to the property located at 2736 NE 115th Street, Seattle, Washington 98125 ("Property") and legally described as set forth in the Deed of Trust attached to the motion for relief. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Creditor, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Creditor's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and

ORDER GRANTING RELIEF FROM STAY AS TO BAC
HOME LOANS SERVICING, LP FKA…Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 09-19609-KAO    Doc 79    Filed 07/29/10    Ent. 07/29/10 14:16:43    Page 1 of 2

may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief.

IT IS FURTHER ORDERED ~~that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and~~ that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

Dated this ____ day of _____ 2010.

*/s/ Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

 /s/ Mark Moburg
Mark Moburg, WSBA#19463
Attorneys for Creditor

ORDER GRANTING RELIEF FROM STAY AS TO BAC HOME LOANS SERVICING, LP FKA…Page - 2

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131