UST-20 COVER SHEET

# MONTHLY FINANCIAL REPORT FOR
# INDIVIDUAL(S) NOT ENGAGED IN BUSINESS

Case No. __09-19609__     Report Month/Year __07/2010__

Debtor __KARL REINKE__

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

| | The debtor submits the following with this monthly financial report: | Yes | No |
|---|---|---|---|
| **UST-21** | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, <u>shall include a breakdown of pre- and post-petition liabilities.</u> The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☒ | ☐ |
| **UST-22** | **Summary of Receipts** | ☒ | ☐ |
| **UST-23** | **Summary of Disbursements** | ☒ | ☐ |
| **UST-23 Continuation Sheets** | **Financial Account Detail** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a copy of the monthly bank statement and supporting documents as described in the instructions. | ☒ | ☐ |
| **UST-24 Part A** | **Other Financial Disclosures - Real Estate and Property Sales** When applicable, include a report of sale. Attach supporting documents such as an escrow statement for the sale of real property, or an auctioneer's report for property sold at auction. | ☐ | ☒ |
| **UST-24 Part B** | **Other Financial Disclosures - Insurance, etc.** For any changes or renewals of insurance coverage, include a copy of the new certificate of insurance. | ☐ | ☒ |

## DEBTOR'S CERTIFICATION

I certify under penalty of perjury that the information contained in this monthly financial report are complete, true, and accurate to the best of my knowledge, information, and belief.

Signature(s): _/s/_       Date: __8/13/2010__

The debtor, or trustee, if appointed, must sign the monthly financial report. <u>Debtor's counsel may not sign a financial report for the debtor.</u>

Monthly Financial Report - Individual(s) Not Engaged In Business                                           Page 1 of 9
United States Trustee - Western District of Washington                                                    (January 2008)

Case 09-19609-KAO   Doc 80   Filed 08/16/10   Ent. 08/16/10 11:34:06   Pg. 1 of 15

Debtor: KARL REINKE
Case Number: 09-19609
Report Mo/Yr: 07/2010

## UST-21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS: This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each remaining asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations, if any, may be attached to this page.

| As of month ending ⇒ | July 2010 | | |
|---|---|---|---|
| **ASSETS** | | | |
| Cash | 100.00 | | |
| Checking Account(s) | 3,213.97 | | |
| Savings Account(s) | 1,017.29 | | |
| Investment/Brokerage Account(s) | | | |
| IRA/Retirement Account(s) | 12,729.76 | | |
| Remaining Personal Property (per Schedule B but excluding all accounts listed above) | 15,000.00 | | |
| Real Property (Schedule A) | | | |
| 1. 923 N. 76TH ST. - SEATTLE | 416,000 | | |
| 2. 20001 DAMSON RD - LYNNWOOD | 300,000 | | |
| 3. 2736 NE 115TH ST. - SEATTLE | 210,000 | | |
| 4. 16420 4TH AVE NW - SHORELINE | 296,000 | | |
| (Attach additional sheets if needed) | | | |
| Other Assets (list all assets not included above, including assets acquired postpetition, if any) | 1,244,933.14 | | |
| **TOTAL ASSETS** | | | |
| **LIABILITIES** | | | |
| Pre-petition Liabilities | | | |
| Secured Debt (Schedule D) | 1,395,000.00 | | |
| Priority Unsecured Debt (Schedule E) | | | |
| Unsecured Debt (Schedule F) | 197,000.00 | | |
| Total Pre-petition Liabilities | | | |
| Post-petition Liabilities | | | |
| Mortgage/Rent Payments Due | 9,300.00 | | |
| Other Secured Debt | | | |
| Unpaid Real Property Taxes | | | |
| Other Unpaid Taxes (specify) | | | |
| Other Unpaid Debts (specify) | | | |
| Total Post-petition Liabilities | | | |
| **TOTAL LIABILITIES** | 1,601,300 | | |
| NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES) | (356,366.96) | | |

Debtor: KARL REINKE

Case Number: 09-19609
Report Mo/Yr: 07/2010

## UST-22, SUMMARY OF RECEIPTS

INSTRUCTIONS: Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate (e.g., rental income from more that one property).

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | | |
| Social security, pension, or 401k distributions | | |
| Rental income (itemize by property) | 3,300.00 | |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property | | |
| Proceeds from sale of personal property | | |
| Other (explain) | | |
| TOTAL RECEIPTS FOR THIS MONTH | | |

Notes:

16420 4TH AVE NE - SHORELINE - $2,000.00

2736 NE 115TH ST. - SEATTLE - $1,300.00

Debtor __KARL REINKE__     Case Number ⇨ __09-19609__
                           Report Mo/Yr ⇨ __07/2010__

## UST-23, SUMMARY OF DISBURSEMENTS

INSTRUCTIONS: <u>BEFORE COMPLETING THIS PAGE</u>, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial account or other source of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY OF DISBURSEMENTS page.

QUARTERLY FEES: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay statutory fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the bankruptcy estate during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions excluded from the disbursement total are transfers among estate accounts during the same reporting month.

A fee payment is due 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively. The debtor is reminded that the initial fee billing for each quarter is only an <u>estimate</u>*. Accordingly, when payment is due the debtor is responsible for calculating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee. Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to compute the disbursement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory fee schedule may be found on the U.S. Trustee's website at: www.usdoj.gov/ust/r18/s_home.htm (see Library page).

* By necessity, the fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of the debtor's report for the third month of the quarter, the U.S. Trustee adjusts the amount billed for that quarter, as appropriate.

**Summary of Disbursements**

| | |
|---|---|
| Total disbursements from all UST-23 Continuation Sheet(s) | 6,009.68 |
| Cash payments not included in total above (if any) | |
| Disbursements made by another party on behalf of the debtor (if any) | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | 6,009.68 |
| At the end of this reporting month, did the debtor have any <u>delinquent</u> statutory fees owing to the U.S. Trustee? Yes ☐ No ☒  If "Yes", list each quarter that is delinquent and the amount due. | |

(UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Monthly Financial Report - Individual(s) Not Engaged in Business                    Page 4 of 9
United States Trustee - Western District of Washington                              (January 2008)

Case 09-19609-KAO    Doc 80    Filed 08/16/10    Ent. 08/16/10 11:34:06    Pg. 4 of 15

Debtor: **KARL REINKE**
Case Number: **09-19609**
Report Mo/Yr: **07-2010**

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨  **Account number** ⇨ | **BANK OF AMERICA** |
| Purpose of this account (select one): <br> ☒ Checking <br> ☐ Savings <br> ☐ Investment/brokerage <br> ☐ IRA/retirement <br> ☐ Funds held in trust by debtor's attorney <br> ☐ Other (explain) _____ | |
| Beginning cash balance | **6,223.65** |
| Add: Transfers in from other accounts | |
| Loan or financing proceeds deposited to this account (identify source) | |
| Other receipts deposited to this account | **3,300.00** |
| Total cash available this month | **9,523.65** |
| Subtract: Transfers out to other accounts | **300.00** |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ **6,309.68** <br> Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) | |
| Ending cash balance | **3,213.97** |

Does this CONTINUATION SHEET include the following supporting documents, as required:   Yes   No
- A monthly bank statement (or attorney's trust account statement);   ☒   ☐
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor.   ☐   ☐

UST-23 CONTINUATION SHEET, Number ____ of ____


## Online Banking

## Myaccess Checking

Accounts Overview   Return   Landscape View

**Summary**
Myaccess Checking · 4149
From: 07/01/10 Through: 07/29/10
    Starting Balance:                      $6,223.65
    -23 Withdrawals:                      -$6,309.68
    +1 Deposits:                           $3,300.00
    Ending Balance:                       $3,213.97

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 07/29/10 | PURCHASE 90630728017304944262401 ON 07/28 AT J B*J B WHLSL PET SUPP 800-526-0388 NJ | -$19.87 | | $3,213.97 |
| 07/28/10 | PURCHASE 90620728007851144262401 ON 07/28 AT ROSS STORES #50 SEATTLE WA | -$50.00 | | $3,233.84 |
| 07/22/10 | BANKOFAMERICA ATM WITHDRAWAL ON 07/22 AT WESTPACRONULLA CRONULLA 2 | -$265.20 | | $3,283.84 |
| 07/19/10 | BANKOFAMERICA ATM WITHDRAWAL ON 07/19 AT WESTPACRONULLA CRONULLA 2 | -$264.78 | | $3,549.04 |
| 07/19/10 | INTERNATIONAL TRANSACTION FEE | -$10.49 | | $3,813.82 |
| 07/19/10 | PURCHASE 90630719037697244262401 ON 07/19 AT TICKETS.COM 1300785851 Miranda NSW | -$349.51 | | $3,824.31 |
| 07/14/10 | DOMESTIC NON-BANKOFAMERICA ATM CHARGE | -$2.00 | | $4,173.82 |
| 07/14/10 | PURCHASE 90620714074386944262401 ON 07/14 AT WALGREEN COMPANY SEATTLE WA | -$90.52 | | $4,175.82 |
| 07/13/10 | INVESTMENT AMERICAN FUNDS 000100074511301 | -$200.00 | | $4,266.34 |
| 07/13/10 | BILL PAYER (PC) 1-1032510-142520 SEATT CITY | -$270.00 | | $4,466.34 |
| 07/13/10 | BILL PAYER (PC) 2-1032510-142520 SEATTLE CI | -$500.00 | | $4,736.34 |
| 07/12/10 | PURCHASE 90620710029667644262401 ON 07/10 AT KEN'S MARKET #75- SEATTLE WA | -$54.21 | | $5,236.34 |
| 07/12/10 | PURCHASE 90620710004672444262401 ON 07/10 AT WALGREEN COMPANY SEATTLE WA | -$62.96 | | $5,290.55 |
| 07/12/10 | NON-BANKOFAMERICA ATM WITHDRAWAL ON 07/10 AT 1233 - 164TH ST. LYNNWOOD WA | -$202.50 | | $5,353.51 |
| 07/12/10 | BILL PAYER (PC) 8498320080368891 COMCAST | -$400.00 | | $5,556.01 |
| 07/09/10 | PURCHASE 90620709004991644262401 ON 07/09 AT WALGREEN COMPANY SEATTLE WA | -$104.70 | | $5,956.01 |
| 07/08/10 | PURCHASE 90630707009219644262401 ON 07/07 AT CPS/SWEDISH ORTHO #Q02 SEATTLE WA | -$5.00 | | $6,060.71 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/08/10 | INS. PREM PREMATIC CORP MLB03FR75933 | -$71.44 | $6,065.71 |
| 07/07/10 | ING DIRECTREINKE,KARL J 000000053689018 | -$100.00 | $6,137.15 |
| 07/06/10 | PURCHASE 90630705014523544262401 ON 07/05 AT J2 *EFAX PLUS SERVICE 323-817-3205 CA | -$16.95 | $6,237.15 |
| 07/06/10 | PURCHASE 90630705018952344262401 ON 07/05 AT TIMES PL SUBSCRIPTIONS 206-4642111 WA | -$69.55 | $6,254.10 |
| 07/06/10 | PURCHASE 90630702021260844262401 ON 07/02 AT UNDERDOG SPORTS LEAGUES 206-320-8326 WA | -$125.00 | $6,323.65 |
| 07/06/10 | DEPOSIT | $3,300.00 | $6,448.65 |
| 07/01/10 | CHECK 2655 | -$3,075.00 | $3,148.65 |

* May not show deposits or withdrawals made since the last business day or outstanding Check Card authorizations.

Debtor __KANE REINKE__　　　Case Number ⇨ __09-19609__
　　　　　　　　　　　　　　　　Report Mo/Yr ⇨ __07-2010__

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ <br> **Account number** ⇨ | __AMERICAN FUNDS__ |
| Purpose of this account (select one): <br> ☐ Checking <br> ☐ Savings <br> ☐ Investment/brokerage <br> ☒ IRA/retirement <br> ☐ Funds held in trust by debtor's attorney <br> ☐ Other (explain) _____ | |
| Beginning cash balance | __11,673.12__ |
| Add: Transfers in from other accounts | __200.00__ |
| Loan or financing proceeds deposited to this account (identify source) | |
| Other receipts deposited to this account | |
| Total cash available this month | __11,873.12__ |
| Subtract: Transfers out to other accounts | |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ <br> Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) __MARKET GAIN__ | __919.64__ |
| Ending cash balance | __12,729.76__ |
| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes　No |
| • A monthly bank statement (or attorney's trust account statement); <br> • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☒　☐ <br> ☒　☐ |

UST-23 CONTINUATION SHEET, Number ____ of ____

## Historical account balance

[?] **Help with this page**
[🖶] **Print this page**

« Return to Account Summary

As of July 31, 2010
**Total value: $12,729.76**
Non-retirement accounts: $0.00
Retirement accounts: $12,729.76

**Select a different date**

## Retirement accounts

| CB&T CUST IRA<br>KARL J REINKE | | Account: | 1301 |
|---|---|---|---|
| Fund Name | Shares<br>July 31, 2010 | NAV<br>July 31, 2010 | Market Value<br>July 31, 2010 |
| NEW PERSPECTIVE FUND - A (07) | 269.363 | $24.97 | $6,725.99 |
| WASHINGTON MUTUAL INVESTORS FUND - A (01) | 246.258 | $24.38 | $6,003.77 |
| | | **Account Total:** | **$12,729.76** |

As of July 31, 2010
**Total value: $12,729.76**
Non-retirement accounts: $0.00
Retirement accounts: $12,729.76

**View the historical balance for a different date:**
To view your historical balances, enter a specific date or select a quarter-end period using the drop-down menu and click **Submit**.

mm / dd / yyyy  **OR**  Select a quarter-end period: [ ]  [ Submit » ]

Copyright © 2010 American Funds Distributors, Inc. All rights reserved.
PRIVACY | Business continuity | Career opportunities | Contact us

Debtor: KARL REINKE

Case Number: 09-19609
Report Mo/Yr: 07-2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ Account number ⇨ | ING. |
|---|---|
| Purpose of this account (select one): ☐ Checking ☒ Savings ☐ Investment/brokerage ☐ IRA/retirement ☐ Funds held in trust by debtor's attorney ☐ Other (explain) _____ | |
| Beginning cash balance | 916.37 |
| Add: Transfers in from other accounts | 100.00 |
| Loan or financing proceeds deposited to this account (identify source) | |
| Other receipts deposited to this account | |
| Total cash available this month | 1016.37 |
| Subtract: Transfers out to other accounts | |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨  Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) INTEREST | .92 |
| Ending cash balance | 1,017.29 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or attorney's trust account statement); | ☒ | ☐ |
| If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____



Karl J Reinke
923 N. 76th St.
Seattle WA 98103

Since you became an Orange Saver on 09/20/2006,
your account(s) have earned:

**$167.29**

Customer Number    :3400

**Transfer your brokerage accounts to
ShareBuilder from ING DIRECT**
- No account minimums
- No inactivity fees
- Instant money transfers between accounts
Learn more at **sharebuilder.com/em/transferin**
Securities products are offered by ShareBuilder
Securities Corporation, a registered broker-
dealer and Member FINRA/SIPC. ShareBuilder
Securities Corporation is a subsidiary of ING
Bank, fsb. **Securities products are: Not FDIC
Insured - Not Bank guaranteed - May lose
value**

## Your Savings Summary as of 07/31/2010

| Account Type | Nickname | Account Number | Account Balance | Joint Name |
|---|---|---|---|---|
| Orange Savings Account | vacation | ..9018 | $1,017.29 | |

## Your Orange Savings Account Activity

Account: vacation  Current Interest Rate: 1.095%  Annual Percentage Yield Earned: 1.10%  Interest Life To Date: $167.29
Year to date interest: $4.49

| Activity | Date | Amount | Balance |
|---|---|---|---|
| Opening Balance | 07/01/2010 | | $916.37 |
| Preauthorized Deposit from linked BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 07/06/2010 | $100.00 | $1,016.37 |
| Monthly Interest Paid | 07/31/2010 | $0.92 | $1,017.29 |
| Closing Balance | 07/31/2010 | | $1,017.29 |

Your email address is: kjr57@hotmail.com. Update this and all your information at ingdirect.com in the My Info section.

ingdirect.com            Interactive Phone Service: 1-888-ING-7868   Orange Home Loans: 1-800-ING-9331      P.O. Box 60
Comments: sales@ingdirect.com   Questions or New Products: 1-888-ING-8727  Mutual Funds/IRAs: 1-866-BUY-FUND       St. Cloud, MN 56302

Debtor _KARL REINKE_　　　Case Number ➪ 09-19609
　　　　　　　　　　　　　　　Report Mo/Yr ➪ 07/2010

## UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

**INSTRUCTIONS:** Fully answer each question and attach additional sheets if necessary to provide a complete response.

| | Yes | No |
|---|---|---|
| **Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *An escrow statement or similar supporting document must be attached for any sale of real estate and show all disbursements from the gross sale amount including debt payoffs and sales commissions.* | ☐ | ☒ |

| Asset Description | Date of Court Approval | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| | | | Total | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements made by other parties for the debtor."

Attach additional pages as needed

| | Yes | No |
|---|---|---|
| **Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source, including relatives? | ☐ | ☒ |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total | | |

Monthly Financial Report - Individual(s) Not Engaged in Business　　　　Page 6 of 9
United States Trustee - Western District of Washington　　　　　　　　　(January 2008)

Case 09-19609-KAO　　Doc 80　　Filed 08/16/10　　Ent. 08/16/10 11:34:06　　Pg. 12 of 15

Debtor: KARL REINKE      Case Number ⇨ 09-19609
Report Mo/Yr ⇨ 07-2010

**UST-24 PART B, OTHER FINANCIAL DISCLOSURES - INSURANCE & OTHER**

| | Yes | No |
|---|---|---|
| **Question 3 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**
Provider     New Premium     Is a Copy Attached to this Report?

**Changes:**
Provider     New Premium     Is a Copy Attached to this Report?

Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain.     ☐     ☒

**Question 4 - Payments on Pre-Petition Unsecured Debt** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? If yes, disclose each payment and include payee's name and purpose, payment date, dollar amount, and date of court approval.

NO

**Question 5 - Payments to Attorneys and Other Professionals** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? If yes, list each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.

| Payee | Description of Services | Date of Court Approval | Payment Date | Amount |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

Total $ _____

**Question 6 - Estimated Professional Fees.** List estimated post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements have not been received, use the best information available to estimate the fees and costs.

$975.00 LARRY FEINSTEIN

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Monthly Financial Report - Individual(s) Not Engaged In Business
United States Trustee - Western District of Washington
Page 7 of 9
(January 2008)

Case 09-19609-KAO    Doc 80    Filed 08/16/10    Ent. 08/16/10 11:34:06    Pg. 13 of 15

Debtor __Karl Reinke__    Case Number ⇨ __09-19609__
                          Report Mo/Yr ⇨ __07/2010__

## Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the <u>original</u> with the court:: | File the <u>original</u> with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, Suite 6103<br>Seattle, WA 98101 | United States Bankruptcy Court<br>1717 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402 |

AND serve a <u>copy</u> on each of the following:
- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

| STATUTORY FEE SCHEDULE | | |
|---|---|---|
| If the debtor's disbursements for the calendar quarter are within these amounts... | | Then the quarterly fee due is... |
| From | To | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to:<br><br>**United States Trustee**<br><br>Mail quarterly fee payments to:<br><br>US Trustee Program Payment Center<br>PO Box 70937<br>Charlotte, NC 28272-0937 | For calendar quarter ending... | A fee payment is due on... |
|---|---|---|
| | March 31 | April 30 |
| | June 30 | July 31 |
| | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub ONLY. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

Monthly Financial Report - Individual(s) Not Engaged in Business                              Page 8 of 9
United States Trustee - Western District of Washington                                        (January 2008)

Case 09-19609-KAO    Doc 80    Filed 08/16/10    Ent. 08/16/10 11:34:06    Pg. 14 of 15

Debtor _KARL REINKE_    Case Number ⇨ _09-19609_
                        Report Mo/Yr ⇨ _07/2010_

### *** NOTICE OF INTEREST ASSESSMENT ***

**Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing Interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.**

> **NOTICE**
>
> **DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**
>
> Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.
>
> The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

Monthly Financial Report - Individual(s) Not Engaged In Business                    Page 9 of 9
United States Trustee - Western District of Washington                              (January 2008)

Case 09-19609-KAO    Doc 80    Filed 08/16/10    Ent. 08/16/10 11:34:06    Pg. 15 of 15