Karen A. Overstreet
Chief Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6310
Seattle, WA 98101

# IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re<br><br>KARL JOHN REINKE,<br>Debtor(s).<br><br>---<br><br>KARL REINKE, an individual,<br>Plaintiff<br>v.<br><br>NORTHWEST TRUSTEE SERVICE, INC., a Washington Corporation, AURORA LOAN SERVICES, LLC, a Delaware Corporation, BAC HOME LOANS SERVICING, INC, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP, a Texas Corporation; HOME CAPITAL FUNDING, a California Corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington Corporation; LAWYERS TITLE INSURANCE COMPANY, a Nebraska Corporation; WINSTAR MORTGAGE PARTNERS, INC., a Minnesota Corporation its successors and assigns; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation,<br>Defendants. | Chapter 11<br><br>Case No. 09-19609<br><br>Adversary No. 09-01541<br><br>BAP No. WW-10-1211<br><br>**DESIGNATION OF THE RECORD ON APPEAL** |
|---|---|

**COMES NOW** the Debtor/Appellant by and through his attorney Richard Llewelyn Jones P.S., and requests the following Record on Appeal to be transmitted to the United States Bankruptcy Appellate Panel of the Ninth Circuit:

DESIGNATION OF RECORD ON APPEAL
Page 1 of 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

| DOCKET NUMBER | DATE | DOCKET TEXT |
|---|---|---|
| 1 | 11/20/2009 | Notice of Removal of Case 09-2-33298-3 SEA, with attachments: Summons and Complaint. |
| 19 | 03/03/2010 | Answer to Complaint (Aurora) |
| 25 | 03/19/2010 | Answer to Complaint (BAC) |
| 35 | 04/23/2010 | Motion for Summary Judgment with Notice of Hearing |
| 36 | 04/23/2010 | Declaration *of* Lisa Allinson |
| 47 | 05/21/2010 | Response to *BAC* Motion for Summary Judgment |
| 48 | 05/21/2010 | Declaration |
| 53 | 05/22/2010 | Declaration |
| 54 | 05/22/2010 | Declaration |
| 55 | 05/25/2010 | Reply *in* Support of Motion for Summary Judgment |
| 56 | 05/25/2010 | Declaration of Pavel Ekmekchyan |
| 58 | 05/26/2010 | Declaration of Richard Llewelyn Jones |
| 59 | 05/28/2010 | ORDER Granting Defedant BAC Home Loans Servicing, LP's Motion for Summary Judgment |
| --- | 05/28/2010 | Court's Oral Ruling from the Bench to be Transcribed |
| 64 | 06/11/2010 | Debtor's Notice of Appeal to BAP |

**DATED** this ___ day of August, 2010.

RICHARD LLEWELYN JONES, P.S.

_____
Richard Llewelyn Jones, WSBA No. 12904
Attorney for Plaintiff

DESIGNATION OF RECORD ON APPEAL
Page 2 of 2

RICHARD LLEWELYN JONES, P.S.
ATTORNEY AT LAW
2050 – 112th Avenue N.E.
Suite 230
Bellevue, Washington 98004
(425) 462-7322

Case 09-19609-KAO    Doc 82    Filed 08/23/10    Ent. 08/23/10 11:09:58    Pg. 2 of 2