Debtor __KARL REINKE__    Case Number ⇨ __09-19609__
                          Report Mo/Yr ⇨ __AUG. 2010__

## UST-21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS: This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each remaining asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations, if any, may be attached to this page.

| As of month ending ⇨ | August 2010 | | | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash | 150.00 | | | |
| Checking Account(s) | 1,287.99 | | | |
| Savings Account(s) | 1,118.30 | | | |
| Investment/Brokerage Account(s) | | | | |
| IRA/Retirement Account(s) | 12,500.00 | | | |
| Remaining Personal Property (per Schedule B but excluding all accounts listed above) | 15,000.00 | | | |
| Real Property (Schedule A) | | | | |
| 1. 923 N. 76TH ST. - SEATTLE | 416,000 | | | |
| 2. 20001 DAMSON RD. - LYNNWOOD | 300,000 | | | |
| 3. 2736 NE 115TH ST. - SEATTLE | 210,000 | | | |
| 4. 16420 4TH AVE NW - SHORELINE | 286,000 | | | |
| (Attach additional sheets if needed) | | | | |
| Other Assets (list all assets not included above, including assets acquired postpetition, if any) | | | | |
| **TOTAL ASSETS** | 1,242,056.29 | | | |
| **LIABILITIES** | | | | |
| Pre-petition Liabilities | | | | |
| Secured Debt (Schedule D) | 1,395,000.00 | | | |
| Priority Unsecured Debt (Schedule E) | | | | |
| Unsecured Debt (Schedule F) | 197,000.00 | | | |
| Total Pre-petition Liabilities | | | | |
| Post-petition Liabilities | | | | |
| Mortgage/Rent Payments Due | 9,300.00 | | | |
| Other Secured Debt | | | | |
| Unpaid Real Property Taxes | | | | |
| Other Unpaid Taxes (specify) | | | | |
| Other Unpaid Debts (specify) | | | | |
| Total Post-petition Liabilities | | | | |
| **TOTAL LIABILITIES** | 1,601,300 | | | |
| **NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES)** | (359,243.71) | | | |

Monthly Financial Report - Individual(s) Not Engaged in Business            Page 2 of 9
United States Trustee - Western District of Washington                      (January 2008)

Case 09-19609-KAO    Doc 83    Filed 09/13/10    Ent. 09/13/10 15:38:35    Pg. 1 of 14

Debtor: KARL REINKE
Case Number: 09-19609
Report Mo/Yr: 08-2010

## UST-22, SUMMARY OF RECEIPTS

INSTRUCTIONS: Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate (e.g., rental income from more that one property).

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | | |
| Social security, pension, or 401k distributions | | |
| Rental income (itemize by property) | 3,300.00 | |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property | | |
| Proceeds from sale of personal property | | |
| Other (explain) | | |
| TOTAL RECEIPTS FOR THIS MONTH | | 3,300.00 |

Notes:

- 16420 4TH AVE NE - SHORELINE - $2,000.00

- 2736 NE 115TH ST. - SEATTLE - $1,300.00

Monthly Financial Report - Individual(s) Not Engaged In Business          Page 3 of 9
United States Trustee - Western District of Washington                    (January 2008)

Case 09-19609-KAO    Doc 83    Filed 09/13/10    Ent. 09/13/10 15:38:35    Pg. 2 of 14

Debtor KANE REINKE　　Case Number ⇨ 09-19609
　　　　　　　　　　　　　Report Mo/Yr ⇨ 09/2010

## UST-23, SUMMARY OF DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial account or other source of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY OF DISBURSEMENTS page.

QUARTERLY FEES: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay statutory fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the bankruptcy estate during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions excluded from the disbursement total are transfers among estate accounts during the same reporting month.

A fee payment is due 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively. The debtor is reminded that the initial fee billing for each quarter is only an estimate*. Accordingly, when payment is due the debtor is responsible for calculating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee. Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to compute the disbursement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory fee schedule may be found on the U.S. Trustee's website at: www.usdoj.gov/ust/r18/s_home.htm (see Library page).

* By necessity, the fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of the debtor's report for the third month of the quarter, the U.S. Trustee adjusts the amount billed for that quarter, as appropriate.

**Summary of Disbursements**

| | |
|---|---|
| Total disbursements from all UST-23 Continuation Sheet(s) | 5,225.98 |
| Cash payments not included in total above (if any) | |
| Disbursements made by another party on behalf of the debtor (if any) | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | 5,225.98 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?
Yes ☐　No ☒　If "Yes", list each quarter that is delinquent and the amount due.

(UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Monthly Financial Report - Individual(s) Not Engaged in Business　　　　Page 4 of 9
United States Trustee - Western District of Washington　　　　　　　　　(January 2008)

Case 09-19609-KAO　　Doc 83　　Filed 09/13/10　　Ent. 09/13/10 15:38:35　　Pg. 3 of 14

Debtor: KARL REINKE

Case Number: 09-19609
Report Mo/Yr: 08/2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| Depository (bank) name ⇨<br>Account number ⇨ | BANK OF AMERICA |
| Purpose of this account (select one):<br>☒ Checking<br>☐ Savings<br>☐ Investment/brokerage<br>☐ IRA/retirement<br>☐ Funds held in trust by debtor's attorney<br>☐ Other (explain) _____ | |
| Beginning cash balance | 3,213.97 |
| Add: Transfers in from other accounts | |
| Loan or financing proceeds deposited to this account (identify source) | |
| Other receipts deposited to this account | 3,300.00 |
| Total cash available this month | |
| Subtract: Transfers out to other accounts | 300.00 |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨<br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) | |
| Ending cash balance | 1,287.99 |
| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes  No |
| • A monthly bank statement (or attorney's trust account statement);<br>• If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☒   ☐<br>☐   ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____



# Online Banking

## Myaccess Checking

Accounts Overview   Return   Landscape View

**Summary**
Myaccess Checking -    4149
From: 08/02/10 Through: 08/30/10

|  |  |
|---|---|
| Starting Balance: | $3,213.97 |
| -26 Withdrawals: | -$5,225.98 |
| +2 Deposits: | $3,300.00 |
| Ending Balance: | $1,287.99 |

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 08/30/10 | PURCHASE 90620828080931544262401 ON 08/28 AT CHEVRON/GETCHALL LAKE STEVENS WA | -$17.84 | | $1,287.99 |
| 08/30/10 | PURCHASE 90630827010997844262401 ON 08/27 AT TACOS GUAYMAS SEATTLE WA | -$30.00 | | $1,305.83 |
| 08/30/10 | PURCHASE 90630828021784244262401 ON 08/28 AT PATTYS EGGNEST SEATTLE SEATTLE WA | -$34.62 | | $1,335.83 |
| 08/30/10 | PURCHASE 90630828047448444262401 ON 08/28 AT TEXACO 0030536 LAKE STEVENS WA | -$50.99 | | $1,370.45 |
| 08/30/10 | PURCHASE 90620828021098344262401 ON 08/28 AT SAFEWAY STORE 18 SEATTLE WA | -$131.28 | | $1,421.44 |
| 08/27/10 | INTERNATIONAL TRANSACTION FEE | -$0.30 | | $1,552.72 |
| 08/27/10 | PURCHASE 90630822021480244262401 ON 08/22 AT SKYPE 44870835190 | -$10.00 | | $1,553.02 |
| 08/26/10 | PURCHASE 90630824009412844262401 ON 08/24 AT TACOS GUAYMAS SEATTLE WA | -$31.93 | | $1,563.02 |
| 08/25/10 | BANKOFAMERICA ATM WITHDRAWAL ON 08/25 AT GREENWOOD SEATTLE WA | -$300.00 | | $1,594.95 |
| 08/25/10 | CHECK 2656 | -$780.00 | | $1,894.95 |
| 08/23/10 | PURCHASE 90630821014791844262401 ON 08/21 AT IMPARK LOT 00250014 2063811789 WA | -$5.00 | | $2,674.95 |
| 08/18/10 | BILL PAYER (PC) 2-1032510-142520 SEATTLE CI | -$25.01 | | $2,679.95 |
| 08/18/10 | BILL PAYER (PC) 8498320080368891 COMCAST | -$500.00 | | $2,704.96 |
| 08/16/10 | PURCHASE 90620814038411644262401 ON 08/14 AT SHELL Service Sta SEATTLE WA | -$57.61 | | $3,204.96 |
| 08/16/10 | CHECK 2657 | -$325.34 | | $3,262.57 |
| 08/12/10 | PURCHASE 90630810003334144262401 ON 08/10 AT STATION A874 SEATTLE WA | -$4.19 | | $3,587.91 |
| 08/12/10 | DEPOSIT | | $2,000.00 | $3,592.10 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/11/10 | BILL PAYER (PC) 5398893641 ACS | -$200.00 | $1,592.10 |
| 08/11/10 | INVESTMENT AMERICAN FUNDS 000100074511301 | -$200.00 | $1,792.10 |
| 08/09/10 | INS. PREM PREMATIC CORP MLB03FR75933 | -$71.44 | $1,992.10 |
| 08/06/10 | PURCHASE 90630805025628644262401 ON 08/05 AT J2 *EFAX PLUS SERVICE 323-817-3205 CA | -$16.95 | $2,063.54 |
| 08/06/10 | ING DIRECTREINKE,KARL J 000000053689018 | -$100.00 | $2,080.49 |
| 08/05/10 | PURCHASE 90630803021124244262401 ON 08/03 AT PARTY @ DISPLAY & COSTU 206-362-4810 WA | -$197.56 | $2,180.49 |
| 08/04/10 | PURCHASE 90630801009255944262401 ON 08/01 AT SPITFIRE SEATTLE WA | -$83.80 | $2,378.05 |
| 08/04/10 | ACH PMTS HOME LOAN SCVS 1044464347 | -$1,974.28 | $2,461.85 |
| 08/02/10 | PURCHASE 90630730038077844262401 ON 07/30 AT INTERBAY GOLF/720530 SEATTLE WA | -$28.00 | $4,436.13 |
| 08/02/10 | PURCHASE 90620731027392444262401 ON 07/31 AT Staples, Inc. SEATTLE WA | -$49.84 | $4,464.13 |
| 08/02/10 | DEPOSIT | $1,300.00 | $4,513.97 |

* May not show deposits or withdrawals made since the last business day or outstanding Check Card authorizations.

Debtor __KARL REINKE__     Case Number ⇨ __09-19609__
                           Report Mo/Yr ⇨ __08/2010__

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| Depository (bank) name ⇨<br>Account number ⇨ | __AMERICAN FUNDS__ |
| Purpose of this account (select one):<br>☐ Checking<br>☐ Savings<br>☐ Investment/brokerage<br>☒ IRA/retirement<br>☐ Funds held in trust by debtor's attorney<br>☐ Other (explain) _____ | |
| Beginning cash balance | __12,729.76__ |
| Add: Transfers in from other accounts | __200.00__ |
| Loan or financing proceeds deposited to this account (identify source) | |
| Other receipts deposited to this account | |
| Total cash available this month | __12,929.76__ |
| Subtract: Transfers out to other accounts | |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨<br><br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) __MARKET LOSS__ | __(428.96)__ |
| Ending cash balance | __12,500.80__ |

Does this CONTINUATION SHEET include the following supporting documents, as required:   Yes  No

- A monthly bank statement (or attorney's trust account statement);   ☒   ☐
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor.   ☐   ☐

UST-23 CONTINUATION SHEET, Number ____ of ____

## Historical account balance

[?] **Help with this page**
[🖨] **Print this page**

« Return to Account Summary

As of August 31, 2010
**Total value: $12,500.80**
Non-retirement accounts: $0.00
Retirement accounts: $12,500.80

**Select a different date**

### Retirement accounts

| CB&T CUST IRA<br>KARL J REINKE | | Account: | 1301 |
|---|---|---|---|
| Fund Name | Shares<br>August 31, 2010 | NAV<br>August 31, 2010 | Market Value<br>August 31, 2010 |
| NEW PERSPECTIVE FUND - A (07) | 273.057 | $24.17 | $6,599.79 |
| WASHINGTON MUTUAL INVESTORS FUND - A (01) | 250.043 | $23.60 | $5,901.01 |
| | | **Account Total:** | **$12,500.80** |

As of August 31, 2010
**Total value: $12,500.80**
Non-retirement accounts: $0.00
Retirement accounts: $12,500.80

**View the historical balance for a different date:**
To view your historical balances, enter a specific date or select a quarter-end period using the drop-down menu and click **Submit**.

mm /   dd /   yyyy   **OR**   Select a quarter-end period: [ ]   [ Submit » ]

Copyright © 2010 American Funds Distributors, Inc. All rights reserved.
PRIVACY | Business continuity | Career opportunities | Contact us

Debtor **KARL REINKE**                    Case Number ⇨ 09-19609
                                          Report Mo/Yr ⇨ 08/2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ <br> **Account number** ⇨ | ING. |
| Purpose of this account (select one): <br> ☐ Checking <br> ☒ Savings <br> ☐ Investment/brokerage <br> ☐ IRA/retirement <br> ☐ Funds held in trust by debtor's attorney <br> ☐ Other (explain) _____ | |
| Beginning cash balance | 1,017.29 |
| Add:   Transfers in from other accounts | 100.00 |
| Loan or financing proceeds deposited to this account (identify source) | |
| Other receipts deposited to this account | |
| Total cash available this month | 1,117.29 |
| Subtract:   Transfers out to other accounts | |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ <br> Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of **UST-23, Summary of Disbursements**. |
| Adjustments, if any (explain) **INTEREST** | 1.01 |
| Ending cash balance | 1,118.30 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| • A monthly bank statement (or attorney's trust account statement); | ☒ | ☐ |
| • If applicable, a detailed statement of funds received or disbursed by another party for the debtor. | ☐ | ☐ |

UST-23 CONTINUATION SHEET, Number _____ of _____

09/13/2010 03:00 FAX 4256710068   HOME CAPITAL FUNDING   ☑011

ING DIRECT - Print Transaction History                    Page 1 of 1

 

 **Print this page**

**Period:** Aug 1, 2010 to Aug 31, 2010   **Today's Date:** Sep 13, 2010
**Customer Name:** Karl Reinke
**Account Number:** )9018
**Account Nickname:** vacation

| Date | Description | Amount | Balance |
|---|---|---|---|
| Aug 31, 2010 | Monthly Interest Paid | 1.01 | 1,118.30 |
| Aug 5, 2010 | Preauthorized Deposit from linked BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 100.00 | 1,117.29 |

Debtor **KARL REINKE**    Case Number ⇨ 09-19609
Report Mo/Yr ⇨ 08/2010

## UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

**INSTRUCTIONS:** Fully answer each question and attach additional sheets if necessary to provide a complete response.

|  | Yes | No |
|---|---|---|
| **Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *An escrow statement or similar supporting document must be attached for any sale of real estate and show all disbursements from the gross sale amount including debt payoffs and sales commissions.* | ☐ | ☒ |

| Asset Description | Date of Court Approval | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| | | | Total | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements made by other parties for the debtor."

Attach additional pages as needed

|  | Yes | No |
|---|---|---|
| **Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source, including relatives? | ☐ | ☒ |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total | | |

Debtor **KARL REINIKE**    Case Number ⇨ **09-19609**
    Report Mo/Yr ⇨ **08-2010**

### UST-24 PART B, OTHER FINANCIAL DISCLOSURES - INSURANCE & OTHER

|  | Yes | No |
|---|---|---|
| **Question 3 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**
Provider    New Premium    Is a Copy Attached to this Report?

**Changes:**
Provider    New Premium    Is a Copy Attached to this Report?

| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | ☐ | ☒ |

**Question 4 - Payments on Pre-Petition Unsecured Debt** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? **If yes, disclose each payment and include payee's name and purpose, payment date, dollar amount, and date of court approval.**

**Question 5 - Payments to Attorneys and Other Professionals** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? **If yes, list each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.**

|  | Payee | Description of Services | Date of Court Approval | Payment Date | Amount |
|---|---|---|---|---|---|
| 1. |  |  |  |  |  |
| 2 |  |  |  |  |  |
| 3. |  |  |  |  |  |

Total $ _____

**Question 6 - Estimated Professional Fees.** List estimated post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements have not been received, use the best information available to estimate the fees and costs.

$ 975.00   LARRY FEINSTEIN

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Monthly Financial Report - Individual(s) Not Engaged In Business    Page 7 of 9
United States Trustee - Western District of Washington    (January 2008)

Case 09-19609-KAO    Doc 83    Filed 09/13/10    Ent. 09/13/10 15:38:35    Pg. 12 of 14

Debtor __Kane Reinke__       Case Number ⇨ __09-19609__
                             Report Mo/Yr ⇨ __08/2010__

## Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the <u>original</u> with the court:: | File the <u>original</u> with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, Suite 6103<br>Seattle, WA 98101 | United States Bankruptcy Court<br>1717 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402 |

AND serve a <u>copy</u> on each of the following:
- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

### STATUTORY FEE SCHEDULE

| If the debtor's disbursements for the calendar quarter are within these amounts... | | Then the quarterly fee due is... |
|---|---|---|
| From | To | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to:<br><br>**United States Trustee**<br><br>Mail quarterly fee payments to:<br><br>US Trustee Program Payment Center<br>PO Box 70937<br>Charlotte, NC 28272-0937 | For calendar quarter ending... | A fee payment is due on... |
|---|---|---|
| | March 31 | April 30 |
| | June 30 | July 31 |
| | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub ONLY. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

Monthly Financial Report - Individual(s) Not Engaged In Business                               Page 8 of 9
United States Trustee - Western District of Washington                                         (January 2008)

Case 09-19609-KAO    Doc 83    Filed 09/13/10    Ent. 09/13/10 15:38:35    Pg. 13 of 14

Debtor  _KARL REINKE_                    Case Number ⇨ _09-19609_
                                         Report Mo/Yr ⇨ _08/2010_

### *** NOTICE OF INTEREST ASSESSMENT ***

**Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.**

---

**NOTICE**

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

---

Monthly Financial Report - Individual(s) Not Engaged in Business                         Page 9 of 9
United States Trustee - Western District of Washington                                   (January 2008)

Case 09-19609-KAO    Doc 83    Filed 09/13/10    Ent. 09/13/10 15:38:35    Pg. 14 of 14