**UST-20 COVER SHEET**

# MONTHLY FINANCIAL REPORT FOR
# INDIVIDUAL(S) NOT ENGAGED IN BUSINESS

Case No. __09-19609__      Report Month/Year __Sept. 2010__

Debtor __KARL REINKE__

---

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the U.S. Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor submits the following with this monthly financial report:

| | | Yes | No |
|---|---|---|---|
| **UST-21** | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☒ | ☐ |
| **UST-22** | **Summary of Receipts** | ☒ | ☐ |
| **UST-23** | **Summary of Disbursements** | ☒ | ☐ |
| **UST-23 Continuation Sheets** | **Financial Account Detail** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a copy of the monthly bank statement and supporting documents as described in the instructions. | ☒ | ☐ |
| **UST-24 Part A** | **Other Financial Disclosures - Real Estate and Property Sales** When applicable, include a report of sale. Attach supporting documents such as an escrow statement for the sale of real property, or an auctioneer's report for property sold at auction. | ☐ | ☒ |
| **UST-24 Part B** | **Other Financial Disclosures - Insurance, etc.** For any changes or renewals of insurance coverage, include a copy of the new certificate of insurance. | ☐ | ☒ |

### DEBTOR'S CERTIFICATION

I certify under penalty of perjury that the information contained in this monthly financial report are complete, true, and accurate to the best of my knowledge, information, and belief.

Signature(s): _____  Date: __10/13/2010__

The debtor, or trustee, if appointed, must sign the monthly financial report. **Debtor's counsel may not sign a financial report for the debtor.**

Monthly Financial Report - Individual(s) Not Engaged In Business                                   Page 1 of 9
United States Trustee - Western District of Washington                                             (January 2008)

Case 09-19609-KAO    Doc 85    Filed 10/14/10    Ent. 10/14/10 16:30:13    Pg. 1 of 15

Debtor: KARL REINKE

Case Number ⇒ 09-19609
Report Mo/Yr ⇒ SEPT. 2010

## UST-21 STATEMENT OF FINANCIAL CONDITION

INSTRUCTIONS: This balance sheet has been designed for ease of use by debtors not engaged in business. Accordingly, it is not intended to follow standard accounting principles. For funds held in financial institutions or brokerages, the debtor must report the month-end value. For each remaining asset, the debtor may use the value listed in the last filed Schedule A & B, or the current value. Footnotes or explanations, if any, may be attached to this page.

| As of month ending ⇒ | SEPT. 2010 | | |
|---|---|---|---|
| **ASSETS** | | | |
| Cash | 100.00 | | |
| Checking Account(s) | 1,646.38 | | |
| Savings Account(s) | 1,219.37 | | |
| Investment/Brokerage Account(s) | | | |
| IRA/Retirement Account(s) | 13,798.49 | | |
| Remaining Personal Property (per Schedule B but excluding all accounts listed above) | 15,000 | | |
| Real Property (Schedule A) | | | |
| 1. 923 N. 76TH ST. - SEATTLE | 416,000 | | |
| 2. 20001 DAMSON RD. - LYNNWOOD | 300,000 | | |
| 3. 2736 NE 115TH ST. - SEATTLE | 210,000 | | |
| 4. 16420 4TH AVE NW - SHORELINE | 286,000 | | |
| (Attach additional sheets if needed) | | | |
| Other Assets (list all assets not included above, including assets acquired postpetition, if any) | | | |
| **TOTAL ASSETS** | 1,243,764.24 | | |
| **LIABILITIES** | | | |
| Pre-petition Liabilities | | | |
| Secured Debt (Schedule D) | 1,395,000.00 | | |
| Priority Unsecured Debt (Schedule E) | | | |
| Unsecured Debt (Schedule F) | 197,000.00 | | |
| Total Pre-petition Liabilities | | | |
| Post-petition Liabilities | | | |
| Mortgage/Rent Payments Due | 9,300.00 | | |
| Other Secured Debt | | | |
| Unpaid Real Property Taxes | | | |
| Other Unpaid Taxes (specify) | | | |
| Other Unpaid Debts (specify) | | | |
| Total Post-petition Liabilities | | | |
| **TOTAL LIABILITIES** | 1,601,300.00 | | |
| NET WORTH (TOTAL ASSETS MINUS TOTAL LIABILITIES) | (357,535.76) | | |

Debtor: KARL REINKE

Case Number: 09-19609
Report Mo/Yr: 09-2010

## UST-22, SUMMARY OF RECEIPTS

INSTRUCTIONS: Complete each category and provide the net receipts total for the month. Use the Notes section to explain or itemize receipts when appropriate (e.g., rental income from more that one property).

| Type of Receipt | Gross Amount | Net Amount |
|---|---|---|
| Wages or salary | | 2,627.34 |
| Social security, pension, or 401k distributions | | |
| Rental income (itemize by property) | | 3,300.00 |
| Collection of accounts receivable or note payable (specify source) | | |
| Loan or other financing proceeds (specify source) | | |
| Proceeds from sale of real property | | |
| Proceeds from sale of personal property | | |
| Other (explain) | | |
| TOTAL RECEIPTS FOR THIS MONTH | | |

Notes:

- 16420 4TH AVE NE - SHORELINE - $2,000.00

- 2736 NE 115TH ST. - SEATTLE - $1,300.00

Debtor __KARL REINKE__          Case Number ⇨ __09-19609__
                                Report Mo/Yr ⇨ __09/2010__

## UST-23, SUMMARY OF DISBURSEMENTS

INSTRUCTIONS: BEFORE COMPLETING THIS PAGE, prepare a UST-23 CONTINUATION SHEET (see next page) for each financial account or other source of the debtor's funds. The disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY OF DISBURSEMENTS page.

QUARTERLY FEES: Each month the debtor must provide an accurate disbursement total for purposes of calculating its obligation to pay statutory fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930 (a)(6). The disbursement total includes all payments made by the bankruptcy estate during the reporting month, whether made by the debtor or another party for the debtor. It includes checks written and cash payments. It also includes payments made pursuant to a sale or liquidation of the debtor's assets. Typically, the only transactions excluded from the disbursement total are transfers among estate accounts during the same reporting month.

A fee payment is due 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31**, and **January 31**, respectively. The debtor is reminded that the initial fee billing for each quarter is only an estimate*. Accordingly, when payment is due the debtor is responsible for calculating disbursements for the entire quarter (or portion thereof the debtor is in Chapter 11) and for paying the correct fee. Failure to pay statutory fees to the U.S. Trustee is cause for conversion or dismissal of the case. If you have questions about how to compute the disbursement total, please call the Bankruptcy Analyst assigned to your case at (206) 553-2000. Finally, a copy of the statutory fee schedule may be found on the U.S. Trustee's website at: www.usdoj.gov/ust/r18/s_home.htm (see Library page).

* By necessity, the fee billings are processed before the due date for the debtor's last monthly financial report for the quarter. Upon receipt of the debtor's report for the third month of the quarter, the U.S. Trustee adjusts the amount billed for that quarter, as appropriate.

### Summary of Disbursements

| | |
|---|---|
| Total disbursements from all UST-23 Continuation Sheet(s) | 5,668.95 |
| Cash payments not included in total above (if any) | |
| Disbursements made by another party on behalf of the debtor (if any) | |
| Disbursements made pursuant to a sale of the debtor's assets (if any) | |
| TOTAL DISBURSEMENTS THIS MONTH FROM ALL SOURCES | 5,225.98 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee?
Yes ☐   No ☐    If "Yes", list each quarter that is delinquent and the amount due.

(UST-23 CONTINUATION SHEETS, with attachments, should follow this page.)

Monthly Financial Report - Individual(s) Not Engaged In Business                    Page 4 of 9
United States Trustee - Western District of Washington                              (January 2008)

Case 09-19609-KAO    Doc 85    Filed 10/14/10    Ent. 10/14/10 16:30:13    Pg. 4 of 15

Debtor: KARL REINKE
Case Number: 09-19609
Report Mo/Yr: 09/2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| Depository (bank) name ⇨ Account number ⇨ | BANK OF AMERICA |

Purpose of this account (select one):
☒ Checking
☐ Savings
☐ Investment/brokerage
☐ IRA/retirement
☐ Funds held in trust by debtor's attorney
☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 1,287.99 |
| Add: | Transfers in from other accounts | |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | 6,027.34 |
| Total cash available this month | | |
| Subtract: | Transfers out to other accounts | 300.00 |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ 5,368.95 Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 1,646.38 |

Does this CONTINUATION SHEET include the following supporting documents, as required:  Yes  No
- A monthly bank statement (or attorney's trust account statement);  ☒  ☐
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor.  ☐  ☐

UST-23 CONTINUATION SHEET, Number ____ of ____



## Myaccess Checking

Accounts Overview　Return　Landscape View

**Summary**
Myaccess Checking -　4149
From: 09/02/10 Through: 09/30/10
　Starting Balance:　　　　　　$1,287.99
　-34 Withdrawals:　　　　　　-$5,668.95
　+4 Deposits:　　　　　　　　$6,027.34
　Ending Balance:　　　　　　　$1,646.38

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 09/30/10 | CHECK 2658 | -$88.92 | | $1,646.38 |
| 09/29/10 | PURCHASE 90620929010806444262401 ON 09/29 AT 7-ELEVEN SEATTLE WA | -$4.15 | | $1,735.30 |
| 09/29/10 | PURCHASE 90620929031471444262401 ON 09/29 AT 7-ELEVEN SEATTLE WA | -$24.52 | | $1,739.45 |
| 09/29/10 | WITHDRAWAL FOR CASHIERS CHECK | -$386.00 | | $1,763.97 |
| 09/27/10 | PURCHASE 90630924008004844262401 ON 09/24 AT CREDIT PLUS INC 01 OF 410-2193289 MD | -$13.17 | | $2,149.97 |
| 09/27/10 | PURCHASE 90630923021396744262401 ON 09/23 AT CREDIT PLUS INC 01 OF 410-2193289 MD | -$13.17 | | $2,163.14 |
| 09/27/10 | PURCHASE 90630923021416644262401 ON 09/23 AT CREDIT PLUS INC 01 OF 410-2193289 MD | -$13.17 | | $2,176.31 |
| 09/24/10 | PURCHASE 90630922020710444262401 ON 09/22 AT CREDIT PLUS INC 01 OF 410-2193289 MD | -$13.17 | | $2,189.48 |
| 09/23/10 | PURCHASE 90620923094863744262401 ON 09/23 AT FRED MEYER FRED M SEATTLE WA | -$3.29 | | $2,202.65 |
| 09/23/10 | PURCHASE 90620923045780744262401 ON 09/23 AT FRED MEYER FRED M SEATTLE WA | -$60.21 | | $2,205.94 |
| 09/23/10 | UTILITY SNOHOMISH CO PUD8554238 | -$428.24 | | $2,266.15 |
| 09/22/10 | PURCHASE 90620922032149644262401 ON 09/22 AT FRED MEYER FRED M SEATTLE WA | -$24.63 | | $2,694.39 |
| 09/21/10 | PURCHASE 90630919017779644262401 ON 09/19 AT BLEACHERS PUB SEATTLE WA | -$37.08 | | $2,719.02 |
| 09/21/10 | PURCHASE 90630920037187344262401 ON 09/20 AT HATS IN THE BELFRY 410-2249808 MD | -$64.00 | | $2,756.10 |
| 09/20/10 | PURCHASE 90620919049158544262401 ON 09/19 AT SAFEWAY STORE 18 SEATTLE WA | -$41.57 | | $2,820.10 |
| 09/20/10 | PURCHASE 90620920016239544262401 ON 09/20 AT SHELL Service Sta SEATTLE WA | -$50.81 | | $2,861.67 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/20/10 | PURCHASE 9063091702544964426240I ON 09/17 AT MARTIN MICROWAVE 999-9999999 TN | -$61.05 | $2,912.48 |
| 09/20/10 | BILL PAYER (PC) 18078523 SCOTTSLAWN | -$100.00 | $2,973.53 |
| 09/20/10 | BILL PAYER (PC) 8498320080368891 COMCAST | -$250.00 | $3,073.53 |
| 09/20/10 | PURCHASE 9063091800225336442624OI ON 09/18 AT MOISSANITECO.COM 702-932-4529 NV | -$1,299.00 | $3,323.53 |
| 09/17/10 | BILL PAYER (PC) 5398893641 ACS | -$164.05 | $4,622.53 |
| 09/17/10 | DEPOSIT 0917WA353P000850610739 | $2,000.00 ✓ | $4,786.58 |
| 09/17/10 | PAYROLL TRUECOMPASS LEND36975200014460X | $2,627.34 | $2,786.58 |
| 09/16/10 | DEPOSIT | $100.00 | $159.24 |
| 09/13/10 | INTERNATIONAL TRANSACTION FEE | -$0.30 | $59.24 |
| 09/13/10 | PURCHASE 9063090802982624426240I ON 09/08 AT SKYPE 44870835190 | -$10.00 | $59.54 |
| 09/13/10 | INVESTMENT AMERICAN FUNDS 000100074511301 | -$200.00 ✓ | $69.54 |
| 09/10/10 | PURCHASE 9062091002437854426240I ON 09/10 AT WALGREEN COMPANY SEATTLE WA | -$10.00 | $269.54 |
| 09/08/10 | INS. PREM PREMATIC CORP MLB03FR75933 | -$71.44 | $279.54 |
| 09/08/10 | ING DIRECTREINKE,KARL J 000000053689018 | -$100.00 ✓ | $350.98 |
| 09/07/10 | PURCHASE 9063090602219344426240I ON 09/06 AT J2 *EFAX PLUS SERVICE 323-817-3205 CA | -$16.95 | $450.98 |
| 09/07/10 | PURCHASE 9063090202194514426240I ON 09/02 AT CREDIT PLUS INC 01 OF 410-2193289 MD | -$17.17 | $467.93 |
| 09/07/10 | PURCHASE 9062090603635634426240I ON 09/06 AT 7-ELEVEN SEATTLE WA | -$47.19 | $485.10 |
| 09/07/10 | PURCHASE 9063090200885244426240I ON 09/02 AT TACOS GUAYMAS SEATTLE WA | -$48.59 | $532.29 |
| 09/03/10 | PURCHASE 9063090100349324426240I ON 09/01 AT DIAMOND PARKING 0262 SEATTLE WA | -$15.54 | $580.88 |
| 09/03/10 | PURCHASE 9063090102139784426240I ON 09/01 AT PARTY @ DISPLAY & COSTU 206-362-4810 WA | -$21.57 | $596.42 |
| 09/03/10 | BILL PAYER (PC) 1044464347 1ST FRAN | -$1,970.00 | $617.99 |
| 09/02/10 | DEPOSIT | $1,300.00 ✓ | $2,587.99 |

\* May not show deposits or withdrawals made since the last business day or outstanding Check Card authorizations.

Debtor: KARL REINKE

Case Number: 09-19609
Report Mo/Yr: 09/2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name** ⇨ AMERICAN FUNDS
**Account number** ⇨

Purpose of this account (select one):
- ☐ Checking
- ☐ Savings
- ☐ Investment/brokerage
- ☒ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 12,500.80 |
| Add: | Transfers in from other accounts | 200.00 |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | |
| Total cash available this month | | 12,700.80 |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) MARKET GAIN | | 1,097.69 |
| Ending cash balance | | 13,798.49 |

Does this CONTINUATION SHEET include the following supporting documents, as required:    Yes   No
- A monthly bank statement (or attorney's trust account statement);    ☒   ☐
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor.    ☐   ☐

UST-23 CONTINUATION SHEET, Number ____ of ____

## Historical account balance

[?] **Help with this page**
🖨 Print this page

« Return to Account Summary

As of September 30, 2010
**Total value: $13,798.49**
Non-retirement accounts: $0.00
Retirement accounts: $13,798.49

**Select a different date**

### Retirement accounts

| CB&T CUST IRA<br>KARL J REINKE | | Account: | 1301 |
|---|---|---|---|
| Fund Name | Shares<br>September 30, 2010 | NAV<br>September 30, 2010 | Market Value<br>September 30, 2010 |
| NEW PERSPECTIVE FUND - A (07) | 276.781 | $26.54 | $7,345.77 |
| WASHINGTON MUTUAL INVESTORS FUND - A (01) | 255.351 | $25.27 | $6,452.72 |
| | | **Account Total:** | **$13,798.49** |

As of September 30, 2010
**Total value: $13,798.49**
Non-retirement accounts: $0.00
Retirement accounts: $13,798.49

**View the historical balance for a different date:**
To view your historical balances, enter a specific date or select a quarter-end period using the drop-down menu and click **Submit**.

　mm /　　dd /　　yyyy　**OR**　Select a quarter-end period: [　]　[ Submit » ]

Copyright © 2010 American Funds Distributors, Inc. All rights reserved.
**PRIVACY** | Business continuity | Career opportunities | Contact us

Debtor: KARL REINKE
Case Number: 09-19609
Report Mo/Yr: 09/2010

## UST-23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| Depository (bank) name ⇨<br>Account number ⇨ | ING. |

Purpose of this account (select one):
- ☐ Checking
- ☒ Savings
- ☐ Investment/brokerage
- ☐ IRA/retirement
- ☐ Funds held in trust by debtor's attorney
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 1,118.30 |
| Add: | Transfers in from other accounts | 100.00 |
| | Loan or financing proceeds deposited to this account (identify source) | |
| | Other receipts deposited to this account | |
| Total cash available this month | | 1,218.30 |
| Subtract: | Transfers out to other accounts | |
| | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | ⇨ <br>Include this number when calculating "Total disbursements from all UST-23 Continuation Sheets" on line 1 of UST-23, Summary of Disbursements. |
| Adjustments, if any (explain) INTEREST | | 1.07 |
| Ending cash balance | | 1,219.37 |

Does this CONTINUATION SHEET include the following supporting documents, as required:　　Yes　No
- A monthly bank statement (or attorney's trust account statement);　　☒　☐
- If applicable, a detailed statement of funds received or disbursed by another party for the debtor.　　☐　☐

UST-23 CONTINUATION SHEET, Number ____ of ____

ING DIRECT - Print Transaction History                              Page 1 of 1




 **Print this page**

**Period:** Sep 1, 2010 to Sep 30, 2010  **Today's Date:** Oct 12, 2010
**Customer Name:** Karl Reinke
**Account Number:** 9018
**Account Nickname:** vacation

| Date | Description | Amount | Balance |
|---|---|---|---|
| Sep 30, 2010 | Monthly Interest Paid | 1.07 | 1,219.37 |
| Sep 7, 2010 | Preauthorized Deposit from linked BANK OF AMERICA, N.A. (SFNB) checking account XXXX4149 | 100.00 | 1,218.30 |

Debtor **KARL REINKE**          Case Number ⇨ 09-19609
                                Report Mo/Yr ⇨ 09/2010

## UST-24 PART A, OTHER FINANCIAL DISCLOSURES - PROPERTY SALES

**INSTRUCTIONS:** Fully answer each question and attach additional sheets if necessary to provide a complete response.

|  | Yes | No |
|---|---|---|
| **Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *An escrow statement or similar supporting document must be attached for any sale of real estate and show all disbursements from the gross sale amount including debt payoffs and sales commissions.* | ☐ | ☒ |

| Asset Description | Date of Court Approval | Closing Date | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| | | | Total | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements made by other parties for the debtor."

Attach additional pages as needed

|  | Yes | No |
|---|---|---|
| **Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source, including relatives? | ☐ | ☒ |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total | | |

Monthly Financial Report - Individual(s) Not Engaged In Business          Page 6 of 9
United States Trustee - Western District of Washington                    (January 2008)

Case 09-19609-KAO   Doc 85   Filed 10/14/10   Ent. 10/14/10 16:30:13   Pg. 12 of 15

Debtor: KARL REINKE  
Case Number: 09-19609  
Report Mo/Yr: 09/2010

### UST-24 PART B, OTHER FINANCIAL DISCLOSURES - INSURANCE & OTHER

| | Yes | No |
|---|---|---|
| **Question 3 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**
Provider     New Premium     Is a Copy Attached to this Report?

**Changes:**
Provider     New Premium     Is a Copy Attached to this Report?

| | | |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | ☐ | ☒ |

**Question 4 - Payments on Pre-Petition Unsecured Debt** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt? If yes, disclose each payment and include payee's name and purpose, payment date, dollar amount, and date of court approval.

**Question 5 - Payments to Attorneys and Other Professionals** (requires court approval). Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? If yes, list each payment and include professionals name and description of services performed, payment date, dollar amount, and date of court approval.

| | Payee | Description of Services | Date of Court Approval | Payment Date | Amount |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

Total $ _____

**Question 6 - Estimated Professional Fees.** List estimated post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements have not been received, use the best information available to estimate the fees and costs.

$ 975.00 LARRY FEINSTEIN  
$ 3,000.00 RICHARD JONES

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Monthly Financial Report - Individual(s) Not Engaged In Business  
United States Trustee - Western District of Washington  
Page 7 of 9 (January 2008)

Case 09-19609-KAO   Doc 85   Filed 10/14/10   Ent. 10/14/10 16:30:13   Pg. 13 of 15

Debtor: Karl Reinke

Case Number: 09-19609
Report Mo/Yr: 09/2010

# Monthly Financial Reports
(due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the original with the court:: United States Bankruptcy Court United States Courthouse 700 Stewart Street, Suite 6103 Seattle, WA 98101 | File the original with the court:: United States Bankruptcy Court 1717 Pacific Avenue, Suite 2100 Tacoma, WA 98402 |

AND serve a copy on each of the following:
- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

| STATUTORY FEE SCHEDULE | | |
|---|---|---|
| If the debtor's disbursements for the calendar quarter are within these amounts... | | Then the quarterly fee due is... |
| From | To | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to: United States Trustee  Mail quarterly fee payments to: US Trustee Program Payment Center PO Box 70937 Charlotte, NC 28272-0937 | For calendar quarter ending... | A fee payment is due on... |
|---|---|---|
| | March 31 | April 30 |
| | June 30 | July 31 |
| | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub ONLY. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

| | | |
|---|---|---|
| Debtor _Kane Reinke_ | Case Number ⇨ | _09-19609_ |
| | Report Mo/Yr ⇨ | _09/2010_ |

### \*\*\* NOTICE OF INTEREST ASSESSMENT \*\*\*

**Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.**

---

**NOTICE**

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

---

Monthly Financial Report - Individual(s) Not Engaged In Business        Page 9 of 9
United States Trustee - Western District of Washington                  (January 2008)

Case 09-19609-KAO    Doc 85    Filed 10/14/10    Ent. 10/14/10 16:30:13    Pg. 15 of 15