UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

ALL OPEN CASES

NOTICE OF CHANGE OF ADDRESS

TO: ALL COUNSEL AND PARTIES OF RECORD
AND TO: CLERK OF THE COURT

Please take notice that, effective August 30, 2010, the new address for Routh Crabtree Olsen, P.S. will be: 13555 SE 36th St., Suite 300, Bellevue, WA 98006. Our telephone and fax numbers will remain unchanged.

Dated this ____ day of August 2010.

ROUTH CRABTREE OLSEN, P.S.

/s/ Lance E. Olsen
Lance E. Olsen, WSBA #25130

/s/ James K. Miersma
James K. Miersma, WSBA #22062

/s/ Jennifer L. Aspaas
Jennifer L. Aspaas, WSBA #26303

/s/ Mark B. Moburg
Mark B. Moburg, WSBA #19463

/s/ Aaron C. Masser
Aaron C. Masser, WSBA #32692

/s/ Melissa Williams Romeo
Melissa Williams Romeo, WSBA# 40644

/s/ Janaya L. Carter
Janaya L. Carter, WSBA #32715

/s/ Wendy L. Walter
Wendy L. Walter, WSBA #33809

Notice of Change of Address
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 09-19609-KAO    Doc 88    Filed 08/31/10    Ent. 10/18/10 15:11:19    Pg. 1 of 1